```
CHRISTOPHER R. LUCAS (SBN 95293)
LAW OFFICES OF GOFORTH & LUCAS
2300 Clayton Road, Suite 1460
Concord, California 94520
TELEPHONE: (925) 682-9500
FACSIMILE: (925) 682-2353

Attorney for Plaintiffs,
AVIS DOCTOR, CHARI OGOGO,
PAULETTE MAYO, KAREN SMITH,
SUZETTE STEINBERG, THOMAS STEINBERG,
AMY LEVESQUE, GEORGE ROACH,
AMREE JOHAL, SYLVIA HERNANDEZ,
DICK LING, JOHN O'BRIEN,
KIFLAI TESFAI, LAURA ZAMORA, AND RAUL ZAMORA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | |
|---|---|
| AMY LEVESQUE, GEORGE ROACH, | FEDERAL CASE NO: C07-03269 MJJ |
| Plaintiffs, | PLEASE SEE RELATED FEDERAL CASE NO: C07-03270 JL |
| v. | (Consolidated STATE CASE: MSC07-01018; MSC 07-01016) |
| KANYA TENNYSHA COLEMAN aka KANYA HILL aka KANYA MAXIMO, CHARLES E. COLEMAN aka CHARLES E. COLEMAN SR., YVONNE E. GAMBLE, FREDERICK C. GAMBLE, JORIE WRIGHT, FLOYD W. WATSON, K PLATINUM GROUP, INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL, INC., K PLATINUM INTERNATIONAL ASSOCIATES, INC., K PLATINUM INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM PERSONNEL SERVICES, K PLATINUM INTERNATIONAL ASSOCIATE INVESTMENT, REAL ESTATE PERSONNEL SERVICES a business organization | **NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT BY CERTAIN PLAINTIFFS IN CONSOLIDATED ACTION AGAINST THOSE NAMED DEFENDANTS REFERRED COLLECTIVELY AS "KPG" FOR "K PLATINUM GROUP"**<br><br>Date: 8/28/07<br>Time: 9:30 a.m.<br>Courtroom: 11 |

*NOTICE OF MOTION AND MOTION TO REMAND*                                                                1

1  unknown, REALLIFE CONSULTING, a business organization unknown,
2  OUTERSPHERE INC., OUTERSPHERE LLC, OUTERSPHERE INVESTMENT
3  GROUP, LLC, BLUE SKY TRUST, a business organization unknown,
4  PROSPERITY MATTERS LLC, POWER OF SEVEN LOAN-FUND ONE LIMITED
5  PARTNERSHIP, SANFORD AND PETERSON INTERNATIONAL INVESTMENT GROUP,
6  INC., LAND AMERICA aka LAND AMERICA CAPITAL CORPORATION,
7  BRENDA ANN MICHELSON, CAROL ANN DICKSON, CLAYTON GRACE, and DOES
8  1 to 500, INCLUSIVE,
9
        Defendants.
10  _____/

11       TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

12       NOTICE IS HEREBY GIVEN that on _____, 2007, at

13  _____ a.m./p.m., or as soon thereafter as counsel may be

14  heard by the above-entitled Court, located at 450 Golden Gate

15  Avenue, Courtroom 11, 19th Floor, San Francisco, California

16  94102, in the courtroom of Judge Martin J. Jenkins, Plaintiffs,

17  Avis Doctor, Chari Ogogo, Paulette Mayo, Karen Smith, Suzette

18  Steinberg, Thomas Steinberg (State Case No. C07-01016), Amy

19  Levesque, George Roach (State Case No. C07-01018), Amree Johal,

20  Sylvia Hernandez, Dick Ling, John O'Brien, Kiflai Tesfai, Laura

21  Zamora, and Raul Zamora (State Case No. C07-01244) will and

22  hereby move the Court for Remand to State Court by Certain

23  Plaintiffs in Consolidated Action Against those Named Defendants

24  Referred Collectively As "KPG" for "K Platinum Group".

25

LAW OFFICES OF GOFORTH & LUCAS

*NOTICE OF MOTION AND MOTION TO REMAND*                                              2

This motion is based on this Notice of Motion and Motion, the Pints and Authorities, and the Declaration of Attorney Christopher R. Lucas, the pleading and papers on file herein and upon such other mattes as may be presented to thee Court at the time of the hearing, including: (1) DEFENDANTS SERVED IN THE STATE CASE HAVE NOT PROPERLY JOINED IN REMOVAL ("RULE OF UNANIMITY" FOLEY V. ALLIED INTERSTATE, INC., 312 F.Supp.2d 1279 (C.D.Cal.2004), 28 USC 1446(a),(b).); (2) THE INTENT OF ONLY REMAINING RICO ALLEGATION TO BE DISMISSED IS CLEAR. COURT SHOULD REMAND 28 USC 1441(c) CLAIMS IN EXERCISE OF DISCRETION TO PREVENT DISRUPTION OF STATE COURT ORDERS; FORUM SHOPPING, RECONSIDERATION OF RECEIVER; (3) ALL REMAINING CLAIMS ARE PURELY STATE LAW CLAIMS INVOLVING PROPERTY RIGHTS TO CONTRA COSTA HOMES AND MORTGAGES, STATE BROKER LAW, STATE LIS PENDENS REMEDIES; NO DIVERSITY; (4) THE COURT SHOULD NOT EXERCISE DISCRETION TO KEEP CASE IN FEDERAL COURT SINCE REMOVAL WAS COINCIDENT WITH DISMISSALS OF ALL FEDERAL CLAIMS, AND RICO CLAIM IS CONCURRENT JURISDICTION 28 USC 1367(c)(2)(3); (5) KPG DEFENDANTS REMOVE TO AVOID APPOINTMENT OF RECEIVER, BUT BY OPPOSING THE RECEIVER MOTION AND OTHER UNFAVORABLE MOTIONS AND LOSING, DEFENDANTS WAIVED REMOVAL; AND (6) REMOVAL NOTICE IS NOT TIMELY AS TO CONSOLIDATED CASE BASED ON SERVICE OF DOCU CLAIMS IN MARCH AND FILING OF REMOVAL NOTICE JUNE 21: NONE OF THE CURRENTLY FILED

CASES WILL HAVE ANY FEDERAL LAW ISSUES, AND REMOVAL DISRUPTS PROGRESS IN PREJUDMENT RECEIVER AND CASE CONSOLIDATION.

