```
 1  CHRISTOPHER R. LUCAS (SBN 95293)
    LAW OFFICES OF GOFORTH & LUCAS
 2  2300 Clayton Road, Suite 1460
    Concord, California 94520
 3  TELEPHONE: (925) 682-9500
    FACSIMILE: (925) 682-2353
 4
 5  Attorney for Plaintiffs,
    AVIS DOCTOR, CHARI OGOGO,
 6  PAULETTE MAYO, KAREN SMITH,
    SUZETTE STEINBERG, THOMAS STEINBERG,
 7  AMY LEVESQUE, GEORGE ROACH,
    AMREE JOHAL, SYLVIA HERNANDEZ,
 8  DICK LING, JOHN O'BRIEN,
    KIFLAI TESFAI, LAURA ZAMORA, AND RAUL ZAMORA
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | |
|---|---|
| AMY LEVESQUE, GEORGE ROACH, | FEDERAL CASE NO: C07-03269 MJJ |
| Plaintiffs, | PLEASE SEE RELATED FEDERAL CASE NO: C07-03270 JL |
| v. | (Consolidated STATE CASE: MSC07-01018; MSC07-01016) |
| KANYA TENNYSHA COLEMAN aka KANYA HILL aka KANYA MAXIMO, CHARLES E. COLEMAN aka CHARLES E. COLEMAN SR., YVONNE E. GAMBLE, FREDERICK C. GAMBLE, JORIE WRIGHT, FLOYD W. WATSON, K PLATINUM GROUP, INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL, INC., K PLATINUM INTERNATIONAL ASSOCIATES, INC., K PLATINUM INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM PERSONNEL SERVICES, K PLATINUM INTERNATIONAL ASSOCIATE INVESTMENT, REAL ESTATE PERSONNEL SERVICES a business organization | **DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF MOTION TO REMAND TO STATE COURT BY CERTAIN PLAINTIFFS IN CONSOLIDATED ACTION AGAINST THOSE NAMED DEFENDANTS REFERRED COLLECTIVELY AS "KPG" FOR "K PLATINUM GROUP"**<br><br>Date: 8/28/07<br>Time: 9:30 a.m.<br>Courtroom: 11 |

***DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF MOTION TO REMAND***     1

unknown, REALLIFE CONSULTING, a business organization unknown, OUTERSPHERE INC., OUTERSPHERE LLC, OUTERSPHERE INVESTMENT GROUP, LLC, BLUE SKY TRUST, a business organization unknown, PROSPERITY MATTERS LLC, POWER OF SEVEN LOAN-FUND ONE LIMITED PARTNERSHIP, SANFORD AND PETERSON INTERNATIONAL INVESTMENT GROUP, INC., LAND AMERICA aka LAND AMERICA CAPITAL CORPORATION, BRENDA ANN MICHELSON, CAROL ANN DICKSON, CLAYTON GRACE, and DOES 1 to 500, INCLUSIVE,

    Defendants.
_____/

    I, Christopher R. Lucas, declare:

    1.   I make this declaration based on my own personal knowledge and observation of the preliminary litigation steps and steps taken by my office for service of process and summons in the state court.

    2.   I represent the following plaintiffs, Avis Doctor, Chari Ogogo, Paulette Mayo, Karen Smith, Suzette Steinberg, Thomas Steinberg, Amy Levesque, George Roach, Amree Johal, Sylvia Hernandez, Dick Ling, John O'Brien, Kiflai Tesfai, Laura Zamora, and Raul Zamora.

    3.   I also represent, Lonia T. Hutchon, Mildred T. Cariaso, Karen Redus, Renee Ellis, and Tuyet Vu who have not yet filed suit against the above defendants. There are several other plaintiffs whose cases were consolidated by the State

court all of whom join in this request for remand to State court. The State court was in the midst of granting important prejudgment relief, and there will be no Federal claim in the complaint to be amended. In any case the RICO claim is of concurrent not preemptive jurisdiction, and plaintiffs attempted to dismiss it in State court.

4. I attach proofs of service on the following defendants in the consolidated state court action, none of whom have joined in the removal by defendants K Platinum and Kanya Coleman, et al., listed as follows: Kanya Tennysha Coleman, K Platinum Group, Inc. K Platinum International Group, Inc., K Platinum Associates, Inc., K Platinum International Associates, Inc., K Platinum Financial, Inc., K Platinum International Financial, Inc., K Platinum Realty, Inc., K Platinum International Realty, Inc., and Brenda Ann Michelson.

5. The KPG defendants do not include the defendants I had served with my clients lawsuits prior to removal, and these defendants do not appear to have consented to removal.

