|   |   |   |
|---|---|---|
| 1 | CHRISTOPHER R. LUCAS (SBN 95293) | |
| 2 | LAW OFFICES OF GOFORTH & LUCAS<br>2300 Clayton Road, Suite 1460 | |
| 3 | Concord, California 94520<br>TELEPHONE: (925) 682-9500 | |
| 4 | FACSIMILE: (925) 682-2353 | |
| 5 | Attorney for Plaintiffs,<br>AVIS DOCTOR, CHARI OGOGO, | |
| 6 | PAULETTE MAYO, KAREN SMITH,<br>SUZETTE STEINBERG, THOMAS STEINBERG, | |
| 7 | AMY LEVESQUE, GEORGE ROACH,<br>AMREE JOHAL, SYLVIA HERNANDEZ, | |
| 8 | DICK LING, JOHN O'BRIEN, | |
| 9 | KIFLAI TESFAI, LAURA ZAMORA, AND RAUL ZAMORA | |
| 10 | UNITED STATES DISTRICT COURT | |
| 11 | NORTHERN DISTRICT OF CALIFORNIA | |
| 12 | (San Francisco) | |
| 13 | AMY LEVESQUE, GEORGE ROACH, | FEDERAL CASE NO: C07-03269 MJJ |
| 14 | Plaintiffs, | PLEASE SEE RELATED<br>FEDERAL CASE NO: C07-03270 JL |
| 15 | v. | (Consolidated STATE CASE: |
| 16 | KANYA TENNYSHA COLEMAN aka KANYA | MSC07-01018; MSC07-01016) |
| 17 | HILL aka KANYA MAXIMO, CHARLES E.<br>COLEMAN aka CHARLES E. COLEMAN | **LIST OF EXHIBITS TO DECLARATION** |
| 18 | SR., YVONNE E. GAMBLE, FREDERICK<br>C. GAMBLE, JORIE WRIGHT, FLOYD W. | **OF CHRISTOPHER R. LUCAS IN**<br>**SUPPORT OF MOTION TO REMAND TO** |
| 19 | WATSON, K PLATINUM GROUP, INC., K<br>PLATINUM REALTY, INC., K PLATINUM | **STATE COURT BY CERTAIN**<br>**PLAINTIFFS IN CONSOLIDATED** |
| 20 | FINANCIAL, INC., K PLATINUM<br>ASSOCIATES, INC., K PLATINUM | **ACTION AGAINST THOSE NAMED**<br>**DEFENDANTS REFERRED** |
| 21 | INTERNATIONAL, INC., K PLATINUM<br>INTERNATIONAL ASSOCIATES, INC., K | **COLLECTIVELY AS "KPG" FOR "K**<br>**PLATINUM GROUP"** |
| 22 | PLATINUM INTERNATIONAL FINANCIAL,<br>INC., K PLATINUM INTERNATIONAL | Date: 8/28/07 |
| 23 | GROUP INC., K PLATINUM<br>INTERNATIONAL REALTY, INC., K | Time: 9:30 a.m.<br>Courtroom: 11 |
| 24 | PLATINUM PERSONNEL SERVICES, K<br>PLATINUM INTERNATIONAL ASSOCIATE | |
| 25 | INVESTMENT, REAL ESTATE PERSONNEL<br>SERVICES a business organization | |

LAW OFFICES OF GOFORTH & LUCAS

*LIST OF EXHIBITS TO DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF MOTION TO REMAND*

1

1  unknown, REALLIFE CONSULTING, a business organization unknown,
2  OUTERSPHERE INC., OUTERSPHERE LLC, OUTERSPHERE INVESTMENT
3  GROUP, LLC, BLUE SKY TRUST, a business organization unknown,
4  PROSPERITY MATTERS LLC, POWER OF SEVEN LOAN-FUND ONE LIMITED
5  PARTNERSHIP, SANFORD AND PETERSON INTERNATIONAL INVESTMENT GROUP,
6  INC., LAND AMERICA aka LAND AMERICA CAPITAL CORPORATION,
7  BRENDA ANN MICHELSON, CAROL ANN DICKSON, CLAYTON GRACE, and DOES
8  1 to 500, INCLUSIVE,
9
   Defendants.
10  _____/

