**EXHIBIT 2**

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> DAVID L. ROTH   SBN 85279 <br> THOMAS EASTRIDGE   SBN 121718 <br> One Kaiser Plaza, Suite 601 <br> Oakland, California 94612 <br><br> ATTORNEY FOR (Name): Plaintiffs Theodore Docu, Hemwattie Docu | TELEPHONE NO.: <br> (510) 287-9651 | FOR COURT USE ONLY <br><br> **ELECTRONICALLY FILED** <br> 7-10-07 <br><br> K. TORRE, CLERK OF THE COURT <br> SUPERIOR COURT OF CALIFORNIA <br> COUNTY OF CONTRA COSTA - MARTINEZ <br> BY: C. LEE, DEPUTY CLERK |
|---|---|---|

Insert name of court and name of judicial district and branch court, if any:
SUPERIOR COURT OF CALIFORNIA, CONTRA COSTA COUNTY

PLAINTIFF/PETITIONER: HEMWATTIE DOCU, THEODORE DOCU, et al.

DEFENDANT/RESPONDENT: KANYA TENNYSHA COLEMAN, et al.

| REQUEST FOR DISMISSAL <br> ☐ Personal Injury, Property Damage, or Wrongful Death <br>   ☐ Motor Vehicle   ☐ Other <br> ☐ Family Law <br> ☐ Eminent Domain <br> ☑ Other (specify): Contract Action   [DOCU COMPLAINT ONLY] | CASE NUMBER: <br> C07-00049 <br><br> C07 00080 |
|---|---|

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) ☑ With prejudice   (2) ☐ Without prejudice
   b. (1) ☑ Complaint   (2) ☐ Petition   DOCU COMPLAINT ONLY
      (3) ☐ Cross-complaint filed by (name):                           on (date):
      (4) ☐ Cross-complaint filed by (name):                           on (date):
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☑ Other (specify):* ALL PARTIES REQUEST THE COURT RETAIN JURISDICTION PER CCP § 664.6.

Date: July 10, 2007

THOMAS EASTRIDGE
(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

▶ _____ (SIGNATURE)
Attorney or party without attorney for:
☑ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross - complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

▶ _____ (SIGNATURE)
Attorney or party without attorney for:
☐ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross - complainant

(To be completed by clerk)
3. ☒ Dismissal entered as requested on (date): 7-10-07
4. ☐ Dismissal entered on (date):                           as to only (name):
5. ☐ Dismissal not entered as requested for the following reasons (specify):

6. ☐ a. Attorney or party without attorney notified on (date):
      b. Attorney or party without attorney not notified. Filing party failed to provide
         ☐ a copy to conformed   ☐ means to return conformed copy

Date: 7-10-07                              Clerk, by _____ C.LEE , Deputy

Page 1 of 1

| Form Adopted for Mandatory use <br> Judicial Council of California <br> CIV-110 [Rev. January 1, 2007] | **REQUEST FOR DISMISSAL** | Code of Civil Procedure, § 581 et seq. <br> Cal. Rules of Court, rule 3.1390 <br> www.courtinfo.ca.gov |
|---|---|---|

www.accesslaw.com

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Elizabeth Grayson (122611)<br>888 Seventh Avenue, 45th Floor<br>New York, New York 10106 | (646) 406-1512 | |

ATTORNEY FOR (Name): Charmaine Bennett

Insert name of court and name of judicial district and branch court, if any:
Contra Costa County Superior Court, Martinez Branch

PLAINTIFF/PETITIONER: Charmaine Bennett

DEFENDANT/RESPONDENT: K Platinum Group, Inc. et al.

**REQUEST FOR DISMISSAL**
- [ ] Personal Injury, Property Damage, or Wrongful Death
  - [ ] Motor Vehicle  [ ] Other
- [ ] Family Law
- [ ] Eminent Domain
- [✓] Other (specify): Breach of Contract

CASE NUMBER:
C07-01075
Consolidated with
MSC07-00049

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [✓] With prejudice   (2) [ ] Without prejudice
   b. (1) [ ] Complaint   (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):                               on (date):
      (4) [ ] Cross-complaint filed by (name):                               on (date):
      (5) [ ] Entire action of all parties and all causes of action
      (6) [✓] Other (specify):* Dismissal with prejudice against New York Life Insurance Company only.

