**EXHIBIT 6**

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:

Chris Lucas
2300 Clayton Road #1460
Concord CA 94520

CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
DOC- 2007-0163520-00
Check Number
Tuesday, JUN 05, 2007 09:46:05
MIC    $1.00 MOD    $4.00 REC    $8.00
FTC    $3.00
Ttl Pd    $16.00        Nbr-0003735957
                        lrc/R9/1-4

THE SPACE ABOVE IS FOR RECORDERS USE ONLY

# *DOCUMENT TITLE*

1  CHRISTOPHER R. LUCAS (SBN 95293)
2  LAW OFFICES OF GOFORTH & LUCAS
   2300 Clayton Road, Suite 1460
3  Concord, California 94520
   TELEPHONE: (925) 682-9500
4  FACSIMILE: (925) 682-2353

5  Attorney for Plaintiffs, AVIS
   DOCTOR, CHARI OGOGO, PAULETTE
6  MAYO, KAREN SMITH, SUZETTE
   STEINBERG, THOMAS STEINBERG,

7

8        IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          IN AND FOR THE COUNTY OF CONTRA COSTA

10                 Unlimited Civil Case

11 AVIS DOCTOR, CHARI OGOGO,          CASE NO.: C07 01016
   PAULETTE MAYO, KAREN SMITH,
12 SUZETTE STEINBERG, THOMAS          LIS PENDENS; NOTICE OF ACTION
   STEINBERG,                         PENDING
13      Plaintiffs,

14      v.
   NORTH AMERICAN TITLE COMPANY
15 INC., OLD REPUBLIC TITLE COMPANY,
   KANYA TENNYSHA COLEMAN aka KANYA
16 HILL aka KANYA MAXIMO, CHARLES E.
   COLEMAN aka CHARLES E. COLEMAN
17 SR., YVONNE E. GAMBLE, FREDERICK
   C. GAMBLE, JORIE WRIGHT, FLOYD W.
18 WATSON, FELIX GOLDEN, K PLATINUM
   GROUP, INC., K PLATINUM REALTY,
19 INC., K PLATINUM FINANCIAL, INC.,
   K PLATINUM ASSOCIATES, INC., K
20 PLATINUM INTERNATIONAL, INC., K
   PLATINUM INTERNATIONAL
21 ASSOCIATES, INC., K PLATINUM
   INTERNATIONAL FINANCIAL, INC., K
22 PLATINUM INTERNATIONAL GROUP
   INC., K PLATINUM INTERNATIONAL
23 REALTY, INC., K PLATINUM
   PERSONNEL SERVICES, K PLATINUM
24 INTERNATIONAL ASSOCIATE
25 INVESTMENT, REAL ESTATE PERSONNEL
   SERVICES a business organization

FILED

2007 JUN -5  A 9: 23

K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.

BY:_____ Deputy Clerk
      S. Pysel

LAW
OFFICES
OF
GOFORTH
& LUCAS

1  unknown, REALLIFE CONSULTING, a
   business organization unknown,
2  OUTERSPHERE INC., OUTERSPHERE
   LLC, OUTERSPHERE INVESTMENT
3  GROUP, LLC, BLUE SKY TRUST, a
   business organization unknown,
4  PROSPERITY MATTERS LLC, POWER OF
   SEVEN LOAN-FUND ONE LIMITED
5  PARTNERSHIP, SANFORD AND PETERSON
   INTERNATIONAL INVESTMENT GROUP,
6  INC., LAND AMERICA aka LAND
   AMERICA CAPITAL CORPORATION,
7  BRENDA ANN MICHELSON, CAROL ANN
   DICKSON, CLAYTON GRACE, THOMAS
8  JENKINS, VIKING APPRAISALS, CRAIG
   BUCCELLATO, JESSICA ARANDA,
9  and DOES 1 to 500, INCLUSIVE,
10
          Defendants.
11  _____/

12        PLEASE TAKE NOTICE that this action was commenced on

13  May 11, 2007 by Plaintiffs against Defendants and is now pending

14  in the above-entitled court.

15        Plaintiff seeks relief in this action affecting the right to

16  possession of real property located or commonly known as follows:

17
18  Contra Costa County:

19  1.  **3236 Reva Drive, Concord, CA 94519** APN:111-072-005 Site
    description: HOLBROOK HGTS #2 LOT 170.

20  2.  **355 Avalon Circle, Pittsburg, CA 94565** APN:085-370-120 Site
21  description: T7807 161.

22  3.  **30 Foothill Place, Pleasant Hill, CA 94523** APN:154-860-013 Site
    description: T6491 L13

23  4.  **1248 Picadilly Lane, Brentwood, CA 94513** APN:018-460-020 Site
24  description: T8561 L20

25  5.  **4858 Country Hills Drive, Antioch, CA 94531** APN:056-040-035
    Site description: T6975 L85

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                   2

6. **2100 Roper Circle, Brentwood, CA 94513 APN:019-760-046** Site description: T8603 L83

7. **24670 Marsh Creek Road, Brentwood, CA APN:011-050-034 (retired APN: 011-050-025)**

8. **4728 Hunter Peak Court, Antioch, CA 94531 APN:072-340-024** Site description: T7317 L148

9. **2861 Spanish Bay Drive, Brentwood, CA 94513 APN:007-480-003** Site description: T8485 L3

10. **160 Palm Place, Brentwood, CA 94513 APN:019-380-004** Site description: T8063 L4

11. **4421 Whitehoof Way, Antioch, CA 94531 APN:055-120-015** Site description: T7569 L397

12. **802 Redhaven Street, Brentwood, CA 94513 APN: 013-330-062** Site description: T8222 L62

The object of the action is partition, quiet title, declaratory relief, and power of sale of the subject property.

Dated: 6-4-7

LAW OFFICE OF GOFORTH & LUCAS

CHRISTOPHER R. LUCAS
Attorney for Plaintiffs, AVIS DOCTOR, CHARI OGOGO, PAULETTE MAYO, KAREN SMITH, SUZETTE STEINBERG, THOMAS STEINBERG

**End of Document**

LAW
OFFICES
OF
GOFORTH
& LUCAS

1   CHRISTOPHER R. LUCAS (SBN 95293)
    LAW OFFICES OF GOFORTH & LUCAS
2   2300 Clayton Road, Suite 1460
    Concord, California 94520
3   TELEPHONE: (925) 682-9500
    FACSIMILE: (925) 682-2353
4

FILED

2007 JUN -5 A 9: 23

K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.

BY:_____ Deputy Clerk

5   Attorney for Plaintiffs, AVIS
    DOCTOR, CHARI OGOGO, PAULETTE
6   MAYO, KAREN SMITH, SUZETTE
    STEINBERG, THOMAS STEINBERG,

7

8     IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9       IN AND FOR THE COUNTY OF CONTRA COSTA

10         Unlimited Civil Case

11   AVIS DOCTOR, CHARI OGOGO,     CASE NO.: C07 01016
    PAULETTE MAYO, KAREN SMITH,
12   SUZETTE STEINBERG, THOMAS     LIS PENDENS; NOTICE OF ACTION
    STEINBERG,              PENDING
13       Plaintiffs,

14       v.
    NORTH AMERICAN TITLE COMPANY
15   INC., OLD REPUBLIC TITLE COMPANY,
    KANYA TENNYSHA COLEMAN aka KANYA
16   HILL aka KANYA MAXIMO, CHARLES E.
    COLEMAN aka CHARLES E. COLEMAN
17   SR., YVONNE E. GAMBLE, FREDERICK
    C. GAMBLE, JORIE WRIGHT, FLOYD W.
18   WATSON, FELIX GOLDEN, K PLATINUM
    GROUP, INC., K PLATINUM REALTY,
19   INC., K PLATINUM FINANCIAL, INC.,
    K PLATINUM ASSOCIATES, INC., K
20   PLATINUM INTERNATIONAL, INC., K
    PLATINUM INTERNATIONAL
21   ASSOCIATES, INC., K PLATINUM
    INTERNATIONAL FINANCIAL, INC., K
22   PLATINUM INTERNATIONAL GROUP
    INC., K PLATINUM INTERNATIONAL
23   REALTY, INC., K PLATINUM
    PERSONNEL SERVICES, K PLATINUM
24   INTERNATIONAL ASSOCIATE
    INVESTMENT, REAL ESTATE PERSONNEL
25   SERVICES a business organization

CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
**DOC- 2007-0163520-00**
Check Number
Tuesday, JUN 05, 2007 09:46:05
MIC    $1.00 MOD     $4.00 REC    $8.00
FTC    $3.00

Ttl Pd    $16.00        Nbr-0003735957
                      1rc/R9/1-4

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                       1

1  unknown, REALLIFE CONSULTING, a
   business organization unknown,
2  OUTERSPHERE INC., OUTERSPHERE
   LLC, OUTERSPHERE INVESTMENT
3  GROUP, LLC, BLUE SKY TRUST, a
   business organization unknown,
4  PROSPERITY MATTERS LLC, POWER OF
   SEVEN LOAN-FUND ONE LIMITED
5  PARTNERSHIP, SANFORD AND PETERSON
6  INTERNATIONAL INVESTMENT GROUP,
   INC., LAND AMERICA aka LAND
7  AMERICA CAPITAL CORPORATION,
   BRENDA ANN MICHELSON, CAROL ANN
8  DICKSON, CLAYTON GRACE, THOMAS
   JENKINS, VIKING APPRAISALS, CRAIG
9  BUCCELLATO, JESSICA ARANDA,
   and DOES 1 to 500, INCLUSIVE,
10

11      Defendants.
   _____/
12      PLEASE TAKE NOTICE that this action was commenced on

13  May 11, 2007 by Plaintiffs against Defendants and is now pending

14  in the above-entitled court.

