**EXHIBIT 10**

Steyer Lowenthal Boodrookas
Alvarez & Smith LLP attorneys

July 6, 2007

Mr. Christopher R. Lucas
Law Offices of Goforth & Lucas
2300 Clayton Road, Ste. 1460
Concord, CA 94520

Re:   <u>Avis Doctor, et al. v. North American Title Company Inc., et al.</u>
      Contra Costa Superior Court Case No. C07-01016

Dear Chris:

I am writing to confirm your July 5, 2007 voicemail message in which you agreed to grant North American Title Company, Inc. an open extension on its deadline to respond to plaintiffs' complaint in the above matter pending resolution of the anticipated motions to remand from the federal court. This will confirm that North American's response will be due fourteen (14) days after service of the federal court's order ruling on the remand motion.

Thank you for your courtesy.

Very truly yours,

*[signature]*
Edward Egan Smith

EES/erc
S:\NATC\DOCTOR\Correspondence\Lucas070607.wpd