```
 1  Ronald W. Carter, Bar No. 107935
    2201 Broadway, Suite 815
 2  Oakland, CA 94612-1604
    Telephone: (510) 465-6500
 3  Facsimile: (510) 465-1330

 4  Attorney for Plaintiffs
    Dorothy Daniels, et al.
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMY LEVESQUE, et al., | ) Case No. C 07-03269 MJJ |
|---|---|
| Plaintiffs, | ) NOTICE OF MOTION AND MOTION TO <br> ) REMAND TO STATE COURT |
| v. | ) <br> ) Date: August 28, 2007 |
| KANYA TENNYSHA COLEMAN, et al., | ) Time: 9:30 a.m. <br> ) Ctrm: 11 |
| Defendants. | ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 28, 2007 at 9:30 a.m. in Courtroom 11 of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, plaintiffs Dorothy Daniels, Theatris Ervin, Rendy Lola Perkins, and Donna Wilson will move to remand to state court on the grounds that plaintiffs herein have requested dismissal of the only claim over which this court's original jurisdiction has been invoked,

- 1

plaintiffs herein have requested dismissal of the only claim over which this court's original jurisdiction has been invoked, on the grounds that the pendent state law claims substantially predominate over the single federal claim, and on the grounds that remanding will most sensibly accommodate the interests of judicial economy, fairness, and comity.

This motion is and will be made pursuant to 28 U.S.C. § 1447(c) and is and will be based on this notice of motion, the memorandum of points and authorities and declaration served and filed herewith, the court's records and files in this action, matters which may be judicially noticed, and any oral or documentary evidence submitted at the hearing on the motion.

Dated: July 23, 2007

*/s/ Ronald W. Carter*
Ronald W. Carter
Attorney for Plaintiffs
Dorothy Daniels, et al.