

ELECTRONICALLY
FILED
6-11-07

K. TORRE, CLERK OF THE COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA - MARTINEZ
BY: S. HARBRECHT, DEPUTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF CONTRA COSTA

| | |
|---|---|
| K. PLATINUM GROUP CASES, | NO. C07-00049 |
| _____ / | |
| including all cases listed on Exhibit A | **ORDER FOR** |
| attached hereto: | **CONSOLIDATION** |
| _____ / | |

Upon the stipulation of the parties made at the case management conference on this date, IT IS HEREBY ORDERED that the actions listed on Exhibit A attached hereto be consolidated for all purposes, without prejudice to the right of a party to request separation for purposes of trial. The Master Case shall be case No. C07-00049 and all filings shall be in that action. The Court has previously issued an order for e-filing in these matters with Lexis as the designated service provider.

Dated: June 8, 2007

Digitally signed by David Flinn
DN: cn=David Flinn, c=US, o=Superior Court, ou=Dept. 6, email=dflinn@contracosta.courts.ca.gov
Reason: I am the author of this document
Location: Martinez, CA
Date: 2007.06.08 13:46:01 -07'00'

Judge of the Superior Court

## EXHIBIT A

| CASE NO. | PLAINTIFF(S) | FIRST NAMED DEFT. |
|---|---|---|
| C07-00049 | BRUCE SARUBIN | K. PLATINUM GROUP |
| C07-00080 | HEMWATTI DOCU | KANYA COLEMAN |
| C07-00106 | NEWELL WALKER | K. PLATINUM GROUP |
| C07-00454 | JIMMIE T. BRADEN | KANYA COLEMAN |
| C07-00483 | DOROTHY DANIELS | K. PLATINUM GROUP |
| C07-00484 | THEATRIS EIVAN | K. PLATINUM GROUP |
| C07-00485 | RENDY LOLA PERKINS | K. PLATINUM GROUP |
| C07-00486 | DONNA WILSON | K. PLATINUM GROUP |
| C07-01016 | DOCTOR AVIS et al | KANYA COLEMAN |
| C07-01018 | AMY LEVESQUE et al | KANYA COLEMAN |
| C07-01075 | CHARMAINE BENNETT | K. PLATINUM GROUP |