

EXHIBIT 4

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| CHRISTOPHER R. LUCAS<br>LAW OFFICES OF GOFORTH & LUCAS<br>2300 Clayton Road, Suite 1460<br>Concord, CA 94520 | (925) 682-9500 | |

ATTORNEY FOR (Name): Plaintiffs, AMY LEVESQUE and GEORGE ROACH

Insert name of court and name of judicial district and branch court, if any:
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA

PLAINTIFF/PETITIONER: AMY LEVESQUE and GEORGE ROACH

DEFENDANT/RESPONDENT: KANYA TENNYSHA COLEMAN aka KANYA HILL aka KANYA MAXIMO, CHARLES E. COLEMAN, et al

**REQUEST FOR DISMISSAL**
- [ ] Personal Injury, Property Damage, or Wrongful Death
  - [ ] Motor Vehicle   [ ] Other
- [ ] Family Law
- [ ] Eminent Domain
- [X] Other (specify): Breach of Contract

CASE NUMBER: C07-01018 CONSOLIDATED

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [ ] With prejudice   (2) [X] Without prejudice
   b. (1) [ ] Complaint   (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):                                  on (date):
      (4) [ ] Cross-complaint filed by (name):                                  on (date):
      (5) [ ] Entire action of all parties and all causes of action
      (6) [X] Other: (specify):* As to paragraphs 62, 63, 64, 65, and 66. TENTH CAUSE OF ACTION ONLY. C07-01018 ONLY.

Date: June 22, 2007

CHRISTOPHER R. LUCAS
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

(SIGNATURE)
Attorney or party without attorney for: Plaintiffs

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

[X] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross-complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

(SIGNATURE)
Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross-complainant

** If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for the cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

(To be completed by clerk)
3. [ ] Dismissal entered as requested on (date):
4. [ ] Dismissal entered on (date):                    as to only (name):
5. [ ] Dismissal **not** entered as requested for the following reasons (specify):
6. [ ] a. Attorney or party without attorney notified on (date):
       b. Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to conform   [ ] means to return conformed copy

Date:                              Clerk, by _____, Deputy

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

Martin Dean's
ESSENTIAL FORMS™