# EXHIBIT 8

SUSAN L. UECKER, RECEIVER
UECKER & ASSOCIATES, INC.
100 PINE STREET, SUITE 475
SAN FRANCISCO, CA 94111
TELEPHONE: (415) 362-3440

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF CONTRA COSTA

| | |
|---|---|
| DOROTHY DANIELS,<br><br>    Plaintiff,<br>v.<br><br>K. PLATINUM GROUP, INC., et al,<br><br>    Defendants. | Case No: C07-00483<br><br>OATH OF RECEIVER |

I, Susan L. Uecker, declare:

That having been appointed the Receiver in the above referenced matter, I will perform the duties of Receiver faithfully and observe all of the instructions of the above entitled Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of June 2007 at San Francisco, California.

_____
SUSAN L. UECKER


THE HARTFORD

(This is the address for service under section 995.320 C.C.P.)
IN THE Superior COURT
COUNTY OF Contra Costa
STATE OF CALIFORNIA

| Plaintiff(s) | |
|---|---|
| Dorothy Daniels | |
| vs | Case No. C07-00483 |
| Defendant(s) | **BOND OF RECEIVER** |
| K. Platinum Group, Inc., K. Platinum International Group, Inc., K. Platinum Associates, Inc., K. Platinum International Associates, Inc., K. Platinum Financial, Inc., K. Platinum International Financial, Inc., K. Platinum Realty, Inc. and K. Platinum International Realty, Inc. | |

KNOW ALL MEN BY THESE PRESENTS:

That we Susan L. Uecker as Principal(s), and Hartford Fire Insurance Company as Surety, are firmly bound unto the State Of California as Obligee in the sum of Ten Thousand Dollars ($10,000) to be paid to the said Obligee, for which payment, well and truly to be made, we bind ourselves, our heirs, legal representatives, successors and assigns, jointly and severally, firmly by these presents.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH THAT,
WHEREAS by order of the above entitled Court, the Principal(s) has (have) been appointed Receiver(s) therein and directed to file a bond according to law in the sum above named.
NOW, THEREFORE, if the said Principal(s) shall faithfully execute the duties of the trust according to law, then this obligation shall be void; otherwise to remain in full force and effect.

Signed, sealed and dated this 26th day of June 2007.

Susan L. Uecker    Principal
By _____

Hartford Fire Insurance Company
By _____
MARY S GEE,    Attorney-in-Fact

Bond No. 57BSBEQ4229
The premium Charged for this bond
is $100    per annum

# POWER OF ATTORNEY

Direct Inquiries/Claims to:
**THE HARTFORD**
BOND, T-4
P.O. BOX 2103, 690 ASYLUM AVENUE
HARTFORD, CONNECTICUT 06115
call: 888-266-3488 or fax: 860-757-5835
Agency Code: 57   100386

KNOW ALL PERSONS BY THESE PRESENTS THAT:

- [X] Hartford Fire Insurance Company, a corporation duly organized under the laws of the State of Connecticut
- [ ] Hartford Casualty Insurance Company, a corporation duly organized under the laws of the State of Indiana
- [ ] Hartford Accident and Indemnity Company, a corporation duly organized under the laws of the State of Connecticut
- [ ] Hartford Underwriters Insurance Company, a corporation duly organized under the laws of the State of Connecticut
- [ ] Twin City Fire Insurance Company, a corporation duly organized under the laws of the State of Indiana
- [ ] Hartford Insurance Company of Illinois, a corporation duly organized under the laws of the State of Illinois
- [ ] Hartford Insurance Company of the Midwest, a corporation duly organized under the laws of the State of Indiana
- [ ] Hartford Insurance Company of the Southeast, a corporation duly organized under the laws of the State of Florida

having their home office in Hartford, Connecticut (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, up to the amount of **UNLIMITED**:

KEVIN C. LEASON, MARY S. GEE, L C. ADAMS, PIERRE LE COMPTE, BEN HOLICKY, ALEXANDER YEATES, LISA LOTHRIDGE, ANNIE MITCHELL OF SAN FRANCISCO, CALIFORNIA

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by [X], and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

In Witness Whereof, and as authorized by a Resolution of the Board of Directors of the Companies on January 22, 2004, the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.




Paul A. Bergenholtz, Assistant Secretary

M. Ross Fisher, Assistant Vice President

STATE OF CONNECTICUT } ss. Hartford
COUNTY OF HARTFORD }

On this 1st day of February, 2004, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.



Scott E. Paseka
Notary Public
My Commission Expires October 31, 2007

CERTIFICATE

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of June 26, 2007.
Signed and sealed at the City of Hartford.

       

Gary W. Stumper, Assistant Vice President

POA 2005

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __SAN FRANCISCO__ } ss.

On __June 26, 2007__, before me, __Luci C. Adams, Notary Public__,
        Date                                         Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared __Mary S. Gee__,
                                     Name(s) of Signer(s)

☒ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[Notary Seal: LUCI C. ADAMS, COMM. #1463819, NOTARY PUBLIC-CALIFORNIA, SAN FRANCISCO COUNTY, My Comm. Expires Jan. 29, 2008]

*Signature:* Luci C. Adams

Place Notary Seal Above          Signature of Notary Public

———————— OPTIONAL ————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**
Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer**
Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____