

# EXHIBIT 9

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| DAVID L. ROTH   SBN 85279<br>THOMAS EASTRIDGE   SBN 121718<br>One Kaiser Plaza, Suite 601<br>Oakland, California 94612 | (510) 287-9651 | |

ATTORNEY FOR (Name): Plaintiffs Theodore Docu, Hemwattie Docu

Insert name of court and name of judicial district and branch court, if any:
SUPERIOR COURT OF CALIFORNIA, CONTRA COSTA COUNTY

PLAINTIFF/PETITIONER: HEMWATTIE DOCU, THEODORE DOCU, et al.

DEFENDANT/RESPONDENT: KANYA TENNYSHA COLEMAN, et al.

**REQUEST FOR DISMISSAL**
- [ ] Personal Injury, Property Damage, or Wrongful Death
  - [ ] Motor Vehicle   [ ] Other
- [ ] Family Law
- [ ] Eminent Domain
- [✓] Other (specify): Contract Action   [DOCU COMPLAINT ONLY]

CASE NUMBER: C07 00080

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [✓] With prejudice   (2) [ ] Without prejudice
   b. (1) [✓] Complaint   (2) [ ] Petition    DOCU COMPLAINT ONLY
      (3) [ ] Cross-complaint filed by (name):                        on (date):
      (4) [ ] Cross-complaint filed by (name):                        on (date):
      (5) [ ] Entire action of all parties and all causes of action
      (6) [✓] Other (specify):* ALL PARTIES REQUEST THE COURT RETAIN JURISDICTION PER CCP § 664.6.

Date: July 10, 2007

THOMAS EASTRIDGE

(TYPE OR PRINT NAME OF [✓] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

(SIGNATURE)

*If dismissal requested is of specified parties only or specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[✓] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross - complainant

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

(SIGNATURE)

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross - complainant

(To be completed by clerk)

3. [ ] Dismissal entered as requested on (date):
4. [ ] Dismissal entered on (date):                    as to only (name):
5. [ ] Dismissal **not** entered as requested for the following reasons (specify):

6. [ ] a. Attorney or party without attorney notified on (date):
       b. Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to conformed   [ ] means to return conformed copy

Date:                      Clerk, by _____, Deputy

Page 1 of 1

Form Adopted for Mandatory use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

www.accesslaw.com