DATED: July 18, 2007              LAW OFFICE OF GOFORTH & LUCAS

*[signature]*

CHRISTOPHER R. LUCAS
Attorney for Plaintiffs,
AVIS DOCTOR, CHARI OGOGO,
PAULETTE MAYO, KAREN SMITH,
SUZETTE STEINBERG, THOMAS
STEINBERG, AMY LEVESQUE, GEORGE
ROACH, AMREE JOHAL, SYLVIA
HERNANDEZ, DICK LING, JOHN
O'BRIEN, KIFLAI TESFAI, LAURA
ZAMORA, AND RAUL ZAMORA

## PROOF OF SERVICE

I, declare that I am employed in the County of Contra Costa, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 2300 Clayton Road, Suite 1460, Concord, California 94520. Upon this day, I served the within, **NOTICE OF MOTION AND MOTION TO REMAND**

On the following interested party(s) in said cause:

VIA EMAIL: cpham@gareebpham.com
VIA FACSIMILE (213) 455-2940
Christopher Q. Pham, Esq.
Alexander S. Gareeb, Esq.
GAREEB & PHAM, LLP
707 Wilshire Boulevard, Suite 5300
Los Angeles, CA 90017
(213) 455-2930
**Attorney for Defendant KANYA TENNYSKA COLEMAN**

VIA FACSIMILE (510) 465-1330
Ronald W. Carter
2201 Broadway, Ste 815
Oakland, CA 94614
(510) 465-6500
**Attorney for Plaintiffs DOROTHY DANIEL, THETRIS, ERVIN, DONNA WILSON, RENDY LOLA PERKINS**

VIA FACSIMILE (415) 438-2655
Robert J. Scott, Jr., Esq.
SCHWARTZ & CERA LLP
44 Montgomery Street, Ste 3850
San Francisco, CA 94104
**(415) 956-2600
Attorney for Plaintiff BRUCE SARUBIN**

VIA FACSIMILE (415) 776-1826
Jesse Clyde Ralph
54 Macondray Lane
San Francisco, CA 94133
**Attorney for Plaintiff JIMMIE T. BRADEN SR.**

VIA EMAIL: marc@mehlman-terbeek.com
VIA FACSIMILE (925) 935-1789
Marc L. TerBeek, Esq.
2125 Oak Grove Road, Suite 125
Walnut Creek, CA 94598
(925) 935-3575
**Attorney for Defendants K PLATINUM GROUP, INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM INTERNATIONAL ASSOCIATE, BRENDA ANN MICHELSON**

Newell Walker **(In Pro Per)**
160 Delgado Court
Vallejo, CA 94591

shroux1@aol.com
V. Elizaveth Grayson, Esq.
888 Seventh Avenue – 45th Floor
New York, NY 10106
(646) 406-1512
**Attorney for Plaintiff Charmaine Bennett**

VIA FACSIMILE (510) 287-9656
David L. Roth, Esq.
One Kaiser Plaza, Ste 601
Oakland, CA 94501
(510) 835-8181
**Attorney for Plaintiffs Hemwattie Docu, Theodore Docu, Hemo's House of Design, Inc.**

LAW OFFICES OF GOFORTH & LUCAS

*NOTICE OF MOTION AND MOTION TO REMAND*      5

1  [X]  **VIA MAIL – CCP §§ 1013(a), 2015.5:**
       By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United Stated Postal Service at Concord, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

2  [X]  **VIA ELECTRONIC TRANSMISSION – LOCAL RULE 5.5(b):**
       Pursuant to Local Rule 5.5(b), the document(s) were delivered by electronic transmission.

3  [ ]  **VIA OVERNIGHT MAIL/COURIER – CCP §§ 1013(c), 2015.5:**
       By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection by overnight mail service or overnight courier service. I am readily familiar with my firm's business practice of collection and processing of correspondence for overnight mail or overnight courier service, and any correspondence placed for collection for overnight delivery would, in the ordinary course of business, be delivered to an authorized courier or driver authorized by the overnight mail carrier to receive documents, with delivery fees paid or provided for, that same day, for delivery on the following business day.

4  [ ]  **VIA FACSIMILE – CCP §§ 1013(e), 2015.5, CRC 2008:**
       By arranging for facsimile transmission from facsimile number (925)682-2353 to the above listed facsimile number(s) prior to 5:00 p.m. I am readily familiar with my firm's business practice of collection and processing of correspondence via facsimile transmission(s) and any such correspondence would be transmitted in the ordinary course of business. The facsimile transmission(s) was reported as complete and without error, and a copy of the transmission report is attached.

5  [ ]  **VIA HAND DELIVERY – CCP §§ 1011, 2015.5:**
       By placing a true copy thereof in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand-served on that day, in the ordinary course of my firm's business practice.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 19, 2007, at Concord, California.

cc: Clients

By: Liliana Rincon