6. The defendants who have been served, but who have not joined, in the KPG defendants removal notice are: Charles E. Coleman, Sr., Jorie Wright, Carol Ann Dickson, Clayton Grace, Felix Golden, Floyd W. Watson, Rob Ferguson, North American Title Company, Inc. Blue Sky Trust, Reallife Consulting, Real Estate Personnel Services, K Platinum Personnel Services, K

Platinum International Associate Investment, Inc., Prosperity Matters, LLC. None of these defendants who were served in the state court have made any written joinder in the two removal notices of which I am aware.

7. There are also many other defendants whose summons were out for service at the time of the two removal notices and none of these defendants have filed a written joinder in either removal notice.

8. I currently represent approximately 20 individuals 14 of whom had already filed in the state court action before it was ordered consolidated. The initial complaint was copied from the DOCU plaintiffs' complaint, and contained a RICO cause of action, number 10, along with state court remedies. But as I became aware of more information, the issues for my clients proved distinct because they had mostly also purchased residential property in Contra Costa County in defendant KPG's "Equity Partners" part of the KPG program of alleged investment opportunities. <u>Thus I had decided not to proceed on the RICO allegations</u> and to dismiss then, amend to more fully state a cause of action against North American Title, Clear Mortgage Solutions, and possibly Washington Mutual because of what I concluded was strong evidence of kickbacks to the KPG group which allowed for inflated appraisals, altered loan documentation, and repeated use of double escrows in each

*DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF MOTION TO REMAND*    4

1  "equity share" purchase. This also required other state court
2  remedies such as injunction, attachment, pending litigation
3  notices. The State court accepted my clients' dismissal of
4  RICO, but if that was not effective I would dismiss all RICO
5  claims in any case based on what I have learned since I filed
6  the first plaintiffs' case in the consolidated state court
7  action.

8  9. The "restructuring" report to the state court filed by
9  the KPG defendants on May 24 convinced me even more that the
10 existing complaint and any new complaints would have to be
11 amended and filed, and that RICO may not have application to the
12 numerous new defendants. I ask that the court remand on my
13 stipulation that there is no intention to assert any federal
14 claim, and my information that the "Docu" RICO claim was
15 dismissed as part of a settlement and will not be revived, and
16 based on my clients' June 22, 2007 dismissal of the RICO casue
17 of action in the State court.

18 10. I attach and verify the following exhibits in support
19 of this motion for remand:

20 **EXHIBIT 1:** DEFENDANTS' REPORT RE REORGANIZATION OF K
21 PLATINUM GROUP, INC. Dated May 24, 2007

22 **EXHIBIT 2:** REQUEST FOR DISMISSALS BY PLAINTIFFS SEEKING
23 REMAND-JUNE 22, 2007 DISMISSAL OF RICO BY ALL

**EXHIBIT 3:**

- ORDER APPOINTING RECEIVER
- POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR APPOINTMENT OF RECEIVER [JOINDER]
- DECLARATION OF PLAINTIFF CHARI OGOGO IN SUPPORT OF MOTION FOR APPOINTMENT OF RECEIVER [JOINDER]
- MOTION FOR APPOINTMENT OF RECEIVER; MEMORANDUM OF POINTS AND AUTHORITIES; GRAYSON DECLARATION; REQUEST FOR JUDICIAL NOTICE

**EXHIBIT 4:** CONTRA COSTA COUNTY CASE REPORT (DOCKET REPORT)

**EXHIBIT 5:** ORDER FOR CONSOLIDATION

**EXHIBIT 6:** PLAINTIFFS' (SEEKING REMAND) LIS PENDENS RECORDED VERSUS VARIOUS PROPERTIES BY PLAINTIFFS SEEKING REMAND

**EXHIBIT 7:** <u>ACCUSATION</u> BY CALIFORNIA DEPARTMENT OF REAL ESTATE

**EXHIBIT 8:** STATE OF CALIFORNIA DEPARTMENT OF REAL ESTATE <u>DESIST AND REFRAIN ORDER</u> VERSUS K PLATINUM, ET AL.

**EXHIBIT 9:** PROOF OF SERVICE OF SUMMONS ON DEFENDANTS WHO HAVE NOT JOINED IN REMAND

**EXHIBIT 10:** EDWARD EGAN SMITH'S LETTER DATED JULY 6, 2007

**EXHIBIT 11:** MARC L. TERBEEK'S LETTER DATED JULY 16, 2007

//

//

//

LAW OFFICES OF GOFORTH & LUCAS

*DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF MOTION TO REMAND*     6

1  I declare under penalty of perjury that the foregoing is
2  true and correct, and that this declaration was executed on July
3  18, 2007, in Concord, California.