11  **LIST OF EXHIBITS TO DECLARATION OF CHRISTOPHER R. LUCAS**

12  **EXHIBIT 1:** DEFENDANTS' REPORT RE REORGANIZATION OF K
13  PLATINUM GROUP, INC. Dated May 24, 2007

14  **EXHIBIT 2:** REQUEST FOR DISMISSALS BY PLAINTIFFS SEEKING
15  REMAND-JUNE 22, 2007 DISMISSAL OF RICO BY ALL

16  **EXHIBIT 3:**
17
    - ORDER APPOINTING RECEIVER
18
    - POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR
19
       APPOINTMENT OF RECEIVER [JOINDER]
20
    - DECLARATION OF PLAINTIFF CHARI OGOGO IN SUPPORT OF
21
       MOTION FOR APPOINTMENT OF RECEIVER [JOINDER]
22
    - MOTION FOR APPOINTMENT OF RECEIVER; MEMORANDUM OF POINTS
23
       AND AUTHORITIES; GRAYSON DECLARATION; REQUEST FOR
24
       JUDICIAL NOTICE
25

LAW OFFICES OF GOFORTH & LUCAS

*LIST OF EXHIBITS TO DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF MOTION TO REMAND*

2

1     **EXHIBIT 4**: CONTRA COSTA COUNTY CASE REPORT (DOCKET REPORT)

2     **EXHIBIT 5**: ORDER FOR CONSOLIDATION

3     **EXHIBIT 6**: PLAINTIFFS' (SEEKING REMAND) LIS PENDENS RECORDED VERSUS VARIOUS PROPERTIES BY PLAINTIFFS SEEKING REMAND

    **EXHIBIT 7**: <u>ACCUSATION</u> BY CALIFORNIA DEPARTMENT OF REAL ESTATE

    **EXHIBIT 8**: STATE OF CALIFORNIA DEPARTMENT OF REAL ESTATE <u>DESIST AND REFRAIN ORDER</u> VERSUS K PLATINUM, ET AL.

    **EXHIBIT 9**: PROOF OF SERVICE OF SUMMONS ON DEFENDANTS WHO HAVE NOT JOINED IN REMAND

    **EXHIBIT 10**: EDWARD EGAN SMITH'S LETTER DATED JULY 6, 2007

    **EXHIBIT 11**: MARC L. TERBEEK'S LETTER DATED JULY 16, 2007

LAW OFFICES OF GOFORTH & LUCAS

*LIST OF EXHIBITS TO DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF MOTION TO REMAND*

3

## PROOF OF SERVICE

I, declare that I am employed in the County of Contra Costa, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 2300 Clayton Road, Suite 1460, Concord, California 94520. Upon this day, I served the within, **LIST OF EXHIBITS TO DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF MOTION TO REMAND**

On the following interested party(s) in said cause:

VIA EMAIL: cpham@gareebpham.com
VIA FACSIMILE (213) 455-2940
Christopher Q. Pham, Esq.
Alexander S. Gareeb, Esq.
GAREEB & PHAM, LLP
707 Wilshire Boulevard, Suite 5300
Los Angeles, CA 90017
(213) 455-2930
**Attorney for Defendant KANYA TENNYSKA COLEMAN**

VIA FACSIMILE (510) 465-1330
Ronald W. Carter
2201 Broadway, Ste 815
Oakland, CA 94614
(510) 465-6500
**Attorney for Plaintiffs DOROTHY DANIEL, THETRIS, ERVIN, DONNA WILSON, RENDY LOLA PERKINS**

VIA FACSIMILE (415) 438-2655
Robert J. Scott, Jr., Esq.
SCHWARTZ & CERA LLP
44 Montgomery Street, Ste 3850
San Francisco, CA 94104
**(415) 956-2600**
**Attorney for Plaintiff BRUCE SARUBIN**