Date:
Elizabeth Grayson
(TYPE OR PRINT NAME OF [✓] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

▶ /s/ Elizabeth Grayson (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[✓] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross-complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

▶ _____ (SIGNATURE)

**If a cross-complaint-or Response (Family Law) seeking affirmative relief-is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross-complainant

(To be completed by clerk)
3. [ ] Dismissal entered as requested on (date):
4. [ ] Dismissal entered on (date):                    as to only (name):
5. [ ] Dismissal **not entered** as requested for the following reasons (specify):

6. [ ] a. Attorney or party without attorney notified on (date):
       b. Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to conformed  [ ] means to return conformed copy

Date: _____  Clerk, by _____, Deputy

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| DAVID L. ROTH   SBN 85279<br>THOMAS EASTRIDGE   SBN 121718<br>One Kaiser Plaza, Suite 601<br>Oakland, California 94612 | (510) 287-9651 | |

ATTORNEY FOR (Name): Plaintiffs Theodore Docu, Hemwattie Docu

Insert name of court and name of judicial district and branch court, if any:
SUPERIOR COURT OF CALIFORNIA, CONTRA COSTA COUNTY

PLAINTIFF/PETITIONER: HEMWATTIE DOCU, THEODORE DOCU, et al.

DEFENDANT/RESPONDENT: KANYA TENNYSHA COLEMAN, et al.

| REQUEST FOR DISMISSAL<br>[ ] Personal Injury, Property Damage, or Wrongful Death<br>　　[ ] Motor Vehicle  [ ] Other<br>[ ] Family Law<br>[ ] Eminent Domain<br>[✓] Other (specify): Contract Action | CASE NUMBER.<br>C07 00080 |
|---|---|

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) [✓] With prejudice   (2) [ ] Without prejudice
   b. (1) [ ] Complaint   (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):                                           on (date):
      (4) [ ] Cross-complaint filed by (name):                                           on (date):
      (5) [✓] Entire action of all parties and all causes of action
      (6) [✓] Other (specify):* ALL PARTIES REQUEST THE COURT RETAIN JURISDICTION PER CCP § 664.6

Date: July 9, 2007

THOMAS EASTRIDGE
.....................................................
(TYPE OR PRINT NAME OF [✓] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

▶ _(signature)_
(SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[✓] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross - complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

▶
(SIGNATURE)

** If a cross-complaint or Response (Family Law) seeking affirmative relief is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross - complainant

(To be completed by clerk)

3. [ ] Dismissal entered as requested on (date):
4. [ ] Dismissal entered on (date):                                   as to only (name):
5. [ ] Dismissal not entered as requested for the following reasons (specify):

6. [ ] a. Attorney or party without attorney notified on (date):
      b. Attorney or party without attorney not notified. Filing party failed to provide
         [ ] a copy to conformed  [ ] means to return conformed copy

Date:                                        Clerk, by _____, Deputy

Page 1 of 1

| Form Adopted for Mandatory use<br>Judicial Council of California<br>CIV-110 [Rev January 1, 2007] | **REQUEST FOR DISMISSAL** | Code of Civil Procedure, § 581 et seq.;<br>Cal. Rules of Court, rule 3.1390<br>www.courtinfo.ca.gov |