15      Plaintiff seeks relief in this action affecting the right to

16  possession of real property located or commonly known as follows:

17

18  Contra Costa County:

19  1. **3236 Reva Drive, Concord, CA 94519 APN:111-072-005** Site
    description: HOLBROOK HGTS #2 LOT 170.

20  2. **355 Avalon Circle, Pittsburg, CA 94565 APN:085-370-120** Site
21  description: T7807 161.

22  3. **30 Foothill Place, Pleasant Hill, CA 94523 APN:154-860-013** Site
    description: T6491 L13

23  4. **1248 Picadilly Lane, Brentwood, CA 94513 APN:018-460-020** Site
24  description: T8561 L20

25  5. **4858 Country Hills Drive, Antioch, CA 94531 APN:056-040-035**
    Site description: T6975 L85

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    2

6. **2100 Roper Circle, Brentwood, CA 94513 APN:019-760-046** Site description: T8603 L83

7. **24670 Marsh Creek Road, Brentwood, CA APN:011-050-034 (retired APN: 011-050-025)**

8. **4728 Hunter Peak Court, Antioch, CA 94531 APN:072-340-024** Site description: T7317 L148

9.. **2861 Spanish Bay Drive, Brentwood, CA 94513 APN:007-480-003** Site description: T8485 L3

10. **160 Palm Place, Brentwood, CA 94513 APN:019-380-004** Site description: T8063 L4

11. **4421 Whitehoof Way, Antioch, CA 94531 APN:055-120-015** Site description: T7569 L397

12. **802 Redhaven Street, Brentwood, CA 94513 APN: 013-330-062** Site description: T8222 L62

The object of the action is partition, quiet title, declaratory relief, and power of sale of the subject property.

Dated: 6-4-7                    LAW OFFICE OF GOFORTH & LUCAS

CHRISTOPHER R. LUCAS
Attorney for Plaintiffs, AVIS
DOCTOR, CHARI OGOGO, PAULETTE
MAYO, KAREN SMITH, SUZETTE
STEINBERG, THOMAS STEINBERG

1   CHRISTOPHER R. LUCAS (SBN 95293)
    LAW OFFICES OF GOFORTH & LUCAS
2   2300 Clayton Road, Suite 1460
    Concord, California 94520
3   TELEPHONE: (925) 682-9500
    FACSIMILE: (925) 682-2353
4

5   Attorney for Plaintiffs, AVIS
    DOCTOR, CHARI OGOGO, PAULETTE
6   MAYO, KAREN SMITH, SUZETTE
    STEINBERG, THOMAS STEINBERG,
7

8           IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9               IN AND FOR THE COUNTY OF CONTRA COSTA

10                     Unlimited Civil Case

11  AVIS DOCTOR, CHARI OGOGO,          CASE NO.:
    PAULETTE MAYO, KAREN SMITH,
12  SUZETTE STEINBERG, THOMAS          LIS PENDENS; NOTICE OF ACTION
    STEINBERG,                         PENDING
13        Plaintiffs,

14        v.
    NORTH AMERICAN TITLE COMPANY
15  INC., OLD REPUBLIC TITLE COMPANY,
    KANYA TENNYSHA COLEMAN aka KANYA
16  HILL aka KANYA MAXIMO, CHARLES E.
    COLEMAN aka CHARLES E. COLEMAN
17  SR., YVONNE E. GAMBLE, FREDERICK
    C. GAMBLE, JORIE WRIGHT, FLOYD W.
18  WATSON, FELIX GOLDEN, K PLATINUM
    GROUP, INC., K PLATINUM REALTY,
19  INC., K PLATINUM FINANCIAL, INC.,
    K PLATINUM ASSOCIATES, INC., K
20  PLATINUM INTERNATIONAL, INC., K
    PLATINUM INTERNATIONAL
21  ASSOCIATES, INC., K PLATINUM
    INTERNATIONAL FINANCIAL, INC., K
22  PLATINUM INTERNATIONAL GROUP
    INC., K PLATINUM INTERNATIONAL
23  REALTY, INC., K PLATINUM
    PERSONNEL SERVICES, K PLATINUM
24  INTERNATIONAL ASSOCIATE
    INVESTMENT, REAL ESTATE PERSONNEL
25  SERVICES a business organization

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    1

1  unknown, REALLIFE CONSULTING, a
business organization unknown,
2  OUTERSPHERE INC., OUTERSPHERE
LLC, OUTERSPHERE INVESTMENT
3  GROUP, LLC, BLUE SKY TRUST, a
business organization unknown,
4  PROSPERITY MATTERS LLC, POWER OF
SEVEN LOAN-FUND ONE LIMITED
5  PARTNERSHIP, SANFORD AND PETERSON
INTERNATIONAL INVESTMENT GROUP,
6  INC., LAND AMERICA aka LAND
AMERICA CAPITAL CORPORATION,
7  BRENDA ANN MICHELSON, CAROL ANN
DICKSON, CLAYTON GRACE, THOMAS
8  JENKINS, VIKING APPRAISALS, CRAIG
BUCCELLATO, JESSICA ARANDA,
9  and DOES 1 to 500, INCLUSIVE,

10

11         Defendants.
   _____/

12         PLEASE TAKE NOTICE that this action was commenced on

13  May 11, 2007 by Plaintiffs against Defendants and is now pending

14  in the above-entitled court.

15         Plaintiff seeks relief in this action affecting the right to

16  possession of real property located or commonly known as follows:

17

18  Contra Costa County:

19  1. 2100 Roper Circle, Brentwood, CA 94513 APN:019-760-046

20         The  object  of  the  action  is  partition,  quiet  title,

21  declaratory relief, and power of sale of the subject property.

22  Dated:   5-23-07                LAW OFFICE OF GOFORTH & LUCAS

23

24

25                        _____
                          CHRISTOPHER R. LUCAS
                          Attorney for Plaintiffs, AVIS
                          DOCTOR, CHARI OGOGO, PAULETTE

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                              2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MAYO, KAREN SMITH, SUZETTE
STEINBERG, THOMAS STEINBERG

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS

3

1  CHRISTOPHER R. LUCAS (SBN 95293)
   LAW OFFICES OF GOFORTH & LUCAS
2  2300 Clayton Road, Suite 1460
   Concord, California 94520
3  TELEPHONE: (925) 682-9500
   FACSIMILE: (925) 682-2353
4
5  Attorney for Plaintiffs, AVIS
   DOCTOR, CHARI OGOGO, PAULETTE
6  MAYO, KAREN SMITH, SUZETTE
   STEINBERG, THOMAS STEINBERG,
7

FILED

2007 JUN -5  A 9: 23

K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.

BY:_____ LAURA, Deputy Clerk

8            IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              IN AND FOR THE COUNTY OF CONTRA COSTA

10                    Unlimited Civil Case

11  AVIS DOCTOR, CHARI OGOGO,          CASE NO.: C07 01016
    PAULETTE MAYO, KAREN SMITH,
12  SUZETTE STEINBERG, THOMAS          LIS PENDENS; NOTICE OF ACTION
    STEINBERG,                         PENDING
13       Plaintiffs,

14       v.
    NORTH AMERICAN TITLE COMPANY
15  INC., OLD REPUBLIC TITLE COMPANY,
    KANYA TENNYSHA COLEMAN aka KANYA
16  HILL aka KANYA MAXIMO, CHARLES E.
    COLEMAN aka CHARLES E. COLEMAN
17  SR., YVONNE E. GAMBLE, FREDERICK
    C. GAMBLE, JORIE WRIGHT, FLOYD W.
18  WATSON, FELIX GOLDEN, K PLATINUM
    GROUP, INC., K PLATINUM REALTY,
19  INC., K PLATINUM FINANCIAL, INC.,
    K PLATINUM ASSOCIATES, INC., K
20  PLATINUM INTERNATIONAL, INC., K
    PLATINUM INTERNATIONAL
21  ASSOCIATES, INC., K PLATINUM
    INTERNATIONAL FINANCIAL, INC., K
22  PLATINUM INTERNATIONAL GROUP
    INC., K PLATINUM INTERNATIONAL
23  REALTY, INC., K PLATINUM
    PERSONNEL SERVICES, K PLATINUM
24  INTERNATIONAL ASSOCIATE
    INVESTMENT, REAL ESTATE PERSONNEL
25  SERVICES a business organization

CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
DOC- 2007-0163520-00
Check Number
Tuesday, JUN 05, 2007 09:46:05
MIC    $1.00 MOD    $4.00 REC    $8.00
FTC    $3.00
Ttl Pd    $16.00      Nbr-0003735957
                      lrc/R9/1-4

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                              1

1  unknown, REALLIFE CONSULTING, a
   business organization unknown,
2  OUTERSPHERE INC., OUTERSPHERE
   LLC, OUTERSPHERE INVESTMENT
3  GROUP, LLC, BLUE SKY TRUST, a
   business organization unknown,
4  PROSPERITY MATTERS LLC, POWER OF
   SEVEN LOAN-FUND ONE LIMITED
5  PARTNERSHIP, SANFORD AND PETERSON
6  INTERNATIONAL INVESTMENT GROUP,
   INC., LAND AMERICA aka LAND
7  AMERICA CAPITAL CORPORATION,
   BRENDA ANN MICHELSON, CAROL ANN
8  DICKSON, CLAYTON GRACE, THOMAS
   JENKINS, VIKING APPRAISALS, CRAIG
9  BUCCELLATO, JESSICA ARANDA,
   and DOES 1 to 500, INCLUSIVE,
10
       Defendants.
11  _____/

12      PLEASE TAKE NOTICE that this action was commenced on

13  May 11, 2007 by Plaintiffs against Defendants and is now pending

14  in the above-entitled court.