```
                                    CHRISTOPHER R. LUCAS
                                    Attorney for Plaintiffs,
                                    AVIS DOCTOR, CHARI OGOGO,
                                    PAULETTE MAYO, KAREN SMITH,
                                    SUZETTE STEINBERG, THOMAS
                                    STEINBERG, AMY LEVESQUE, GEORGE
                                    ROACH, AMREE JOHAL, SYLVIA
                                    HERNANDEZ, DICK LING, JOHN
                                    O'BRIEN, KIFLAI TESFAI, LAURA
                                    ZAMORA, AND RAUL ZAMORA
```

## PROOF OF SERVICE

I, declare that I am employed in the County of Contra Costa, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 2300 Clayton Road, Suite 1460, Concord, California 94520. Upon this day, I served the within, **DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF MOTION TO REMAND**

On the following interested party(s) in said cause:

VIA EMAIL: cpham@gareebpham.com
VIA FACSIMILE (213) 455-2940
Christopher Q. Pham, Esq.
Alexander S. Gareeb, Esq.
GAREEB & PHAM, LLP
707 Wilshire Boulevard, Suite 5300
Los Angeles, CA 90017
(213) 455-2930
**Attorney for Defendant KANYA TENNYSKA COLEMAN**

VIA FACSIMILE (510) 465-1330
Ronald W. Carter
2201 Broadway, Ste 815
Oakland, CA 94614
(510) 465-6500
**Attorney for Plaintiffs DOROTHY DANIEL, THETRIS, ERVIN, DONNA WILSON, RENDY LOLA PERKINS**

VIA FACSIMILE (415) 438-2655
Robert J. Scott, Jr., Esq.
SCHWARTZ & CERA LLP
44 Montgomery Street, Ste 3850
San Francisco, CA 94104
**(415) 956-2600**
**Attorney for Plaintiff BRUCE SARUBIN**

VIA FACSIMILE (415) 776-1826
Jesse Clyde Ralph
54 Macondray Lane
San Francisco, CA 94133
**Attorney for Plaintiff JIMMIE T. BRADEN SR.**

VIA EMAIL: marc@mehlman-terbeek.com
VIA FACSIMILE (925) 935-1789
Marc L. TerBeek, Esq.
2125 Oak Grove Road, Suite 125
Walnut Creek, CA 94598
(925) 935-3575
**Attorney for Defendants K PLATINUM GROUP, INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM INTERNATIONAL ASSOCIATE, BRENDA ANN MICHELSON**

Newell Walker **(In Pro Per)**
160 Delgado Court
Vallejo, CA 94591

shroux1@aol.com
V. Elizaveth Grayson, Esq.
888 Seventh Avenue – 45th Floor
New York, NY 10106
(646) 406-1512
**Attorney for Plaintiff Charmaine Bennett**

VIA FACSIMILE (510) 287-9656
David L. Roth, Esq.
One Kaiser Plaza, Ste 601
Oakland, CA 94501
(510) 835-8181
**Attorney for Plaintiffs Hemwattie Docu, Theodore Docu, Hemo's House of Design, Inc.**

LAW OFFICES OF GOFORTH & LUCAS

*DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF MOTION TO REMAND*    8


1 [X] **VIA MAIL – CCP §§ 1013(a), 2015.5:**
By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United Stated Postal Service at Concord, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

[X] **VIA ELECTRONIC TRANSMISSION – LOCAL RULE 5.5(b):**
Pursuant to Local Rule 5.5(b), the document(s) were delivered by electronic transmission.

[ ] **VIA OVERNIGHT MAIL/COURIER – CCP §§ 1013(c), 2015.5:**
By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection by overnight mail service or overnight courier service. I am readily familiar with my firm's business practice of collection and processing of correspondence for overnight mail or overnight courier service, and any correspondence placed for collection for overnight delivery would, in the ordinary course of business, be delivered to an authorized courier or driver authorized by the overnight mail carrier to receive documents, with delivery fees paid or provided for, that same day, for delivery on the following business day.

[ ] **VIA FACSIMILE – CCP §§ 1013(e), 2015.5, CRC 2008:**
By arranging for facsimile transmission from facsimile number (925)682-2353 to the above listed facsimile number(s) prior to 5:00 p.m. I am readily familiar with my firm's business practice of collection and processing of correspondence via facsimile transmission(s) and any such correspondence would be transmitted in the ordinary course of business. The facsimile transmission(s) was reported as complete and without error, and a copy of the transmission report is attached.

[ ] **VIA HAND DELIVERY – CCP §§ 1011, 2015.5:**
By placing a true copy thereof in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand-served on that day, in the ordinary course of my firm's business practice.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 19, 2007, at Concord, California.

cc: Clients

By: Liliana Rincon

LAW OFFICES OF GOFORTH & LUCAS

*DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF MOTION TO REMAND*   9