VIA FACSIMILE (415) 776-1826
Jesse Clyde Ralph
54 Macondray Lane
San Francisco, CA 94133
**Attorney for Plaintiff JIMMIE T. BRADEN SR.,**

VIA EMAIL: marc@mehlman-terbeek.com
VIA FACSIMILE (925) 935-1789
Marc L. TerBeek, Esq.
2125 Oak Grove Road, Suite 125
Walnut Creek, CA 94598
(925) 935-3575
**Attorney for Defendants K PLATINUM GROUP, INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM INTERNATIONAL ASSOCIATE, BRENDA ANN MICHELSON**

Newell Walker **(In Pro Per)**
160 Delgado Court
Vallejo, CA 94591

shroux1@aol.com
V. Elizaveth Grayson, Esq.
888 Seventh Avenue - 45th Floor
New York, NY 10106
(646) 406-1512
**Attorney for Plaintiff Charmaine Bennett**

VIA FACSIMILE (510) 287-9656
David L. Roth, Esq.
One Kaiser Plaza, Ste 601
Oakland, CA 94501
(510) 835-8181
**Attorney for Plaintiffs Hemwattie Docu, Theodore Docu, Hemo's House of Design, Inc.**

LIST OF EXHIBITS TO DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF MOTION TO REMAND

1  [X]  VIA MAIL – CCP §§ 1013(a), 2015.5:
       By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and
2      placing each for collection and mailing on that date following ordinary business
       practices.  I am readily familiar with my firm's business practice of collection and
       processing of correspondence for mailing with the United States Postal Service and
3      correspondence placed for collection and mailing would be deposited with the United
       Stated Postal Service at Concord, California, with postage thereon fully prepaid, that
       same day in the ordinary course of business.
4

   [X]  VIA ELECTRONIC TRANSMISSION – LOCAL RULE 5.5(b):
5      Pursuant to Local Rule 5.5(b), the document(s) were delivered by electronic transmission.

6  [ ]  VIA OVERNIGHT MAIL/COURIER – CCP §§ 1013(c), 2015.5:
       By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and
7      placing each for collection by overnight mail service or overnight courier service.  I am
       readily familiar with my firm's business practice of collection and processing of
       correspondence for overnight mail or overnight courier service, and any correspondence
8      placed for collection for overnight delivery would, in the ordinary course of business,
       be delivered to an authorized courier or driver authorized by the overnight mail carrier
       to receive documents, with delivery fees paid or provided for, that same day, for
9      delivery on the following business day.

10 [ ]  VIA FACSIMILE – CCP §§ 1013(e), 2015.5, CRC 2008:
       By arranging for facsimile transmission from facsimile number (925)682-2353 to the above
11     listed facsimile number(s) prior to 5:00 p.m.  I am readily familiar with my firm's
       business practice of collection and processing of correspondence via facsimile
       transmission(s) and any such correspondence would be transmitted in the ordinary course
12     of business.  The facsimile transmission(s) was reported as complete and without error,
       and a copy of the transmission report is attached.

13
   [ ]  VIA HAND DELIVERY – CCP §§ 1011, 2015.5:
       By placing a true copy thereof in a sealed envelope(s), addressed as above, and causing
14     each envelope(s) to be hand-served on that day, in the ordinary course of my firm's
       business practice.

15
        I declare that I am employed in the office of a member of
16 the bar of this Court at whose direction the service was made.
   I declare under penalty of perjury under the laws of the United
17 States of America that the foregoing is true and correct and
   that this declaration was executed on July 19, 2007, at Concord,
18 California.

19 cc: Clients                              By: Liliana Rincon

20

21

22

23

24

25

LAW
OFFICES
OF
GOFORTH
& LUCAS

*LIST OF EXHIBITS TO DECLARATION OF CHRISTOPHER R. LUCAS IN SUPPORT OF*       5
*MOTION TO REMAND*