www.accesslaw.com

| | CIV-110 |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name and Address):* **TELEPHONE NO.:** (925) 682-9500<br>CHRISTOPHER R. LUCAS<br>LAW OFFICES OF GOFORTH & LUCAS<br>2300 Clayton Road, Suite 1460<br>Concord, CA 94520<br>**ATTORNEY FOR** *(Name):* Plaintiffs, AMREE JOHAL, SYLVIA HERNANDEZ, et al. | **FOR COURT USE ONLY**<br><br>F I L E D<br>JUN 2 2 2007<br>K. TORRE, CLERK OF THE COURT<br>SUPERIOR COURT OF THE STATE OF CALIFORNIA<br>COUNTY OF CONTRA COSTA - MARTINEZ<br>By _____, Deputy Clerk |
| Insert name of court and name of judicial district and branch court, if any:<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF CONTRA COSTA | |
| **PLAINTIFF/PETITIONER:** AMREE JOHAL, SYLVIA HERNANDEZ, DICK LING, JOHN O'BRIEN, KIFLAI TESFAI, et al.<br>**DEFENDANT/RESPONDENT:** NORTH AMERICAN TITLE COMPANY INC., KANYA TENNYSHA COLEMAN aka KANYA HILL, et al. | |
| **REQUEST FOR DISMISSAL**<br>☐ Personal Injury, Property Damage, or Wrongful Death<br>   ☐ Motor Vehicle   ☐ Other<br>☐ Family Law<br>☐ Eminent Domain<br>☒ Other *(specify):* Breach of Contract | **CASE NUMBER:**<br>C07-01244 |

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. **TO THE CLERK: Please dismiss this action as follows:**
   a. (1) ☐ With prejudice   (2) ☒ Without prejudice
   b. (1) ☐ Complaint   (2) ☐ Petition
      (3) ☐ Cross-complaint filed by *(name):* _____ on *(date):*
      (4) ☐ Cross-complaint filed by *(name):* _____ on *(date):*
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☒ Other: *(specify):* * **As to paragraphs 64, 65, 66, 67, and 68. TENTH CAUSE OF ACTION ONLY. C07-01244 ONLY.**

Date: June 22, 2007

CHRISTOPHER R. LUCAS
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

(SIGNATURE)
Attorney or party without attorney for:
☒ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross-complainant

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

2. **TO THE CLERK: Consent to the above dismissal is hereby given.****
Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)
(SIGNATURE)
Attorney or party without attorney for: Plaintiffs
☐ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross-complainant

** If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for the cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

*(To be completed by clerk)*
3. ☒ Dismissal entered as requested on *(date):* JUN 22 2007
4. ☐ Dismissal entered on *(date):* _____ as to only *(name):*
5. ☐ Dismissal not entered as requested for the following reasons *(specify):*
6. ☐ a. Attorney or party without attorney notified on *(date):*
   b. Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to conform   ☐ means to return conformed copy

Date: JUN 22 2007   Clerk, by _Weber_____, Deputy

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-110 [Rev. January 1, 2007]<br>Martin Dean's ESSENTIAL FORMS™ | **REQUEST FOR DISMISSAL** | Page 1 of 1<br>Code of Civil Procedure, § 581 et seq.<br>Cal. Rules of Court, rule 3.1390<br>www.courtinfo.ca.gov |

| | | |
|---|---|---|
| **CIV-110** | | |

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name and Address): **TELEPHONE NO.:**
CHRISTOPHER R. LUCAS         (925) 682-9500
LAW OFFICES OF GOFORTH & LUCAS
2300 Clayton Road, Suite 1460
Concord, CA 94520

**ELECTRONICALLY FILED**
06-22-07
K. TORRE, CLERK OF THE COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA - MARTINEZ
BY: C. GREEN, DEPUTY CLERK

**ATTORNEY FOR** (Name): Plaintiffs, AMY LEVESQUE and GEORGE ROACH

Insert name of court and name of judicial district and branch court, if any:
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA

**PLAINTIFF/PETITIONER:** AMY LEVESQUE and GEORGE ROACH
**DEFENDANT/RESPONDENT:** KANYA TENNYSHA COLEMAN aka KANYA HILL aka KANYA MAXIMO, CHARLES E. COLEMAN, et al

**REQUEST FOR DISMISSAL**
- [ ] Personal Injury, Property Damage, or Wrongful Death
  - [ ] Motor Vehicle    [ ] Other
- [ ] Family Law
- [ ] Eminent Domain
- [X] Other (specify): Breach of Contract