15      Plaintiff seeks relief in this action affecting the right to

16  possession of real property located or commonly known as follows:

17
18  Contra Costa County:

19  1. **3236 Reva Drive, Concord, CA 94519 APN:111-072-005** Site
    description: HOLBROOK HGTS #2 LOT 170.

20
21  2. **355 Avalon Circle, Pittsburg, CA 94565 APN:085-370-120** Site
    description: T7807 161.

22  3. **30 Foothill Place, Pleasant Hill, CA 94523 APN:154-860-013** Site
    description: T6491 L13

23
24  4. **1248 Picadilly Lane, Brentwood, CA 94513 APN:018-460-020** Site
    description: T8561 L20

25  5. **4858 Country Hills Drive, Antioch, CA 94531 APN:056-040-035**
    Site description: T6975 L85

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    2

6. **2100 Roper Circle, Brentwood, CA 94513 APN:019-760-046** Site description: T8603 L83

7. **24670 Marsh Creek Road, Brentwood, CA APN:011-050-034 (retired APN: 011-050-025)**

8. **4728 Hunter Peak Court, Antioch, CA 94531 APN:072-340-024** Site description: T7317 L148

9.. **2861 Spanish Bay Drive, Brentwood, CA 94513 APN:007-480-003** Site description: T8485 L3

10. **160 Palm Place, Brentwood, CA 94513 APN:019-380-004** Site description: T8063 L4

11. **4421 Whitehoof Way, Antioch, CA 94531 APN:055-120-015** Site description: T7569 L397

12. **802 Redhaven Street, Brentwood, CA 94513 APN: 013-330-062** Site description: T8222 L62

The object of the action is partition, quiet title, declaratory relief, and power of sale of the subject property.

Dated: 6-4-7

LAW OFFICE OF GOFORTH & LUCAS

CHRISTOPHER R. LUCAS
Attorney for Plaintiffs, AVIS
DOCTOR, CHARI OGOGO, PAULETTE
MAYO, KAREN SMITH, SUZETTE
STEINBERG, THOMAS STEINBERG

1  CHRISTOPHER R. LUCAS (SBN 95293)
   LAW OFFICES OF GOFORTH & LUCAS
2  2300 Clayton Road, Suite 1460
   Concord, California 94520
3  TELEPHONE: (925) 682-9500
   FACSIMILE: (925) 682-2353
4

5  Attorney for Plaintiffs, AVIS
   DOCTOR, CHARI OGOGO, PAULETTE
6  MAYO, KAREN SMITH, SUZETTE
   STEINBERG, THOMAS STEINBERG,
7

**FILED**

2007 JUN -5 A 9:23

K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.

BY:_____
                  S. ____, Deputy Clerk

8          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              IN AND FOR THE COUNTY OF CONTRA COSTA

10                    Unlimited Civil Case

11  AVIS DOCTOR, CHARI OGOGO,          CASE NO.: C07 01016
    PAULETTE MAYO, KAREN SMITH,
12  SUZETTE STEINBERG, THOMAS          LIS PENDENS; NOTICE OF ACTION
    STEINBERG,                         PENDING
13       Plaintiffs,

14       v.
    NORTH AMERICAN TITLE COMPANY
15  INC., OLD REPUBLIC TITLE COMPANY,
    KANYA TENNYSHA COLEMAN aka KANYA
16  HILL aka KANYA MAXIMO, CHARLES E.
    COLEMAN aka CHARLES E. COLEMAN
17  SR., YVONNE E. GAMBLE, FREDERICK
    C. GAMBLE, JORIE WRIGHT, FLOYD W.
18  WATSON, FELIX GOLDEN, K PLATINUM
    GROUP, INC., K PLATINUM REALTY,
19  INC., K PLATINUM FINANCIAL, INC.,
    K PLATINUM ASSOCIATES, INC., K
20  PLATINUM INTERNATIONAL, INC., K
    PLATINUM INTERNATIONAL
21  ASSOCIATES, INC., K PLATINUM
    INTERNATIONAL FINANCIAL, INC., K
22  PLATINUM INTERNATIONAL GROUP
    INC., K PLATINUM INTERNATIONAL
23  REALTY, INC., K PLATINUM
    PERSONNEL SERVICES, K PLATINUM
24  INTERNATIONAL ASSOCIATE
    INVESTMENT, REAL ESTATE PERSONNEL
25  SERVICES a business organization

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    1

unknown, REALLIFE CONSULTING, a
business organization unknown,
OUTERSPHERE INC., OUTERSPHERE
LLC, OUTERSPHERE INVESTMENT
GROUP, LLC, BLUE SKY TRUST, a
business organization unknown,
PROSPERITY MATTERS LLC, POWER OF
SEVEN LOAN-FUND ONE LIMITED
PARTNERSHIP, SANFORD AND PETERSON
INTERNATIONAL INVESTMENT GROUP,
INC., LAND AMERICA aka LAND
AMERICA CAPITAL CORPORATION,
BRENDA ANN MICHELSON, CAROL ANN
DICKSON, CLAYTON GRACE, THOMAS
JENKINS, VIKING APPRAISALS, CRAIG
BUCCELLATO, JESSICA ARANDA,
and DOES 1 to 500, INCLUSIVE,

    Defendants.
_____/

    PLEASE TAKE NOTICE that this action was commenced on

May 11, 2007 by Plaintiffs against Defendants and is now pending

in the above-entitled court.

    Plaintiff seeks relief in this action affecting the right to

possession of real property located or commonly known as follows:

Contra Costa County:

1. **3236 Reva Drive, Concord, CA 94519 APN:111-072-005** Site
description: HOLBROOK HGTS #2 LOT 170.

2. **355 Avalon Circle, Pittsburg, CA 94565 APN:085-370-120** Site
description: T7807 161.

3. **30 Foothill Place, Pleasant Hill, CA 94523 APN:154-860-013** Site
description: T6491 L13

4. **1248 Picadilly Lane, Brentwood, CA 94513 APN:018-460-020** Site
description: T8561 L20

5. **4858 Country Hills Drive, Antioch, CA 94531 APN:056-040-035**
Site description: T6975 L85

1    6. **2100 Roper Circle, Brentwood, CA 94513 APN:019-760-046** Site
2    description: T8603 L83

     7. **24670 Marsh Creek Road, Brentwood, CA APN:011-050-034 (retired**
3    **APN: 011-050-025)**

4    8. **4728 Hunter Peak Court, Antioch, CA 94531 APN:072-340-024** Site
5    description: T7317 L148

     9.. **2861 Spanish Bay Drive, Brentwood, CA 94513 APN:007-480-003**
6    Site description: T8485 L3

7    10. **160 Palm Place, Brentwood, CA 94513 APN:019-380-004** Site
8    description: T8063 L4

9    11. **4421 Whitehoof Way, Antioch, CA 94531 APN:055-120-015** Site
     description: T7569 L397
10
     12. **802 Redhaven Street, Brentwood, CA 94513 APN: 013-330-062** Site
11   description: T8222 L62

12        The  object  of  the  action  is  partition,  quiet  title,

13   declaratory relief, and power of sale of the subject property.

14
     Dated: 6-4-7                          LAW OFFICE OF GOFORTH & LUCAS
15

16

17                                         _____
                                           CHRISTOPHER R. LUCAS
18                                         Attorney for Plaintiffs, AVIS
                                           DOCTOR, CHARI OGOGO, PAULETTE
19                                         MAYO, KAREN SMITH, SUZETTE
                                           STEINBERG, THOMAS STEINBERG
20

21

22

23

24

25

LAW
OFFICES
OF
GOFORTH
& LUCAS

1   CHRISTOPHER R. LUCAS (SBN 95293)
2   LAW OFFICES OF GOFORTH & LUCAS
    2300 Clayton Road, Suite 1460
3   Concord, California 94520
    TELEPHONE: (925) 682-9500
4   FACSIMILE: (925) 682-2353

COPY of Document Recorded
on ___ JUN 0 1 2007
as No. 2007207278
Has not been compared with Original.
ALAMEDA COUNTY RECORDER

5   Attorney for Plaintiffs, AVIS
    DOCTOR, CHARI OGOGO, PAULETTE
6   MAYO, KAREN SMITH, SUZETTE
    STEINBERG, THOMAS STEINBERG,

7

8           IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              IN AND FOR THE COUNTY OF CONTRA COSTA

10                      Unlimited Civil Case

11  AVIS DOCTOR, CHARI OGOGO,        CASE NO.: C 07 01016
    PAULETTE MAYO, KAREN SMITH,
12  SUZETTE STEINBERG, THOMAS        LIS PENDENS; NOTICE OF ACTION
    STEINBERG,                       PENDING
13       Plaintiffs,

14       v.
    NORTH AMERICAN TITLE COMPANY
15  INC., OLD REPUBLIC TITLE COMPANY,
    KANYA TENNYSHA COLEMAN aka KANYA
16  HILL aka KANYA MAXIMO, CHARLES E.
    COLEMAN aka CHARLES E. COLEMAN
17  SR., YVONNE E. GAMBLE, FREDERICK
    C. GAMBLE, JORIE WRIGHT, FLOYD W.
18  WATSON, FELIX GOLDEN, K PLATINUM
    GROUP, INC., K PLATINUM REALTY,
19  INC., K PLATINUM FINANCIAL, INC.,
    K PLATINUM ASSOCIATES, INC., K
20  PLATINUM INTERNATIONAL, INC., K
    PLATINUM INTERNATIONAL
21  ASSOCIATES, INC., K PLATINUM
    INTERNATIONAL FINANCIAL, INC., K
22  PLATINUM INTERNATIONAL GROUP
    INC., K PLATINUM INTERNATIONAL
23  REALTY, INC., K PLATINUM
    PERSONNEL SERVICES, K PLATINUM
24  INTERNATIONAL ASSOCIATE
    INVESTMENT, REAL ESTATE PERSONNEL
25  SERVICES a business organization