**CASE NUMBER:** C07-01018 CONSOLIDATED
C07-00049

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. **TO THE CLERK:** Please **dismiss** this action as follows:
   a. (1) [ ] With prejudice    (2) [X] Without prejudice
   b. (1) [ ] Complaint    (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):                    on (date):
      (4) [ ] Cross-complaint filed by (name):                    on (date):
      (5) [ ] Entire action of all parties and all causes of action
      (6) [X] Other: (specify):* **As to paragraphs 62, 63, 64, 65, and 66. TENTH CAUSE OF ACTION ONLY. C07-01018 ONLY.**

Date: June 22, 2007

CHRISTOPHER R. LUCAS
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

(SIGNATURE)
Attorney or party without attorney for: Plaintiffs
[X] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross-complainant

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

(SIGNATURE)
Attorney or party without attorney for:
[ ] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross-complainant

** If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for the cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

(To be completed by clerk)
3. [X] Dismissal entered as requested on (date): 06-22-07
4. [ ] Dismissal entered on (date):                as to only (name):
5. [ ] Dismissal **not** entered as requested for the following reasons (specify):
6. [ ] a. Attorney or party without attorney notified on (date):
       b. Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to conform    [ ] means to return conformed copy

Date: 06-22-07                   Clerk, by _____ C GREEN _____, Deputy

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]
Martin Dean's
ESSENTIAL FORMS™

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

| | CIV-110 |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name and Address)*:<br>CHRISTOPHER R. LUCAS<br>LAW OFFICES OF GOFORTH & LUCAS<br>2300 Clayton Road, Suite 1460<br>Concord, CA 94520<br>**TELEPHONE NO.**: (925) 682-9500 | **ELECTRONICALLY FILED**<br>06-22-07<br>K. TORRE, CLERK OF THE COURT<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF CONTRA COSTA - MARTINEZ<br>BY: C. GREEN, DEPUTY CLERK |

**ATTORNEY FOR** *(Name)*: Plaintiffs, AVIS DOCTOR, CHAIR OGOGO, et al.

Insert name of court and name of judicial district and branch court, if any:
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA

**PLAINTIFF/PETITIONER**: AVIS DOCTOR, CHAIR OGOGO, PAULETTE MAYO, KAREN SMITH, SUZETTE STEINBERG, et al.
**DEFENDANT/RESPONDENT**: NORTH AMERICAN TITLE COMPANY INC., OLD REPUBLIC TITLE COMPANY, et al.

### REQUEST FOR DISMISSAL

- ☐ Personal Injury, Property Damage, or Wrongful Death
  - ☐ Motor Vehicle  ☐ Other
- ☐ Family Law
- ☐ Eminent Domain
- ☒ Other *(specify)*: Breach of Contract

**CASE NUMBER**: C07-01016 CONSOLIDATED
MSC07-00049

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. **TO THE CLERK**: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice   (2) ☒ Without prejudice
   b. (1) ☐ Complaint    (2) ☐ Petition
      (3) ☐ Cross-complaint filed by *(name)*: ____ on *(date)*: ____
      (4) ☐ Cross-complaint filed by *(name)*: ____ on *(date)*: ____
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☒ Other: *(specify)*:* **As to paragraphs 64, 65, 66, 67, and 68. TENTH CAUSE OF ACTION ONLY. C07-01016 ONLY.**

Date: June 22, 2007

CHRISTOPHER R. LUCAS
(TYPE OR PRINT NAME OF   ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

*(SIGNATURE)*

Attorney or party without attorney for: Plaintiffs
☒ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross-complainant

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

2. **TO THE CLERK**: Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF   ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)
*(SIGNATURE)*
Attorney or party without attorney for:
☐ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross-complainant

** If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for the cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

*(To be completed by clerk)*
3. ☒ Dismissal entered as requested on *(date)*: 06-22-07
4. ☐ Dismissal entered on *(date)*: ____ as to only *(name)*: ____
5. ☐ Dismissal **not entered** as requested for the following reasons *(specify)*:
6. ☐ a. Attorney or party without attorney notified on *(date)*: ____
      b. Attorney or party without attorney not notified. Filing party failed to provide
         ☐ a copy to conform   ☐ means to return conformed copy

Date: 06-22-07    Clerk, by C GREEN _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]
Martin Dean's
ESSENTIAL FORMS™

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

Page 1 of 1