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                          1

1   unknown, REALLIFE CONSULTING, a
    business organization unknown,
2   OUTERSPHERE INC., OUTERSPHERE
    LLC, OUTERSPHERE INVESTMENT
3   GROUP, LLC, BLUE SKY TRUST, a
    business organization unknown,
4   PROSPERITY MATTERS LLC, POWER OF
    SEVEN LOAN-FUND ONE LIMITED
5   PARTNERSHIP, SANFORD AND PETERSON
    INTERNATIONAL INVESTMENT GROUP,
6   INC., LAND AMERICA aka LAND
    AMERICA CAPITAL CORPORATION,
7   BRENDA ANN MICHELSON, CAROL ANN
    DICKSON, CLAYTON GRACE, THOMAS
8   JENKINS, VIKING APPRAISALS, CRAIG
    BUCCELLATO, JESSICA ARANDA,
9   and DOES 1 to 500, INCLUSIVE,
10
11        Defendants.
    _____/
12        PLEASE TAKE NOTICE that this action was commenced on

13  May 11, 2007 by Plaintiffs against Defendants NORTH AMERICAN

14  TITLE COMPANY INC., OLD REPUBLIC TITLE COMPANY, KANYA TENNYSHA

15  COLEMAN aka KANYA HILL aka KANYA MAXIMO, CHARLES E. COLEMAN aka

16  CHARLES E. COLEMAN SR., YVONNE E. GAMBLE, FREDERICK C. GAMBLE,

17  JORIE WRIGHT, FLOYD W. WATSON, FELIX GOLDEN, K PLATINUM GROUP,

18  INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K

19  PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL, INC., K

20  PLATINUM INTERNATIONAL ASSOCIATES, INC., K PLATINUM

21  INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP

22  INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM

23  PERSONNEL SERVICES, K PLATINUM INTERNATIONAL ASSOCIATE

24  INVESTMENT, REAL ESTATE PERSONNEL SERVICES a business

25  organization unknown, REALLIFE CONSULTING, a business

    organization unknown, OUTERSPHERE INC., OUTERSPHERE LLC,

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    2

1  OUTERSPHERE INVESTMENT GROUP, LLC, BLUE SKY TRUST, a business

2  organization unknown, PROSPERITY MATTERS LLC, POWER OF SEVEN

3  LOAN-FUND ONE LIMITED PARTNERSHIP, SANFORD AND PETERSON

4  INTERNATIONAL INVESTMENT GROUP, INC., LAND AMERICA aka LAND

5  AMERICA CAPITAL CORPORATION, BRENDA ANN MICHELSON, CAROL ANN

6  DICKSON, CLAYTON GRACE, THOMAS JENKINS, VIKING APPRAISALS CRAIG

7  BUCCELLATO, JESSICA ARANDA, and DOES 1 to 500, INCLUSIVE, and is

8  now pending in the above-entitled court.

9        Plaintiff seeks relief in this action affecting the right to

10  possession of real property located or commonly known as follows:

11

12  Alameda County:

13  1843 Sannita Place, Pleasanton, CA APN 950-0029-039, Lot 35, as
    shown on map of Tract 7156 (the "map") recorded on June 27, 2000
14  in Book 251 of Maps at Pages 57 through 62, inclusive, in the
    official records of the County of Alameda, State of California.

15  Contra Costa County:

16  1. 5046 Nortonville Way, Antioch, CA 94531 APN 075-500-028-8, Lot
17  117 as shown on the Map of SUBDIVISION 8064, FILED August 12, 1997
    in Map Book 393 Page 32 Contra Costa County Records as amended
18  March 29, 2001 in Map Book 429, Page 45 Contra Costa County
    Records.

19  2. 5004 Nortonville Court, Antioch, CA 94531 APN 075-530-062-1
20
21  3. 3236 Reva Drive, Concord, CA 94519 APN 111-072-005-7, Lot 170,
    as shown on the Map of HOLBROOK HEIGHTS UNIT NO.2, filed February
    24, 1953, in Book 49 of Maps, Page 27, et seq., in the Office of
22  the County Recorder of Contra Costa County.

23  4. 4437 Palisades Way, Antioch, CA 94531 APN 053-393-004-2

24  5. 4200 Limestone Drive, Antioch, CA 94509 APN 072-272-015-3, Lot
    292, as shown on the Map Subdivision 6163, filed November 2, 1984,
25  in Map Book 284, Page 33, Contra Costa Records.

LAW
OFFICES
OF
GOFORTH
& LUCAS

1   6. 2107 Fuente Court, Antioch, CA 94509 APN 075-244-013-1, PARCEL
2   ONE: LOT 93, SUBDIVISION 4605 FILED APRIL 10, 1974, IN BOOK 168 OF
    MAPS, PAGE 1, CONTRA COSTA RECORDS.

3        The object of the action is partition, quiet title,
4   declaratory relief, and power of sale of the subject property.

5
6   Dated:   5-11-07                LAW OFFICE OF GOFORTH & LUCAS
7
8                                   _____
9                                   CHRISTOPHER R. LUCAS
                                    Attorney for Plaintiffs, AVIS
                                    DOCTOR, CHARI OGOGO, PAULETTE
10                                  MAYO, KAREN SMITH, SUZETTE
                                    STEINBERG, THOMAS STEINBERG
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                               4

1 CHRISTOPHER R. LUCAS (SBN 95293)
LAW OFFICES OF GOFORTH & LUCAS
2 2300 Clayton Road, Suite 1460
Concord, California 94520
3 TELEPHONE: (925) 682-9500
FACSIMILE: (925) 682-2353
4

*05/23/2007 ;20070151205*

5 Attorney for Plaintiffs, AVIS
DOCTOR, CHARI OGOGO, PAULETTE
6 MAYO, KAREN SMITH, SUZETTE
STEINBERG, THOMAS STEINBERG,

7

8   IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

    IN AND FOR THE COUNTY OF CONTRA COSTA
9

10      Unlimited Civil Case

11 AVIS DOCTOR, CHARI OGOGO,   CASE NO.:
PAULETTE MAYO, KAREN SMITH,
12 SUZETTE STEINBERG, THOMAS   LIS PENDENS; NOTICE OF ACTION
STEINBERG,          PENDING
13   Plaintiffs,

14   v.
NORTH AMERICAN TITLE COMPANY
15 INC., OLD REPUBLIC TITLE COMPANY,
KANYA TENNYSHA COLEMAN aka KANYA
16 HILL aka KANYA MAXIMO, CHARLES E.
COLEMAN aka CHARLES E. COLEMAN
17 SR., YVONNE E. GAMBLE, FREDERICK
C. GAMBLE, JORIE WRIGHT, FLOYD W.
18 WATSON, FELIX GOLDEN, K PLATINUM
GROUP, INC., K PLATINUM REALTY,
19 INC., K PLATINUM FINANCIAL, INC.,
K PLATINUM ASSOCIATES, INC., K
20 PLATINUM INTERNATIONAL, INC., K
PLATINUM INTERNATIONAL
21 ASSOCIATES, INC., K PLATINUM
INTERNATIONAL FINANCIAL, INC., K
22 PLATINUM INTERNATIONAL GROUP
INC., K PLATINUM INTERNATIONAL
23 REALTY, INC., K PLATINUM
PERSONNEL SERVICES, K PLATINUM
24 INTERNATIONAL ASSOCIATE
INVESTMENT, REAL ESTATE PERSONNEL
25 SERVICES a business organization

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS        1

unknown, REALLIFE CONSULTING, a
business organization unknown,
OUTERSPHERE INC., OUTERSPHERE
LLC, OUTERSPHERE INVESTMENT
GROUP, LLC, BLUE SKY TRUST, a
business organization unknown,
PROSPERITY MATTERS LLC, POWER OF
SEVEN LOAN-FUND ONE LIMITED
PARTNERSHIP, SANFORD AND PETERSON
INTERNATIONAL INVESTMENT GROUP,
INC., LAND AMERICA aka LAND
AMERICA CAPITAL CORPORATION,
BRENDA ANN MICHELSON, CAROL ANN
DICKSON, CLAYTON GRACE, THOMAS
JENKINS, VIKING APPRAISALS, CRAIG
BUCCELLATO, JESSICA ARANDA,
and DOES 1 to 500, INCLUSIVE,

    Defendants.
_____/

    PLEASE TAKE NOTICE that this action was commenced on

May 11, 2007 by Plaintiffs against Defendants and is now pending

in the above-entitled court.

    Plaintiff seeks relief in this action affecting the right to

possession of real property located or commonly known as follows:

Contra Costa County:

1. 2100 Roper Circle, Brentwood, CA 94513 APN:019-760-046

    The object of the action is partition, quiet title,

declaratory relief, and power of sale of the subject property.

Dated:   5-23-07           LAW OFFICE OF GOFORTH & LUCAS

                         _____
                         CHRISTOPHER R. LUCAS
                         Attorney for Plaintiffs, AVIS
                         DOCTOR, CHARI OGOGO, PAULETTE

1
                      MAYO, KAREN SMITH, SUZETTE

2
                    STEINBERG, THOMAS STEINBERG

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF ACTION PENDING; LIS PENDENS

1   CHRISTOPHER R. LUCAS (SBN 95293)
LAW OFFICES OF GOFORTH & LUCAS
2   2300 Clayton Road, Suite 1460
Concord, California 94520
3   TELEPHONE: (925) 682-9500
FACSIMILE: (925) 682-2353
4

FILED

2007 MAY 11  P 12:29

K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.

BY: _____
S. Ayala, Deputy Clerk

5   Attorney for Plaintiffs, AVIS
DOCTOR, CHARI OGOGO, PAULETTE
6   MAYO, KAREN SMITH, SUZETTE
STEINBERG, THOMAS STEINBERG,
7

8       IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          IN AND FOR THE COUNTY OF CONTRA COSTA

10              Unlimited Civil Case

11   AVIS DOCTOR, CHARI OGOGO,      CASE NO. **C 07·01016**
PAULETTE MAYO, KAREN SMITH,
12   SUZETTE STEINBERG, THOMAS     LIS PENDENS; NOTICE OF ACTION
STEINBERG,                 PENDING
13        Plaintiffs,

14       v.
NORTH AMERICAN TITLE COMPANY
15   INC., OLD REPUBLIC TITLE COMPANY,
KANYA TENNYSHA COLEMAN aka KANYA
16   HILL aka KANYA MAXIMO, CHARLES E.
COLEMAN aka CHARLES E. COLEMAN
17   SR., YVONNE E. GAMBLE, FREDERICK
C. GAMBLE, JORIE WRIGHT, FLOYD W.
18   WATSON, FELIX GOLDEN, K PLATINUM
GROUP, INC., K PLATINUM REALTY,
19   INC., K PLATINUM FINANCIAL, INC.,
K PLATINUM ASSOCIATES, INC., K
20   PLATINUM INTERNATIONAL, INC., K
PLATINUM INTERNATIONAL
21   ASSOCIATES, INC., K PLATINUM
INTERNATIONAL FINANCIAL, INC., K
22   PLATINUM INTERNATIONAL GROUP
INC., K PLATINUM INTERNATIONAL
23   REALTY, INC., K PLATINUM
PERSONNEL SERVICES, K PLATINUM
24   INTERNATIONAL ASSOCIATE
INVESTMENT, REAL ESTATE PERSONNEL
25   SERVICES a business organization

CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
DOC- 2007-0139984-00
Check Number
Friday, MAY 11, 2007 13:04:31
MIC  $1.00:MOD   $9.00
FTC  $4.00:REC   $5.00
MIC  $4.00
Ttl Pd  $19.00
Nbr-0003708507
rrc/R9/1-5

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                           1

1  unknown, REALLIFE CONSULTING, a
business organization unknown,
2  OUTERSPHERE INC., OUTERSPHERE
LLC, OUTERSPHERE INVESTMENT
3  GROUP, LLC, BLUE SKY TRUST, a
business organization unknown,
4  PROSPERITY MATTERS LLC, POWER OF
SEVEN LOAN-FUND ONE LIMITED
5  PARTNERSHIP, SANFORD AND PETERSON
INTERNATIONAL INVESTMENT GROUP,
6  INC., LAND AMERICA aka LAND
AMERICA CAPITAL CORPORATION,
7  BRENDA ANN MICHELSON, CAROL ANN
DICKSON, CLAYTON GRACE, THOMAS
8  JENKINS, VIKING APPRAISALS, CRAIG
BUCCELLATO, JESSICA ARANDA,
9  and DOES 1 to 500, INCLUSIVE,
10
11        Defendants.
_____/
12        PLEASE TAKE NOTICE that this action was commenced on

13  May 11, 2007 by Plaintiffs against Defendants NORTH AMERICAN

14  TITLE COMPANY INC., OLD REPUBLIC TITLE COMPANY, KANYA TENNYSHA

15  COLEMAN aka KANYA HILL aka KANYA MAXIMO, CHARLES E. COLEMAN aka

16  CHARLES E. COLEMAN SR., YVONNE E. GAMBLE, FREDERICK C. GAMBLE,

17  JORIE WRIGHT, FLOYD W. WATSON, FELIX GOLDEN, K PLATINUM GROUP,

18  INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K

19  PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL, INC., K

20  PLATINUM INTERNATIONAL ASSOCIATES, INC., K PLATINUM

21  INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP

22  INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM

23  PERSONNEL SERVICES, K PLATINUM INTERNATIONAL ASSOCIATE

24  INVESTMENT, REAL ESTATE PERSONNEL SERVICES a business

25  organization unknown, REALLIFE CONSULTING, a business

organization unknown, OUTERSPHERE INC., OUTERSPHERE LLC,

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                           2

1  OUTERSPHERE INVESTMENT GROUP, LLC, BLUE SKY TRUST, a business

2  organization unknown, PROSPERITY MATTERS LLC, POWER OF SEVEN

3  LOAN-FUND ONE LIMITED PARTNERSHIP, SANFORD AND PETERSON

4  INTERNATIONAL INVESTMENT GROUP, INC., LAND AMERICA aka LAND

5  AMERICA CAPITAL CORPORATION, BRENDA ANN MICHELSON, CAROL ANN

6  DICKSON, CLAYTON GRACE, THOMAS JENKINS, VIKING APPRAISALS CRAIG

7  BUCCELLATO, JESSICA ARANDA, and DOES 1 to 500, INCLUSIVE, and is

8  now pending in the above-entitled court.

9      Plaintiff seeks relief in this action affecting the right to

10  possession of real property located or commonly known as follows:

11

12  Alameda County:

13  1843 Sannita Place, Pleasanton, CA APN 950-0029-039, Lot 35, as
   shown on map of Tract 7156 (the "map") recorded on June 27, 2000

14  in Book 251 of Maps at Pages 57 through 62, inclusive, in the
   official records of the County of Alameda, State of California.

15

16  Contra Costa County:

17  1. 5046 Nortonville Way, Antioch, CA 94531 APN 075-500-028-8, Lot
   117 as shown on the Map of SUBDIVISION 8064, FILED August 12, 1997
   in Map Book 393 Page 32 Contra Costa County Records as amended

18  March 29, 2001 in Map Book 429, Page 45 Contra Costa County
   Records.

19

20  2. 5004 Nortonville Court, Antioch, CA 94531 APN 075-530-062-1

21  3. 3236 Reva Drive, Concord, CA 94519 APN 111-072-005-7, Lot 170,
   as shown on the Map of HOLBROOK HEIGHTS UNIT NO.2, filed February

22  24, 1953, in Book 49 of Maps, Page 27, et seq., in the Office of
   the County Recorder of Contra Costa County.

23  4. 4437 Palisades Way, Antioch, CA 94531 APN 053-393-004-2

24  5. 4200 Limestone Drive, Antioch, CA 94509 APN 072-272-015-3, Lot
   292, as shown on the Map Subdivision 6163, filed November 2, 1984,

25  in Map Book 284, Page 33, Contra Costa Records.

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    3

1   6. 2107 Fuente Court, Antioch, CA 94509 APN 075-244-013-1, PARCEL
2   ONE: LOT 93, SUBDIVISION 4605 FILED APRIL 10, 1974, IN BOOK 168 OF
    MAPS, PAGE 1, CONTRA COSTA RECORDS.

3        The object of the action is partition, quiet title,
4
    declaratory relief, and power of sale of the subject property.
5
6   Dated:   5-11-07                 LAW OFFICE OF GOFORTH & LUCAS
7
8
9   CHRISTOPHER R. LUCAS
    Attorney for Plaintiffs, AVIS
10  DOCTOR, CHARI OGOGO, PAULETTE
    MAYO, KAREN SMITH, SUZETTE
11  STEINBERG, THOMAS STEINBERG
12
13
14
15
16
17
18
19
20
21
22
23
24
25

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                            4

1  CHRISTOPHER R. LUCAS (SBN 95293)
   LAW OFFICES OF GOFORTH & LUCAS
2  2300 Clayton Road, Suite 1460
   Concord, California 94520
3  TELEPHONE: (925) 682-9500
   FACSIMILE: (925) 682-2353
4





2007207278    06/01/2007 09:59 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:    20.00

4  PGS

5  Attorney for Plaintiffs, AVIS
   DOCTOR, CHARI OGOGO, PAULETTE
6  MAYO, KAREN SMITH, SUZETTE
   STEINBERG, THOMAS STEINBERG,
7

8          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9             IN AND FOR THE COUNTY OF CONTRA COSTA

10                    Unlimited Civil Case

11  AVIS DOCTOR, CHARI OGOGO,          CASE NO.: C07  01016
    PAULETTE MAYO, KAREN SMITH,
12  SUZETTE STEINBERG, THOMAS          LIS PENDENS; NOTICE OF ACTION
    STEINBERG,                         PENDING
13       Plaintiffs,

14          v.
    NORTH AMERICAN TITLE COMPANY
15  INC., OLD REPUBLIC TITLE COMPANY,
    KANYA TENNYSHA COLEMAN aka KANYA
16  HILL aka KANYA MAXIMO, CHARLES E.
    COLEMAN aka CHARLES E. COLEMAN
17  SR., YVONNE E. GAMBLE, FREDERICK
    C. GAMBLE, JORIE WRIGHT, FLOYD W.
18  WATSON, FELIX GOLDEN, K PLATINUM
    GROUP, INC.; K PLATINUM REALTY,
19  INC., K PLATINUM FINANCIAL, INC.,
    K PLATINUM ASSOCIATES, INC., K
20  PLATINUM INTERNATIONAL, INC., K
    PLATINUM INTERNATIONAL
21  ASSOCIATES, INC., K PLATINUM
    INTERNATIONAL FINANCIAL, INC., K
22  PLATINUM INTERNATIONAL GROUP
    INC., K PLATINUM INTERNATIONAL
23  REALTY, INC., K PLATINUM
    PERSONNEL SERVICES, K PLATINUM
24  INTERNATIONAL ASSOCIATE
    INVESTMENT, REAL ESTATE PERSONNEL
25  SERVICES a business organization

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    1

1   unknown, REALLIFE CONSULTING, a
    business organization unknown,
2   OUTERSPHERE INC., OUTERSPHERE
    LLC, OUTERSPHERE INVESTMENT
3   GROUP, LLC, BLUE SKY TRUST, a
    business organization unknown,
4   PROSPERITY MATTERS LLC, POWER OF
    SEVEN LOAN-FUND ONE LIMITED
5   PARTNERSHIP, SANFORD AND PETERSON
    INTERNATIONAL INVESTMENT GROUP,
6   INC., LAND AMERICA aka LAND
    AMERICA CAPITAL CORPORATION,
7   BRENDA ANN MICHELSON, CAROL ANN
    DICKSON, CLAYTON GRACE, THOMAS
8   JENKINS, VIKING APPRAISALS, CRAIG
    BUCCELLATO, JESSICA ARANDA,
9   and DOES 1 to 500, INCLUSIVE,
10
11      Defendants.
    _____/
12      PLEASE TAKE NOTICE that this action was commenced on

13  May 11, 2007 by Plaintiffs against Defendants NORTH AMERICAN

14  TITLE COMPANY INC., OLD REPUBLIC TITLE COMPANY, KANYA TENNYSHA

15  COLEMAN aka KANYA HILL aka KANYA MAXIMO, CHARLES E. COLEMAN aka

16  CHARLES E. COLEMAN SR., YVONNE E. GAMBLE, FREDERICK C. GAMBLE,

17  JORIE WRIGHT, FLOYD W. WATSON, FELIX GOLDEN, K PLATINUM GROUP,

18  INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K

19  PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL, INC., K

20  PLATINUM INTERNATIONAL ASSOCIATES, INC., K PLATINUM

21  INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP

22  INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM

23  PERSONNEL SERVICES, K PLATINUM INTERNATIONAL ASSOCIATE

24  INVESTMENT, REAL ESTATE PERSONNEL SERVICES a business

25  organization unknown, REALLIFE CONSULTING, a business

    organization unknown, OUTERSPHERE INC., OUTERSPHERE LLC,

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    2

1  OUTERSPHERE INVESTMENT GROUP, LLC, BLUE SKY TRUST, a business

2  organization unknown, PROSPERITY MATTERS LLC, POWER OF SEVEN

3  LOAN-FUND ONE LIMITED PARTNERSHIP, SANFORD AND PETERSON

4  INTERNATIONAL INVESTMENT GROUP, INC., LAND AMERICA aka LAND

5  AMERICA CAPITAL CORPORATION, BRENDA ANN MICHELSON, CAROL ANN

6  DICKSON, CLAYTON GRACE, THOMAS JENKINS, VIKING APPRAISALS CRAIG

7  BUCCELLATO, JESSICA ARANDA, and DOES 1 to 500, INCLUSIVE, and is

8  now pending in the above-entitled court.

9      Plaintiff seeks relief in this action affecting the right to

10  possession of real property located or commonly known as follows:

11

12  Alameda County:

13  1843 Sannita Place, Pleasanton, CA APN 950-0029-039, Lot 35, as
    shown on map of Tract 7156 (the "map") recorded on June 27, 2000

14  in Book 251 of Maps at Pages 57 through 62, inclusive, in the
    official records of the County of Alameda, State of California.

15  Contra Costa County:

16

17  1. 5046 Nortonville Way, Antioch, CA 94531 APN 075-500-028-8, Lot
    117 as shown on the Map of SUBDIVISION 8064, FILED August 12, 1997
    in Map Book 393 Page 32 Contra Costa County Records as amended

18  March 29, 2001 in Map Book 429, Page 45 Contra Costa County
    Records.

19

20  2. 5004 Nortonville Court, Antioch, CA 94531 APN 075-530-062-1

21  3. 3236 Reva Drive, Concord, CA 94519 APN 111-072-005-7, Lot 170,
    as shown on the Map of HOLBROOK HEIGHTS UNIT NO.2, filed February

22  24, 1953, in Book 49 of Maps, Page 27, et seq., in the Office of
    the County Recorder of Contra Costa County.

23  4. 4437 Palisades Way, Antioch, CA 94531 APN 053-393-004-2

24  5. 4200 Limestone Drive, Antioch, CA 94509 APN 072-272-015-3, Lot

25  292, as shown on the Map Subdivision 6163, filed November 2, 1984,
    in Map Book 284, Page 33, Contra Costa Records.

LAW
OFFICES
OF
GOFORTH
& LUCAS

1  6. 2107 Fuente Court, Antioch, CA 94509 APN 075-244-013-1, PARCEL
   ONE: LOT 93, SUBDIVISION 4605 FILED APRIL 10, 1974, IN BOOK 168 OF
2  MAPS, PAGE 1, CONTRA COSTA RECORDS.

3      The object of the action is partition, quiet title,

4  declaratory relief, and power of sale of the subject property.

5

6  Dated:   5-11-07                  LAW OFFICE OF GOFORTH & LUCAS

7

8                                    _____

9                                    CHRISTOPHER R. LUCAS
                                     Attorney for Plaintiffs, AVIS
10                                   DOCTOR, CHARI OGOGO, PAULETTE
                                     MAYO, KAREN SMITH, SUZETTE
11                                   STEINBERG, THOMAS STEINBERG

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LAW
OFFICES
OF
GOFORTH
& LUCAS

3

1  *WHEN RECORDED MAIL TO:*
   CHRISTOPHER R. LUCAS (SBN 95293)
2  LAW OFFICES OF GOFORTH & LUCAS
   2300 Clayton Road, Suite 1460
3  Concord, California 94520
   TELEPHONE: (925) 682-9500
4  FACSIMILE: (925) 682-2353

5  Attorney for Plaintiffs, AVIS
   DOCTOR, CHARI OGOGO, PAULETTE
6  MAYO, KAREN SMITH, SUZETTE
   STEINBERG, THOMAS STEINBERG,

CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
DOC- 2007-0151285-00
Check Number  23039
Wednesday, MAY 23, 2007 11:46:25
MIC    $1.00 MOD      $3.00 REC    $7.00
FTC    $2.00
Ttl Pd    $13.00        Nbr-0003721812
                        1rc/R9/1-3

7

8          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              IN AND FOR THE COUNTY OF CONTRA COSTA

10                   Unlimited Civil Case

11  AVIS DOCTOR, CHARI OGOGO,          CASE NO.:
    PAULETTE MAYO, KAREN SMITH,
12  SUZETTE STEINBERG, THOMAS          LIS PENDENS; NOTICE OF ACTION
    STEINBERG,                         PENDING
13       Plaintiffs,

14       v.
    NORTH AMERICAN TITLE COMPANY
15  INC., OLD REPUBLIC TITLE COMPANY,
    KANYA TENNYSHA COLEMAN aka KANYA
16  HILL aka KANYA MAXIMO, CHARLES E.
    COLEMAN aka CHARLES E. COLEMAN
17  SR., YVONNE E. GAMBLE, FREDERICK
    C. GAMBLE, JORIE WRIGHT, FLOYD W.
18  WATSON, FELIX GOLDEN, K PLATINUM
    GROUP, INC., K PLATINUM REALTY,
19  INC., K PLATINUM FINANCIAL, INC.,
    K PLATINUM ASSOCIATES, INC., K
20  PLATINUM INTERNATIONAL, INC., K
    PLATINUM INTERNATIONAL
21  ASSOCIATES, INC., K PLATINUM
    INTERNATIONAL FINANCIAL, INC., K
22  PLATINUM INTERNATIONAL GROUP
    INC., K PLATINUM INTERNATIONAL
23  REALTY, INC., K PLATINUM
    PERSONNEL SERVICES, K PLATINUM
24  INTERNATIONAL ASSOCIATE
    INVESTMENT, REAL ESTATE PERSONNEL
25  SERVICES a business organization

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    1

1  unknown, REALLIFE CONSULTING, a
business organization unknown,
2  OUTERSPHERE INC., OUTERSPHERE
LLC, OUTERSPHERE INVESTMENT
3  GROUP, LLC, BLUE SKY TRUST, a
business organization unknown,
4  PROSPERITY MATTERS LLC, POWER OF
SEVEN LOAN-FUND ONE LIMITED
5  PARTNERSHIP, SANFORD AND PETERSON
INTERNATIONAL INVESTMENT GROUP,
6  INC., LAND AMERICA aka LAND
AMERICA CAPITAL CORPORATION,
7  BRENDA ANN MICHELSON, CAROL ANN
DICKSON, CLAYTON GRACE, THOMAS
8  JENKINS, VIKING APPRAISALS, CRAIG
BUCCELLATO, JESSICA ARANDA,
9  and DOES 1 to 500, INCLUSIVE,

10

11        Defendants.

    _____/

12        PLEASE TAKE NOTICE that this action was commenced on

13  May 11, 2007 by Plaintiffs against Defendants and is now pending

14  in the above-entitled court.

15        Plaintiff seeks relief in this action affecting the right to

16  possession of real property located or commonly known as follows:

17

Contra Costa County:
18

1. 2100 Roper Circle, Brentwood, CA 94513 APN:019-760-046
19

20        The object of the action is partition, quiet title,

declaratory relief, and power of sale of the subject property.
21

22  Dated:  5-23-07                    LAW OFFICE OF GOFORTH & LUCAS

23

24

25                                     CHRISTOPHER R. LUCAS
                                       Attorney for Plaintiffs, AVIS
                                       DOCTOR, CHARI OGOGO, PAULETTE

1

MAYO, KAREN SMITH, SUZETTE
STEINBERG, THOMAS STEINBERG

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

END OF DOCUMENT

LAW
OFFICES
OF
GOFORTH
& LUCAS

1  CHRISTOPHER R. LUCAS (SBN 95293)
2  LAW OFFICES OF GOFORTH & LUCAS
   2300 Clayton Road, Suite 1460
3  Concord, California 94520
   TELEPHONE: (925) 682-9500
4  FACSIMILE: (925) 682-2353

5  Attorney for Plaintiffs, AVIS
   DOCTOR, CHARI OGOGO, PAULETTE
6  MAYO, KAREN SMITH, SUZETTE
   STEINBERG, THOMAS STEINBERG,
7

FILED

2007 MAY 25  A 9: 52

K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.

BY K. MITCHELL
    Deputy Clerk

8          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9             IN AND FOR THE COUNTY OF CONTRA COSTA

10                    Unlimited Civil Case

11  AVIS DOCTOR, CHARI OGOGO,          CASE NO.: C07 - 01016
    PAULETTE MAYO, KAREN SMITH,
12  SUZETTE STEINBERG, THOMAS          LIS PENDENS; NOTICE OF ACTION
    STEINBERG,                         PENDING
13       Plaintiffs,

14       v.
    NORTH AMERICAN TITLE COMPANY
15  INC., OLD REPUBLIC TITLE COMPANY,
    KANYA TENNYSHA COLEMAN aka KANYA
16  HILL aka KANYA MAXIMO, CHARLES E.
    COLEMAN aka CHARLES E. COLEMAN
17  SR., YVONNE E. GAMBLE, FREDERICK
    C. GAMBLE, JORIE WRIGHT, FLOYD W.
18  WATSON, FELIX GOLDEN, K PLATINUM
    GROUP, INC., K PLATINUM REALTY,
19  INC., K PLATINUM FINANCIAL, INC.,
    K PLATINUM ASSOCIATES, INC., K
20  PLATINUM INTERNATIONAL, INC., K
    PLATINUM INTERNATIONAL
21  ASSOCIATES, INC., K PLATINUM
    INTERNATIONAL FINANCIAL, INC., K
22  PLATINUM INTERNATIONAL GROUP
    INC., K PLATINUM INTERNATIONAL
23  REALTY, INC., K PLATINUM
    PERSONNEL SERVICES, K PLATINUM
24  INTERNATIONAL ASSOCIATE
    INVESTMENT, REAL ESTATE PERSONNEL
25  SERVICES a business organization

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                              1

1  unknown, REALLIFE CONSULTING, a
   business organization unknown,
2  OUTERSPHERE INC., OUTERSPHERE
   LLC, OUTERSPHERE INVESTMENT
3  GROUP, LLC, BLUE SKY TRUST, a
   business organization unknown,
4  PROSPERITY MATTERS LLC, POWER OF
   SEVEN LOAN-FUND ONE LIMITED
5  PARTNERSHIP, SANFORD AND PETERSON
   INTERNATIONAL INVESTMENT GROUP,
6  INC., LAND AMERICA aka LAND
   AMERICA CAPITAL CORPORATION,
7  BRENDA ANN MICHELSON, CAROL ANN
   DICKSON, CLAYTON GRACE, THOMAS
8  JENKINS, VIKING APPRAISALS, CRAIG
   BUCCELLATO, JESSICA ARANDA,
9  and DOES 1 to 500, INCLUSIVE,

10

11         Defendants.
    _____/

12         PLEASE TAKE NOTICE that this action was commenced on

13  May 11, 2007 by Plaintiffs against Defendants and is now pending

14  in the above-entitled court.

15         Plaintiff seeks relief in this action affecting the right to

16  possession of real property located or commonly known as follows:

17

    Contra Costa County:
18
    1. 2100 Roper Circle, Brentwood, CA 94513 APN:019-760-046
19
           The   object   of   the   action   is   partition,   quiet   title,
20
    declaratory relief, and power of sale of the subject property.
21

22  Dated:   5-23-07                    LAW OFFICE OF GOFORTH & LUCAS

23

24                            _____

25                            CHRISTOPHER R. LUCAS
                              Attorney for Plaintiffs, AVIS
                              DOCTOR, CHARI OGOGO, PAULETTE

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    2

1     MAYO, KAREN SMITH, SUZETTE
2     STEINBERG, THOMAS STEINBERG

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    3

5

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:
CHRIS LUCAS
2300 Clayton Rd #1460
Concord CA 94520

CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
**DOC- 2007-0139984-00**
Check Number
Friday, MAY 11, 2007 13:04:31
MIC    $1.00 MOD    $5.00 REC    $9.00
FTC    $4.00
Ttl Pd    $19.00    Nbr-0003708507
                                        rrc/R9/1-5

THE SPACE ABOVE IS FOR RECORDERS USE ONLY

# *DOCUMENT TITLE*

Lis Pendens; notice of action pending

1  CHRISTOPHER R. LUCAS (SBN 95293)
   LAW OFFICES OF GOFORTH & LUCAS
2  2300 Clayton Road, Suite 1460
   Concord, California 94520
3  TELEPHONE: (925) 682-9500
   FACSIMILE: (925) 682-2353
4



2007 MAY 11 P 12· 29

K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.
BY:_____
      S. Ayala, Deputy Clerk

5  Attorney for Plaintiffs, AVIS
   DOCTOR, CHARI OGOGO, PAULETTE
6  MAYO, KAREN SMITH, SUZETTE
   STEINBERG, THOMAS STEINBERG,
7

8        IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9           IN AND FOR THE COUNTY OF CONTRA COSTA

10                  Unlimited Civil Case

11 AVIS DOCTOR, CHARI OGOGO,            CASE NO.: **C 07·01016**
   PAULETTE MAYO, KAREN SMITH,
12 SUZETTE STEINBERG, THOMAS           LIS PENDENS; NOTICE OF ACTION
   STEINBERG,                          PENDING
13        Plaintiffs,

14        v.
   NORTH AMERICAN TITLE COMPANY
15 INC., OLD REPUBLIC TITLE COMPANY,
   KANYA TENNYSHA COLEMAN aka KANYA
16 HILL aka KANYA MAXIMO, CHARLES E.
   COLEMAN aka CHARLES E. COLEMAN
17 SR., YVONNE E. GAMBLE, FREDERICK
   C. GAMBLE, JORIE WRIGHT, FLOYD W.
18 WATSON, FELIX GOLDEN, K PLATINUM
   GROUP, INC., K PLATINUM REALTY,
19 INC., K PLATINUM FINANCIAL, INC.,
   K PLATINUM ASSOCIATES, INC., K
20 PLATINUM INTERNATIONAL, INC., K
   PLATINUM INTERNATIONAL
21 ASSOCIATES, INC., K PLATINUM
   INTERNATIONAL FINANCIAL, INC., K
22 PLATINUM INTERNATIONAL GROUP
   INC., K PLATINUM INTERNATIONAL
23 REALTY, INC., K PLATINUM
   PERSONNEL SERVICES, K PLATINUM
24 INTERNATIONAL ASSOCIATE
   INVESTMENT, REAL ESTATE PERSONNEL
25 SERVICES a business organization

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                                    1

1  unknown, REALLIFE CONSULTING, a
   business organization unknown,
2  OUTERSPHERE INC., OUTERSPHERE
   LLC, OUTERSPHERE INVESTMENT
3  GROUP, LLC, BLUE SKY TRUST, a
   business organization unknown,
4  PROSPERITY MATTERS LLC, POWER OF
   SEVEN LOAN-FUND ONE LIMITED
5  PARTNERSHIP, SANFORD AND PETERSON
   INTERNATIONAL INVESTMENT GROUP,
6  INC., LAND AMERICA aka LAND
   AMERICA CAPITAL CORPORATION,
7  BRENDA ANN MICHELSON, CAROL ANN
   DICKSON, CLAYTON GRACE, THOMAS
8  JENKINS, VIKING APPRAISALS, CRAIG
   BUCCELLATO, JESSICA ARANDA,
9  and DOES 1 to 500, INCLUSIVE,
10
          Defendants.
11  _____/

12      PLEASE TAKE NOTICE that this action was commenced on

13  May 11, 2007 by Plaintiffs against Defendants NORTH AMERICAN

14  TITLE COMPANY INC., OLD REPUBLIC TITLE COMPANY, KANYA TENNYSHA

15  COLEMAN aka KANYA HILL aka KANYA MAXIMO, CHARLES E. COLEMAN aka

16  CHARLES E. COLEMAN SR., YVONNE E. GAMBLE, FREDERICK C. GAMBLE,

17  JORIE WRIGHT, FLOYD W. WATSON, FELIX GOLDEN, K PLATINUM GROUP,

18  INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K

19  PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL, INC., K

20  PLATINUM INTERNATIONAL ASSOCIATES, INC., K PLATINUM

21  INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP

22  INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM

23  PERSONNEL SERVICES, K PLATINUM INTERNATIONAL ASSOCIATE

24  INVESTMENT, REAL ESTATE PERSONNEL SERVICES a business

25  organization unknown, REALLIFE CONSULTING, a business

organization unknown, OUTERSPHERE INC., OUTERSPHERE LLC,

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                           2

1  OUTERSPHERE INVESTMENT GROUP, LLC, BLUE SKY TRUST, a business

2  organization unknown, PROSPERITY MATTERS LLC, POWER OF SEVEN

3  LOAN-FUND ONE LIMITED PARTNERSHIP, SANFORD AND PETERSON

4  INTERNATIONAL INVESTMENT GROUP, INC., LAND AMERICA aka LAND

5  AMERICA CAPITAL CORPORATION, BRENDA ANN MICHELSON, CAROL ANN

6  DICKSON, CLAYTON GRACE, THOMAS JENKINS, VIKING APPRAISALS CRAIG

7  BUCCELLATO, JESSICA ARANDA, and DOES 1 to 500, INCLUSIVE, and is

8  now pending in the above-entitled court.

9      Plaintiff seeks relief in this action affecting the right to

10  possession of real property located or commonly known as follows:

11

12  Alameda County:

13  1843 Sannita Place, Pleasanton, CA APN 950-0029-039, Lot 35, as
   shown on map of Tract 7156 (the "map") recorded on June 27, 2000

14  in Book 251 of Maps at Pages 57 through 62, inclusive, in the
   official records of the County of Alameda, State of California.

15

16  Contra Costa County:

17  1. 5046 Nortonville Way, Antioch, CA 94531 APN 075-500-028-8, Lot
   117 as shown on the Map of SUBDIVISION 8064, FILED August 12, 1997

18  in Map Book 393 Page 32 Contra Costa County Records as amended
   March 29, 2001 in Map Book 429, Page 45 Contra Costa County

19  Records.

20  2. 5004 Nortonville Court, Antioch, CA 94531 APN 075-530-062-1

21  3. 3236 Reva Drive, Concord, CA 94519 APN 111-072-005-7, Lot 170,
   as shown on the Map of HOLBROOK HEIGHTS UNIT NO.2, filed February

22  24, 1953, in Book 49 of Maps, Page 27, et seq., in the Office of
   the County Recorder of Contra Costa County.

23  4. 4437 Palisades Way, Antioch, CA 94531 APN 053-393-004-2

24  5. 4200 Limestone Drive, Antioch, CA 94509 APN 072-272-015-3, Lot

25  292, as shown on the Map Subdivision 6163, filed November 2, 1984,
   in Map Book 284, Page 33, Contra Costa Records.

LAW
OFFICES
OF
GOFORTH
& LUCAS

6. 2107 Fuente Court, Antioch, CA 94509 APN 075-244-013-1, PARCEL ONE: LOT 93, SUBDIVISION 4605 FILED APRIL 10, 1974, IN BOOK 168 OF MAPS, PAGE 1, CONTRA COSTA RECORDS.

The object of the action is partition, quiet title, declaratory relief, and power of sale of the subject property.

Dated:    5-11-07                          LAW OFFICE OF GOFORTH & LUCAS

_____
CHRISTOPHER R. LUCAS
Attorney for Plaintiffs, AVIS
DOCTOR, CHARI OGOGO, PAULETTE
MAYO, KAREN SMITH, SUZETTE
STEINBERG, THOMAS STEINBERG

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS

**END OF DOCUMENT**

4

1  CHRISTOPHER R. LUCAS (SBN 95293)
   LAW OFFICES OF GOFORTH & LUCAS
2  2300 Clayton Road, Suite 1460
   Concord, California 94520
3  TELEPHONE: (925) 682-9500
   FACSIMILE: (925) 682-2353
4

   FILED

   2007 MAY 11 P 12:29

   K. TORRE, CLERK OF THE SUPERIOR COURT
   COUNTY OF CONTRA COSTA, CALIF.
   BY_____
           Deputy Clerk

5  Attorney for Plaintiffs, AVIS
   DOCTOR, CHARI OGOGO, PAULETTE
6  MAYO, KAREN SMITH, SUZETTE
   STEINBERG, THOMAS STEINBERG,

7

8       IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          IN AND FOR THE COUNTY OF CONTRA COSTA

10                  Unlimited Civil Case

11 AVIS DOCTOR, CHARI OGOGO,           CASE NO.: C 07·01 016
   PAULETTE MAYO, KAREN SMITH,
12 SUZETTE STEINBERG, THOMAS          LIS PENDENS; NOTICE OF ACTION
   STEINBERG,                         PENDING
13       Plaintiffs,

14       v.
   NORTH AMERICAN TITLE COMPANY
15 INC., OLD REPUBLIC TITLE COMPANY,
   KANYA TENNYSHA COLEMAN aka KANYA
16 HILL aka KANYA MAXIMO, CHARLES E.
   COLEMAN aka CHARLES E. COLEMAN
17 SR., YVONNE E. GAMBLE, FREDERICK
   C. GAMBLE, JORIE WRIGHT, FLOYD W.
18 WATSON, FELIX GOLDEN, K PLATINUM
   GROUP, INC., K PLATINUM REALTY,
19 INC., K PLATINUM FINANCIAL, INC.,
   K PLATINUM ASSOCIATES, INC., K
20 PLATINUM INTERNATIONAL, INC., K
   PLATINUM INTERNATIONAL
21 ASSOCIATES, INC., K PLATINUM
   INTERNATIONAL FINANCIAL, INC., K
22 PLATINUM INTERNATIONAL GROUP
   INC., K PLATINUM INTERNATIONAL
23 REALTY, INC., K PLATINUM
   PERSONNEL SERVICES, K PLATINUM
24 INTERNATIONAL ASSOCIATE
   INVESTMENT, REAL ESTATE PERSONNEL
25 SERVICES a business organization

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                              1

1   unknown, REALLIFE CONSULTING, a
    business organization unknown,
2   OUTERSPHERE INC., OUTERSPHERE
    LLC, OUTERSPHERE INVESTMENT
3   GROUP, LLC, BLUE SKY TRUST, a
    business organization unknown,
4   PROSPERITY MATTERS LLC, POWER OF
    SEVEN LOAN-FUND ONE LIMITED
5   PARTNERSHIP, SANFORD AND PETERSON
    INTERNATIONAL INVESTMENT GROUP,
6   INC., LAND AMERICA aka LAND
    AMERICA CAPITAL CORPORATION,
7   BRENDA ANN MICHELSON, CAROL ANN
    DICKSON, CLAYTON GRACE, THOMAS
8   JENKINS, VIKING APPRAISALS, CRAIG
    BUCCELLATO, JESSICA ARANDA,
9   and DOES 1 to 500, INCLUSIVE,
10
11         Defendants.
    _____/

12         PLEASE TAKE NOTICE that this action was commenced on

13   May 11, 2007 by Plaintiffs against Defendants NORTH AMERICAN

14   TITLE COMPANY INC., OLD REPUBLIC TITLE COMPANY, KANYA TENNYSHA

15   COLEMAN aka KANYA HILL aka KANYA MAXIMO, CHARLES E. COLEMAN aka

16   CHARLES E. COLEMAN SR., YVONNE E. GAMBLE, FREDERICK C. GAMBLE,

17   JORIE WRIGHT, FLOYD W. WATSON, FELIX GOLDEN, K PLATINUM GROUP,

18   INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K

19   PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL, INC., K

20   PLATINUM INTERNATIONAL ASSOCIATES, INC., K PLATINUM

21   INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP

22   INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM

23   PERSONNEL SERVICES, K PLATINUM INTERNATIONAL ASSOCIATE

24   INVESTMENT, REAL ESTATE PERSONNEL SERVICES a business

25   organization unknown, REALLIFE CONSULTING, a business

     organization unknown, OUTERSPHERE INC., OUTERSPHERE LLC,

1   OUTERSPHERE INVESTMENT GROUP, LLC, BLUE SKY TRUST, a business

2   organization unknown, PROSPERITY MATTERS LLC, POWER OF SEVEN

3   LOAN-FUND ONE LIMITED PARTNERSHIP, SANFORD AND PETERSON

4   INTERNATIONAL INVESTMENT GROUP, INC., LAND AMERICA aka LAND

5   AMERICA CAPITAL CORPORATION, BRENDA ANN MICHELSON, CAROL ANN

6   DICKSON, CLAYTON GRACE, THOMAS JENKINS, VIKING APPRAISALS CRAIG

7   BUCCELLATO, JESSICA ARANDA, and DOES 1 to 500, INCLUSIVE, and is

8   now pending in the above-entitled court.

9       Plaintiff seeks relief in this action affecting the right to

10   possession of real property located or commonly known as follows:

11

12 Alameda County:

13 1843 Sannita Place, Pleasanton, CA APN 950-0029-039, Lot 35, as
shown on map of Tract 7156 (the "map") recorded on June 27, 2000
14 in Book 251 of Maps at Pages 57 through 62, inclusive, in the
official records of the County of Alameda, State of California.

15
Contra Costa County:
16
1. 5046 Nortonville Way, Antioch, CA 94531 APN 075-500-028-8, Lot
17 117 as shown on the Map of SUBDIVISION 8064, FILED August 12, 1997
in Map Book 393 Page 32 Contra Costa County Records as amended
18 March 29, 2001 in Map Book 429, Page 45 Contra Costa County
Records.
19
2. 5004 Nortonville Court, Antioch, CA 94531 APN 075-530-062-1
20
3. 3236 Reva Drive, Concord, CA 94519 APN 111-072-005-7, Lot 170,
21 as shown on the Map of HOLBROOK HEIGHTS UNIT NO.2, filed February
24, 1953, in Book 49 of Maps, Page 27, et seq., in the Office of
22 the County Recorder of Contra Costa County.

23 4. 4437 Palisades Way, Antioch, CA 94531 APN 053-393-004-2

24 5. 4200 Limestone Drive, Antioch, CA 94509 APN 072-272-015-3, Lot
292, as shown on the Map Subdivision 6163, filed November 2, 1984,
25 in Map Book 284, Page 33, Contra Costa Records.

LAW
OFFICES
OF
GOFORTH
& LUCAS

NOTICE OF ACTION PENDING; LIS PENDENS                   3

6. 2107 Fuente Court, Antioch, CA 94509 APN 075-244-013-1, PARCEL ONE: LOT 93, SUBDIVISION 4605 FILED APRIL 10, 1974, IN BOOK 168 OF MAPS, PAGE 1, CONTRA COSTA RECORDS.

The object of the action is partition, quiet title, declaratory relief, and power of sale of the subject property.

Dated:    5-11-07                          LAW OFFICE OF GOFORTH & LUCAS



CHRISTOPHER R. LUCAS
Attorney for Plaintiffs, AVIS
DOCTOR, CHARI OGOGO, PAULETTE
MAYO, KAREN SMITH, SUZETTE
STEINBERG, THOMAS STEINBERG

This document is a correct copy
of the original on file in this office.

ATTEST:

MAY 11 2007

K. TORRE
SUPERIOR COURT CALIFORNIA
COUNTY OF CONTRA COSTA

By _____ Deputy Clerk

NOTICE OF ACTION PENDING; LIS PENDENS                                    4