1  **GAREEB | PHAM, LLP**
2  CHRISTOPHER Q. PHAM, Bar No. 206697
   ALEXANDER S. GAREEB, Bar No. 207473
3  707 Wilshire Boulevard. Suite 5300
4  Los Angeles, California 90017
   Telephone: (213) 455-2930
5  Facsimile: (213) 455-2940
6  Email: cpham@gareebpham.com

7  Attorneys for Defendant
8  KANYA TENNYSHA COLEMAN

9  **MEHLMAN & TERBEEK, LLP**
10 MARC TERBEEK, Bar No. 166098
   2125 Oak Grove Road, Suite 125
11 Walnut Creek, California 94598
12 Telephone: (925) 935-3575
   Facsimile: (925) 935-1798
13 Email: marc@mehlman-terbeek.com

14 Attorneys for Defendants
15 K PLATINUM GROUP, INC.; K PLATINUM
16 INTERNATIONAL GROUP, INC.; K PLATINUM
   ASSOCIATES, INC.; K PLATINUM INTERNATIONAL
17 ASSOCIATES, INC.; K PLATINUM FINANCIAL, INC.;
18 K PLATINUM INTERNATIONAL FINANCIAL, INC.;
   K PLATINUM REALTY, INC.;
19 K PLATINUM INTERNATIONAL REALTY, INC.;
20 BRENDA ANN MICHELSON;

21            UNITED STATES DISTRICT COURT -
22            NORTHERN DISTRICT OF CALIFORNIA
23

| | |
|---|---|
| 24  AMY LEVESQUE, GEORGE ROACH, | Federal Case No: C07-03269 MJJ |
| 25                    Plaintiffs, | Related Federal Case No. C07-03270 JL |
| 26                    vs. | State Case No: MSC07-01018 |
| 27  KANYA TENNYSHA COLEMAN aka | |
| 28  KANYA HILL aka KANYA MAXIMO, | (Consolidated with State Case Nos. |
|     CHARLES E. COLEMAN aka | MSC07-00049 [*Bruce Sarubin v. K* |

CHARLES E. COLEMAN SR., YVONNE E. GAMBLE, FREDERICK C. GAMBLE, JORIE WRIGHT, FLOYD W. WATSON, FELIX GOLDEN, K PLATINUM GROUP, INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL, INC., K PLATINUM INTERNATIONAL ASSOCIATES, INC., K PLATINUM INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM PERSONNEL SERVICES, , K PLATINUM INTERNATIONAL ASSOCIATE INVESTMENT, REAL ESTATE PERSONNEL SERVICES a business organization unknown, REAL LIFE CONSULTING, a business organization unknown, OUTERSPHERE INC., OUTERSPHERE LLC, OUTERSPHERE INVESTMENT GROUP, LLC, BLUE SKY TRUST, a business organization unknown, PROSPERITY MATTERS LLC, POWER OF SEVEN LOAN-FUND ONE LIMITED PARTNERSHIP, SANFORD AND PETERSON INTERNATIONAL INVESTMENT GROUP, INC., LAND AMERICA aka LAND AMERICA CAPITAL CORPORATION, BRENDA ANN MICHELSON L. CAROL ANN DICKSON, CLAYTON GRACE, THOMAS JENKINS, VIKING APPRAISALS, CRAIG BUCCELLATO, JESSICA ARANDA, and DOES 1 to 500, INCLUSIVE,

Defendants.

*Platinum Group, Inc., et. al.*]; MSC07-00080 [*Hemwattie Docu et. al., Kanya Coleman, et. al.*]; MSC07-00106 [*Newell Walker v. K Platinum Group, Inc., Kanya Coleman, et. al.*]; MSC07-00454 [*Jimmie T. Braden, Sr. v. R.E.P.S. Real Estate Servcs, K Platinum International Group, Inc., et. al.*]; MSC07-00483 [*Dorothy Daniels v. K Platinum, Inc. et. al.*]; MSC07-00484 [*Theatris Ervin v. K Platinum Group, Inc., Kanya Coleman, Jorie Wright*]; MSC07-00485 [*Rendy Lola Perkins v. K Platinum Group, Inc., Kanya Coleman, Jorie Wright*]; MSC07-00486 [*Donna Wilson v. K Platinum Group, Inc., Kanya Coleman, Jorie Wright*]; MSC07-01016 [*Avis Doctor, Chari Ogogo, Paulette Mayo, Karen Smith, Suzette Steinberg, Thomas Steinbert v. K Platinum Group, Inc. et. al.*]; MSC07-01075 [*Charmaine Bennett v. K Platinum Group, et. al.*]

**DECLARATION OF KANYA COLEMAN; DECLARATION OF CHRISTOPHER Q. PHAM IN SUPPORT OF THE JOINT OPPOSITION OF DEFENDANTS TO MOTION TO REMAND TO STATE COURT BROUGHT BY PLAINTIFFS AMY LEVESQUE, ET AL., AND DOROTHY DANIELS, ET AL.; EXHIBITS THERETO**

Date:      August 28, 2007
Time:      9:30 A.M.
Ctrm:      11

I, Kanya T. Coleman, declare as follows:

1.     I am a resident of Los Angeles, California, and am a Defendant in the above-entitled case.  I make his Declaration in support of the Joint Opposition of Defendants to Motion to Remand to State Court Brought By Plaintiffs Amy Levesque, et al., and Dorothy Daniels, et al.  The following is within my personal knowledge and if called upon as a witness, I could and would competently testify thereto.

2.     I reviewed Plaintiffs' Proof of Service of Summons and Complaint, which according to the Court's docket was filed on July 18, 2007.  According to the Proof of Service, Monique Alma, was purportedly served with the Summons and Complaint on or about May 24, 2007, at the premises located on 1910 Olympic Boulevard, Suite 150, Walnut Creek, California 94596.  Moreover, according to the Proof of Service, I was designated as the President of Reallife Consulting.  However, I never received a copy of the Summons and Complaint that was served to Reallife Consulting.  Furthermore, neither I nor any K Plaintinum entities have any present or past ownership and/or controlling interest with Reallife Consulting.  Additionally, I am not authorized to accept service on its behalf.

3.     Real Estate Personnel Services is merely the fictions business name for Defendant K Platinum Associates, Inc., which is registered with the California Department of Real Estate.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  This Declaration was executed this 7th day of August in the city of Los Angeles, in the State of California.

Kanya T. Coleman

## DECLARATION OF CHRISTOPHER Q. PHAM

I, Christopher Q. Pham, state and declare as follows:

1.    I am an attorney licensed to practice in the State of California. I am a partner of the firm GAREEB | PHAM, LLP, attorney of record for Defendant Kanya T. Coleman. The following is in my personal knowledge, and if called upon as a witness, I could and would competently testify thereto.

2.    On or about February 18, 2007, the Federal Bureau of Investigations searched and seized all lending, accounting, bank accounts, and corporate documents, as well as business documents from K Platinum's offices located in Walnut Creek, California. The FBI also seized all computers and hard drives from the K Platinum premises. The search warrant was ordered by United States Magistrate Judge James Larson. Nonetheless, to date, no law enforcement agency has filed a criminal complaint or indictment against the K Platinum entities or Ms. Coleman. A true and correct copy of the FBI federal search warrant is attached hereto as Exhibit A.

3.    On March 22, 2007, through a Notice and Acknowledgment of Receipt Defendant Kanya Coleman and the K Platinum entities were served with the Summons and Complaint for the case: *Hemawattie Docu and Theodore Docu v. Kanya Coleman, et al.*, Superior Court Case No. MSC0700080. True and correct copies of the Notices and Acknowledgements of Receipt executed by Defendant Coleman and the K Platinum entities are attached hereto collectively as Exhibit B.

4.    Less than two weeks later, after service of the Summons and Complaint in the *Docu* case, the parties reached a settlement agreement as to all claims in the law action. Due to a confidentiality provision in the settlement agreement, only the signature pages of all parties are being produced to the Court. As agreed by the parties, the *Docu* action was not dismissed until 95 days after the execution of the settlement agreement in order to address Plaintiff Docu's concern

1  of the possible disgorgement of the settlement amount, pursuant to 11 U.S.C. § 547

2  and *Fed. R. Bankr. P.* 7001, in event that the K Platinum entities seek bankruptcy

3  protection. A true and correct copy of the pertinent pages of the Settlement

4  Agreement and General Release in the *Docu* case is attached hereto as Exhibit C.

5      5.      On or about May 15, 2007, Christopher R. Lucas of the Law Offices

6  of Goforth & Lucas, initiated two lawsuits in the Superior Court of Contra Costa

7  Couty on behalf of his clients, the action entitled *Amy Levesque, George Roach v.*

8  *Kanya Coleman, et. al.*, Superior Court Case No. MSC0701018, and the action

9  entitled *Avis Doctor, Chari Ogogo, Paulette Mayo, Karen Smith, Suzette Steinberg,*

10 *Thomas Steinberg v. Kanya Coleman*, *et. al.*, Superior Court Case No.

11 MSC0701016. The Complaints for these lawsuits were identical and both

12 contained, as a tenth cause of action, allegations relating to violations of the

13 RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS statute

14 ("RICO") 18 *U.S.C.* §1961 *et seq*. The K Platinum entities were served with the

15 Summons and Complaint in the *Levesque* case on or about May 25, 2007. I

16 accepted service, on behalf Defendant Kanya Coleman, of the Summons and

17 Complaint in the *Levesque* case on May 25, 2007. A true and correct copy of my

18 Declaration attesting, under the penalty of perjury, that I accepted service on behalf

19 of Ms. Coleman is attached hereto as Exhibit D.

20     6.      On or about June 3, 2007, Defendant Brenda Michelson was

21 personally served with the Summons and Complaint for *Amy Levesque, George*

22 *Roach v. Kanya Coleman, et. al.*, Superior Court Case No. MSC0701018, and for

23 *Avis Doctor, Chari Ogogo, Paulette Mayo, Karen Smith, Suzette Steinberg,*

24 *Thomas Steinberg v. Kanya Coleman*, *et. al.*, Superior Court Case No.

25 MSC0701016. A true and correct copy of Brenda Michelson's Declaration

26 attesting, under the penalty of perjury, that she was served with the Summons and

27 Complaint for the Levesque case and Doctor case, and that she consented to their

28 removal, is attached hereto as Exhibit E.

7.    On or about May 29, 2007, Plaintiff Charmaine Bennett and Plaintiff Dorothy Daniels brought separate motions requesting the Court to issue a Temporary Restraining Order (TRO) freezing all accounts and assets of the K Platinum Entities, and appointing a Receiver to oversee their operations. The Superior Court of Contra Costa County issued the TRO on June 8, 2007. Additionally, on the same day, June 8, 2007, the Superior Court issued an Order consolidating all suits against the K Platinum entities, including the subject suits brought by Plaintiffs Levesque and Roach, and Plaintiffs Daniels, Ervin, Perkins, and Wilson, into a single action. A true and correct copy of the State Court's Order consolidating all suits against K Platinum is attached hereto as Exhibit F.

8.    On or about June 25, 2007, I attended a Status Conference hearing in the State Court on this matter. At the Status Conference, the Court stated that as a result of the consolidation, the Notice of Removal operated to transfer all cases to Federal Court. A true and correct copy of the State Court transcript for the June 25, 2007, Status Conference is attached hereto as Exhibit G.

9.    Upon examination of the State Court's docket in this matter, I ascertained that a Proof of Service re Summons and Complaint was filed on July 18, 2007, attesting that Defendant Reallife Consulting was purportedly served on May 24, 2007. However, I did not receive either a copy of the Summons and Complaint allegedly served, or a copy of the Proof of Service. Moreover, upon investigation conducted on the California Secretary of State's website, I determined that Reallife Consulting is not incorporated either as a corporation or limited liability company in California. Additionally, although the Proof of Service names Kanya Coleman as president of Reallife Consulting, neither Ms. Coleman or the K Platinum entities have any present or past association with Reallife Consulting. True and correct copies of the Proof of Service of Summons filed on July 18, 2007, as well as the search results for Reallife Consulting from the California Business Portal from the California Secretary of State's Office are

1   attached hereto collectively as Exhibit H.

2        10.    Upon examination of the State Court's docket in this matter, I
3   ascertained that a Proof of Service re Summons and Complaint was filed on July
4   18, 2007, attesting that Defendant Real Estate Personnel Services was purportedly
5   served on May 24, 2007.  However, I did not receive either a copy of the Summons
6   and Complaint allegedly served, or a copy of the Proof of Service.  Moreover,
7   upon investigation conducted on the California Secretary of State's website, I
8   determined that Real Estate Personnel Services is not incorporated either as a
9   corporation or limited liability company in California. In point of fact, Real Estate
10  Personnel Services is merely the fictions business name for Defendant K Platinum
11  Associates, Inc., which is registered with the California Department of Real Estate.
12  True and correct copies of the Proof of Service of Summons filed on July 18, 2007,
13  as well as the search results for Real Estate Personnel Services from the California
14  Business Portal from the California Secretary of State's Office are attached hereto
15  collectively as Exhibit I.

16       11.    Upon examination of the State Court's docket in this matter, I
17  ascertained that a Proof of Service re Summons and Complaint was filed on July
18  18, 2007, attesting that Defendant Prosperity Matters, LLC was purportedly served
19  on May 31, 2007.  However, I did not receive either a copy of the Summons and
20  Complaint allegedly served, or a copy of the Proof of Service.  Accordingly, at the
21  time of that Notice filed for Removal, June 21, 2007, neither I nor Defendants had
22  opportunity to learn of the service upon Prosperity Matters, LLC.  A true and
23  correct copy of the Proof of Service of Summons and Complaint relating to
24  Prosperity Matters, LLC is attached hereto as Exhibit J.

25  ///
26  ///
27  ///
28  ///

1       I declare under the penalty of perjury under the laws of the State of

2  California that the foregoing is true and correct.  This Declaration was executed

3  this 7th day of August in the city of Los Angeles, in the State of California.

4

5

6  _____

7               Christopher Q. Pham

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

AO 93 (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

### District of _____

In the Matter of the Search of
<small>(Name, address or brief description of person or property to be searched)</small>

1910 Olympic Boulevard
Suites 150, 151, and 160A
Walnut Creek, California

**SEARCH WARRANT**
SEALED
BY COURT ORDER

Case Number: 4 07 70021

WDB

TO: Any Special Agent of the FBI _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Armando Delgado-Campos who has reason to believe
Affiant

that on the person of, or ✓ on the premises known as (name, description and/or location)

See Attachment A, incorporated herein by reference

in the Northern _____ District of California _____ there is now
concealed a certain person or property, namely (describe the person or property)

See Attachment B, incorporated herein by reference

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described
is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____1-28-07_____
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the
search in the daytime — 6:00 AM to 10:00 P.M. ~~at anytime in the day or night as I find reasonable cause has been~~
~~established and~~ if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person
or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to
U.S. Magistrate Judge James Larson _____ as required by law.
U.S. Magistrate Judge (Rule 41(f)(4))

_____1-18-07 @ 9:30 a.m._____  at San Francisco, California
Date and Time Issued   City and State

James Larson, U.S. Magistrate Judge
Name and Title of Judge         Signature of Judge

## ATTACHMENT A

**ADDRESS AND DESCRIPTION OF LOCATIONS TO BE SEARCHED:**

**1910 Olympic Boulevard, Suite 150, Suite 151, and Suite 160A**
**Walnut Creek, California**

1910 Olympic Boulevard is a three-story, commercial office building with a grey brick exterior, red mission style roof, and green awnings over the 1st and 2nd floor windows. Double glass door entrances are located on the north and south sides of the structure at the middle of the building. Parking areas are adjacent to the north and east sides of the building.

The entrance to Suite 160A is located on the first floor, adjacent to the south side entrance of 1910 Olympic Boulevard and is so indicated by a white label with the black numbers/letter "160A," approximately one-half inch in height, located at the top of the door frame. This entrance is toward the west side of the building and is comprised of a single glass door, with glass enclosures on either side. Burgundy carpet and a black couch are visible in the office space beyond the door.

The entrance to Suite 150 is located on the first floor, adjacent to the south side entrance of 1910 Olympic Boulevard and is so indicated by a white label with the black numbers "150," approximately one-half inch in height, located at the top of the door frame. This entrance is to the east side of the building and is comprised of a single glass door, with glass enclosures on either side. Burgundy carpet and a reception desk are visible in the office space beyond the door.

The entrance to Suite 151 is located on the first floor, at the end of the hallway on the west side of 1910 Olympic Boulevard which runs east/west at the center of the building, and is so indicated by a white label with the black numbers "151," approximately one-half inch in height,

21

located at the top of the door frame.  The entrance is comprised of a wooden door with a glass

enclosure on the north side.  Burgundy carpet and a desk are visible in the office space beyond

the door.

22

**ATTACHMENT B**

**CATEGORIES OF ITEMS TO BE SEARCHED FOR AND SEIZED:**

All records from May 1, 2006, to the present relating to the Cash on Cash program, the Equity Share Partners program, The Power of Seven, KPLATINUM, KANYA TENNYSHA COLEMAN, KANYA TENNYSHA HILL, or KANYA TENNYSHA HILLMAXIMO, including but not limited to:

- Any and all financial records, including but not limited to bank account statements, brokerage account statements, financial statements, and general ledger records

- Cash, payments to or from investors, as well as records reflecting the receipt or disbursement of company funds, including wire transfer documents, employee expense reports, sales invoices, and receipts for consumer goods

- Any and all investor files, including investor directories/contact sheets, contracts, agreements, promissory notes, limited partnership agreements, and representation letters

- Insurance records, including but not limited to policies, billing statements, and correspondence with representatives of New York Life Insurance Company

- Records relating to real estate purchases, sales, and leases, including but not limited to, loan applications, credit reports, settlement statements, appraisal reports, grant deeds, deeds of title, deeds of trust, rental applications, and lease agreements

- Marketing materials, including but not limited to brochures, mailings, and video presentations, regarding the "Cash-On-Cash Investment Program", "Equity Share Partner Program," or similar programs

- Any and all correspondence to investors regarding the "Cash-On-Cash Investment

23

Program", "Equity Share Partner Program," or similar programs

- Any and all records, correspondence, memoranda or other notations in whatever form, pertaining to any safes, safety deposit boxes, off-site storage containers or locations, together with their manner of access, such as combinations for associated locks, keys or electronic access codes and any notations or lists of their contents

- Any and all records, correspondence, memoranda, or other notations in whatever form, concerning or containing contact information such as address books or their functional equivalent;

- Records evidencing occupancy or ownership of the premises described in <u>Attachment A</u>, including, but not limited to, utility and telephone bills, mail envelopes, registration certificates, "pink sheets" documenting transfer of title, or addressed correspondence.

Any of the items referenced above that may be found in computer equipment used to facilitate the transmission, creation, display, encoding, or storage of data, including word processing equipment, modems, docking stations, monitors, printers, plotters, encryption devices, and optical scanners; any magnetic, electronic or optical storage device capable of storing data, such as floppy disks, hard disks, tapes, CD-ROMs, CD-R, CD-RWs, DVDs, optical disks, printer or memory buffers, smart cards, PC cards, memory calculators, electronic dialers, electronic notebooks, and personal digital assistants; any documentation, operating logs and reference manuals regarding the operation of the computer equipment, storage devices or software; any applications, utility programs, compilers, interpreters, and other software used to facilitate direct or indirect communication with the computer hardware, storage devices or data to be searched; any physical keys, encryption devices, dongles and similar physical items that are necessary to

24

gain access to the computer equipment, storage devices or data; and any passwords, password files, test keys, encryption codes or other information necessary to access the computer equipment, storage devices or data.

25

*Most recent effort with changes – January 17, 2006*

United States District Court for the Northern District of California

## PROTOCOL FOR SEARCHING DEVICES OR MEDIA THAT STORE DATA ELECTRONICALLY

THIS PROTOCOL WILL BE ATTACHED TO EACH SEARCH WARRANT THAT AUTHORIZES A SEARCH OF ANY DEVICE OR MEDIA THAT STORES DATA ELECTRONICALLY

It Also Will Be Incorporated, At Least As An Attachment, in the Affidavit Supporting the Warrant

1.    In executing this warrant, the government must begin by ascertaining whether all or part of a search of a device or media that stores data electronically (collectively, the "device") that is authorized by this warrant reasonably can be completed at the site within a reasonable time. If the search reasonably can be completed on site, the government will remove the device from the site only if authorized by law because removal is (1) necessary to preserve evidence, or (2) if the item is contraband, a forfeitable instrumentality of the crime, or fruit of crime.

2.    If the government determines that a reasonable search as authorized in this warrant cannot be completed at the site within a reasonable period, the government must determine whether all or part of the authorized search can be completed by making a mirror image of, or in some other manner duplicating, the contents of the device and then completing the search of the mirror image off site (e.g., at a computer crime laboratory).

3.    The government may remove from the search location a device only if the device cannot be searched reasonably on site, or by mirror-imaging or otherwise duplicating its contents for off site examination – unless authorized by law to remove the device because (1) removing the device is necessary to preserve evidence, or (2) the device is contraband, a forfeitable instrumentality of the crime, or fruit of crime.  The government also may remove from the site any related

1

equipment (e.g., keyboards or printers) or documents (e.g., system operating or software manuals) that reasonably appear to be necessary to conduct an off-site search of a device in which data is stored electronically.

4.   If the government removes a device or related equipment or documents from the place they were found in order to complete the search off-site, within ten calendar days of the removal the government must file a return with a magistrate judge that identifies with particularity the removed device or related equipment or documents.

5.   The government must complete an off-site search of a device that agents removed in order to search for evidence of crime as promptly as practicable and no later than 30 calendar days after the initial execution of the warrant. Within thirty calendar days after completing an off-site search of a device pursuant to this warrant, the government must return any device, as well as any related equipment or document that was removed from the site in order to complete the search, unless, under the law, the government may retain the device, equipment, or document (1) to preserve evidence, or (2) because the device, equipment, or document is contraband, a forfeitable instrumentality of the crime, or fruit of crime. Within a reasonable period, not to exceed sixty calendar days after completing the authorized search of a device, the government also must use reasonable efforts to destroy -- and to delete from any devices or storage media or copies that it has retained or made -- copies of any data that are outside the scope of the warrant but that were copied or accessed during the search process, unless, under the law, the government may retain the copies (1) to preserve evidence, or (2) because the copies are contraband, a forfeitable instrumentality of the crime, or fruit of crime.

   The deadlines set forth in this paragraph may be extended by court order for good cause shown.

6.   In conducting the search authorized by this warrant, whether on site or off site, the government must make all reasonable efforts to use methods and procedures that will locate and expose only those categories of files, documents,

2

or other electronically stored information that are identified with particularity in the warrant while, to the extent reasonably practicable, minimizing exposure or examination of irrelevant, privileged, or confidential files.

7.    The terms of this warrant do not limit or displace any person's right to file a motion for return of property under F.R.Cr.P. 41(g). Nor does the issuance of this warrant preclude any person with any interest in any seized item from asking the government to return the item or a copy of it.

8.    The government must promptly notify the judge who authorized issuance of the search warrant (or, if that judge is unavailable, to the general duty judge) if a dispute arises about rights or interests in any seized or searched item – or any data contained in any searched or seized item – and that dispute cannot be resolved informally. The government must deliver a copy of this written notification to any person known to assert any such right or interest.

# Items Took by FBI

)-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _329E - SF - 140874_

On (date) _1 / 18 / 2007_

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) _K Platinum Realty / Financial_

(Street Address) _1910 Olympic Boulevard, Suites 150, 151 and 160A_

(City) _Walnut Creek, CA_

Description of Item(s):

1. Closing loan documents
2. Misc. loan files
3. Misc. loan transactions files, marketing brochure, rolodex
4. Notepad, loan documents, business cards, North American Title correspondence
5. Telephone contact list
6. Blank realestate transaction forms, lender contact lists, investment letter
7. Two Notepads, loan correspondence, notes
8. Loan documents / files
9. Brochures, investor info, wedding invitation, Christmas party invitation
10. Investor contact info., Cash on Cash letter
11. FedEx bill, Kay Coleman attorney info, Susan Beck business cards, K-Platinum investment guide and disclosures
12. Power of Seven limited partnership document
13. Marketing folder, equity info folder, realestate search travel folder, misc folder, investor T/C log, info requests, 2 cancelled checks
14. K-Platinum correspondence forms
15. Client files, Prosperity Matters documents
16. Misc. client files

Received By: _SA [signature]_ (Signature)    Received From: _____ (Signature)

-597 (Rev 8-11-94)

Page _2_ of _6_

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _329E-SF-140874_

On (date) _1/18/2007_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _K Platinum Realty / Financial_

(Street Address) _1910 Olympic Boulevard, Suites 150, 151 and 160A_

(City) _Walnut Creek, CA_

Description of Item(s):

17. Client files

18. Client files

19. K Platinum Equity Share docs / testimonials, client file

20. Client files

21. Employee files / Employee manual

22. Client files

23. Misc. Cash on Cash account closure letters

24. File entitled "Action Required" includes Cash on Cash investment instruction letters

25. Misc. files RE Staff meetings, investment cancellation letter, investment information, Pipeline 12/19/2006

26. Mechanics bank financial records, includes wire instructions, check copies

27. KPG Consolidated Financial Report dated 12/31/06

28. Camerica and Mechanics Bank voided checks

29. Letters RE Status of Company, financial documents, correspondence

30. Documents relating to investors / investments

31. Accounting Documents and signature needed documents and handwritten documents

Received By: _____ Received From: _____
        (Signature)                                (Signature)

597 (Rev 8-11-94)                                                          Page __3__ of __6__

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _329E-SF-140874_

On (date) _1/18/2007_

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _K Platinum Realty/Financial_
(Street Address) _1910 Olympic Boulevard, Suites 150, 151, and 160A_
(City) _Walnut Creek, CA_

Description of Item(s):

32. List of names with dollar amounts, Stapleton credit report
33. Brenda Michelson loan documents, faxes from unscreened clients
34. Client files with credit reports and loan applications
35. Kanya Coleman broker applications
36. Listing of property owners
37. Equity Share process documents
38. Equity Share guide, Pipeline 12/19/2006 data, referrals
39. Monthly transaction ledgers
40. Investor Files Maciel - Reed
41. Investor representation letters, investment guide: disclosure binder and payout binder
42. Pipeline info binder payout
43. Property addresses, Kanya Amex number, payout info, minutes, Karen Rodus loan file, and Pipeline info
44. FedEx Receipts
45. Invest Rep letters
46. Invest Rep letters
47. Invest Rep letters
48. Invest Rep letters

Received By: _____ (Signature)    Received From: _____ (Signature)

597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _329E- SF-140874_

On (date) _1/18/2007_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _K Platinum Realty / Financial_

(Street Address) _1910 Olympic Boulevard, Suites 150, 151 and 160A_

(City) _Walnut Creek, CA_

Description of Item(s):

49. Invest. Rep. letters
50. Invest. Rep. letters 7 month Rep. letters
51. Phone message copies, investment guide, investment customer records, appointment books, tax records
52. Closed files, Escrow files, investor files
53. Closed files
54. Escrow files
55. Escrow files / open files
56. Closed files
57. Mortgage files, marketing materials, phone numbers
58. Financial Records and Mortgage Contracts
59. Investor file letters
60. Jason Pierre investor contract info, investment comments
61. Phone Message book
62. Jason Pierre FedEx Receipts, Investment guide
63. Jason Pierre Investor information representation letters, contact information
64. Jason Pierre investor check copies, tax forms (W-9), Bank Accounts
65. Jason Pierre investment representation letters

Received By: _Special Agent_   (Signature)   Received From: _____ (Signature)

08/07/2007 12:42 9259351789     MEHLMAN     PAGE 06/07
01/17/2003 12:42   Case 3:07-cv-03269-MJJ    Document 23    KANYA COLEMAN Filed 08/07/2007    Page 24 of 74   PAGE 19
PAGE 06/07

Page __6__ of __6__

)-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized.

File # _324E - SF - 140874_

On (date) _1/18/2007_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _K Platinum Realty / Eisenend_

(Street Address) _1910 Olympic Boulevard_

(City) _Walnut Creek, CA_

Description of Item(s): _____

81 _Real Estate Files - Rosewood; Rancho Cucamonga:_
_2974 Simas Ave, Pinole, CA; 246 3RD Street, Richmond, CA_
82 _Family Share folders (40) from B. Michelson's office_
83 _Samsung Hard Drive Serial # S0DEJL752670_
84 _Hard Drive images from the following rooms (11 images):_
__W, G, U, T, I (2), F, L-1, X, U-1, V__

Received By: _SA ___ Chris___ (Signature)  Received From: _____ (Signature)

D-597 (Rev 8-11-94)

Page _5_ of _6_

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 329E-SF-140874

On (date) 1/18/2007

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) K Platinum Realty/Financial

(Street Address) 1910 Olympic Boulevard, Suites 150, 151, and 160A

(City) Walnut Creek, CA

Description of Item(s):

66. Investor files Davis - Lawson
67. Investor files Abundant - Daniel
68. Investor files Reeder-Zinser
69. Mortgage Contract
70. Financial Records and Mortgage Agreements
71. Bank Statements, Payroll info
72. Employee W-4, Payroll files Employee tax return (Late 2006)
73. Commissions
74. Bank Statements
75. Mail from investors and bills
76. Office newsletter, investor requests, Carol Dickson and Joni Wright business cards, Xmas invite
77. Two transaction files and three transaction sheets
78. Alliance Title package, Better Business Bureau letter
79. Closed files, investor taxes, K Platinum office manual: policies
80. Brenda Mikkelson's Desk training books, money orders, checks, operations account list, investor check box task, board meeting minutes, Kenya's bills, phone records, emails, meeting agendas & sign-in sheet, Agent commission list, realtor licenses, realtor files, schedules, commissions

Received By: _SP_ (Signature)    Received From: ____ (Signature)

**EXHIBIT B**

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| ⸻ DAVID L. ROTH                085279<br>Real Estate Law Offices of David L.Roth<br>One Kaiser Plaza, Suite 601<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 832-8181     FAX NO.*(Optional):* (510) 287-9656<br>E-MAIL ADDRESS *(Optional):* david@rothrealestatelaw.com<br>ATTORNEY FOR *(Name):* HEMWATTIE DOCU, THEODORE DOCU, et al. | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** CONTRA COSTA
STREET ADDRESS: 725 Court Street
MAILING ADDRESS:
CITY AND ZIP CODE: Martinez, CA 94553
BRANCH NAME: MARTINEZ

PLAINTIFF/PETITIONER: HEMWATTIE DOCU
                THEODORE DOCU, et al.
DEFENDANT/RESPONDENT: KANYA TENNYSHA COLEMAN, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL | CASE NUMBER:<br>C07-00080 |
|---|---|

TO *(insert name of party being served):* KANYA TENNYSHA COLEMAN, also known as Kanya Hill and Kanya Maximo

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing:

DAVID L. ROTH                              ▶
_____          _____
(TYPE OR PRINT NAME)                       (SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*
1. ☒ A copy of the summons and of the complaint.
2. ☒ Other *(specify):*
    NOTICE OF ASSIGNMENT TO DEPARTMENT SIX FOR CASE MANAGEMENT
    DETERMINATION; NOTICE TO DEFENDANTS; BLANK STIPULATION AND ORDER TO
    ATTEND ADR AND DELAY FIRST CASE MANAGEMENT CONFERENCE 90 DAYS; BLANK
    CASE MANAGEMENT CONFERENCE STATEMENT; ALTERNATIVE DISPUTE RESOLUTION
    INFORMATION; NOTICE OF CASE MANAGEMENT CONFERENCE

*(To be completed by recipient):*

Date this form is signed:

KANYA TENNYSHA COLEMAN                     ▶  _____  3/22/07
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,         (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                          ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005]<br>*Martin Dean's Essential Forms* ™ | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL** | Page 1 of 1<br>Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |

Docu2641

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State number, and address)*: | FOR COURT USE ONLY |
|---|---|
| — DAVID L. ROTH          085279<br>Real Estate Law Offices of David L.Roth<br>One Kaiser Plaza, Suite 601<br>Oakland, CA 94612 | |

TELEPHONE NO.: (510) 832-8181    FAX NO.*(Optional)*: (510) 287-9656
E-MAIL ADDRESS *(Optional)*: david@rothrealestatelaw.com
ATTORNEY FOR *(Name)*: HEMWATTIE DOCU, THEODORE DOCU, et al.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** CONTRA COSTA
STREET ADDRESS: 725 Court Street
MAILING ADDRESS:
CITY AND ZIP CODE: Martinez, CA 94553
BRANCH NAME: MARTINEZ

PLAINTIFF/PETITIONER: HEMWATTIE DOCU
                      THEODORE DOCU, et al.
DEFENDANT/RESPONDENT:KANYA TENNYSHA COLEMAN, et al.

| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL** | CASE NUMBER:<br>C07-00080 |
|---|---|

TO *(insert name of party being served)*: K PLATINUM GROUP, INC.

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing:

DAVID L. ROTH
_____    ▶
(TYPE OR PRINT NAME)                    (SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing)*:
1. ☒ A copy of the summons and of the complaint.
2. ☒ Other *(specify)*:
   NOTICE OF ASSIGNMENT TO DEPARTMENT SIX FOR CASE MANAGEMENT
   DETERMINATION; NOTICE TO DEFENDANTS; BLANK STIPULATION AND ORDER TO
   ATTEND ADR AND DELAY FIRST CASE MANAGEMENT CONFERENCE 90 DAYS; BLANK
   CASE MANAGEMENT CONFERENCE STATEMENT;ALTERNATIVE DISPUTE RESOLUTION
   INFORMATION; NOTICE OF CASE MANAGEMENT CONFERENCE

*(To be completed by recipient)*:
Date this form is signed:

KANYA TENNYSHA COLEMAN FOR K PLATINUM GROUP, INC.    ▶ _____ 3/22/0?
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,              (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                          ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]
Martin Dean's Essential Forms ™

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

Docu2641

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State umber, and address)*: | FOR COURT USE ONLY |
|---|---|
| — DAVID L. ROTH                085279<br>Real Estate Law Offices of David L.Roth<br>One Kaiser Plaza, Suite 601<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 832-8181     FAX NO.(Optional): (510) 287-9656<br>E-MAIL ADDRESS (Optional): david@rothrealestatelaw.com<br>ATTORNEY FOR (Name): HEMWATTIE DOCU, THEODORE DOCU, et al. | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  CONTRA COSTA

STREET ADDRESS: 725 Court Street

MAILING ADDRESS:

CITY AND ZIP CODE: Martinez, CA 94553

BRANCH NAME: MARTINEZ

PLAINTIFF/PETITIONER: HEMWATTIE DOCU
                      THEODORE DOCU, et al.

DEFENDANT/RESPONDENT:KANYA TENNYSHA COLEMAN, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL | CASE NUMBER:<br>C07-00080 |
|---|---|

TO *(insert name of party being served)*: K PLATINUM REALTY, INC.

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing:

DAVID L. ROTH
_____     ►     _____
(TYPE OR PRINT NAME)                           (SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing)*:

1. ☒ A copy of the summons and of the complaint.
2. ☒ Other *(specify)*:
      NOTICE OF ASSIGNMENT TO DEPARTMENT SIX FOR CASE MANAGEMENT
      DETERMINATION; NOTICE TO DEFENDANTS; BLANK STIPULATION AND ORDER TO
      ATTEND ADR AND DELAY FIRST CASE MANAGEMENT CONFERENCE 90 DAYS; BLANK
      CASE MANAGEMENT CONFERENCE STATEMENT;ALTERNATIVE DISPUTE RESOLUTION
      INFORMATION; NOTICE OF CASE MANAGEMENT CONFERENCE

*(To be completed by recipient)*:

Date this form is signed:

KANYA TENNYSHA COLEMAN FOR K PLATINUM REALTY, INC.     ►     _____     3/22/07
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,              (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
       ON WHOSE BEHALF THIS FORM IS SIGNED)                       ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005]<br>Martin Dean's Essential Forms ™ | NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |
|---|---|---|

Docu2641

POS-015

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State .umber, and address):<br>— DAVID L. ROTH         085279<br>Real Estate Law Offices of David L.Roth<br>One Kaiser Plaza, Suite 601<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 832-8181    FAX NO.(Optional): (510) 287-9656<br>E-MAIL ADDRESS (Optional): david@rothrealestatelaw.com<br>ATTORNEY FOR (Name): HEMWATTIE DOCU, THEODORE DOCU, et al. | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  CONTRA COSTA
  STREET ADDRESS: 725 Court Street
  MAILING ADDRESS:
  CITY AND ZIP CODE: Martinez, CA 94553
  BRANCH NAME: MARTINEZ

  PLAINTIFF/PETITIONER: HEMWATTIE DOCU
                        THEODORE DOCU, et al.
DEFENDANT/RESPONDENT: KANYA TENNYSHA COLEMAN, et al.

| | |
|---|---|
| NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL | CASE NUMBER:<br>C07-00080 |

TO (insert name of party being served): K PLATINUM FINANCIAL, INC.

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing:

DAVID L. ROTH
_____          ▶
(TYPE OR PRINT NAME)                        (SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):
1. ☒ A copy of the summons and of the complaint.
2. ☒ Other (specify):
     NOTICE OF ASSIGNMENT TO DEPARTMENT SIX FOR CASE MANAGEMENT
     DETERMINATION; NOTICE TO DEFENDANTS; BLANK STIPULATION AND ORDER TO
     ATTEND ADR AND DELAY FIRST CASE MANAGEMENT CONFERENCE 90 DAYS; BLANK
     CASE MANAGEMENT CONFERENCE STATEMENT;ALTERNATIVE DISPUTE RESOLUTION
     INFORMATION; NOTICE OF CASE MANAGEMENT CONFERENCE

(To be completed by recipient):

Date this form is signed:

KANYA T. COLEMAN FOR K PLATINUM FINANCIAL, INC.       ▶ _____  3/22/07
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,           (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                      ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005]<br>Martin Dean's Essential Forms ™ | NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |

Docu2641

POS-015

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State . umber, and address):*<br>— DAVID L. ROTH                    085279<br>Real Estate Law Offices of David L.Roth<br>One Kaiser Plaza, Suite 601<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 832-8181    FAX NO.*(Optional)*: (510) 287-9656<br>E-MAIL ADDRESS *(Optional)*:  david@rothrealestatelaw.com<br>ATTORNEY FOR *(Name)*: HEMWATTIE DOCU, THEODORE DOCU, et al. | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF    CONTRA COSTA
STREET ADDRESS: 725 Court Street
MAILING ADDRESS:
CITY AND ZIP CODE: Martinez, CA 94553
BRANCH NAME: MARTINEZ

PLAINTIFF/PETITIONER: HEMWATTIE DOCU
                 THEODORE DOCU, et al.
DEFENDANT/RESPONDENT:KANYA TENNYSHA COLEMAN, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL | CASE NUMBER:<br>C07-00080 |
|---|---|

TO *(insert name of party being served)* : K PLATINUM INTERNATIONAL GROUP, INC.

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing:

DAVID L. ROTH                ▶
      (TYPE OR PRINT NAME)                    (SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing)* :
1. ☒ A copy of the summons and of the complaint.
2. ☒ Other *(specify)* :
     NOTICE OF ASSIGNMENT TO DEPARTMENT SIX FOR CASE MANAGEMENT
     DETERMINATION; NOTICE TO DEFENDANTS; BLANK STIPULATION AND ORDER TO
     ATTEND ADR AND DELAY FIRST CASE MANAGEMENT CONFERENCE 90 DAYS; BLANK
     CASE MANAGEMENT CONFERENCE STATEMENT;ALTERNATIVE DISPUTE RESOLUTION
     INFORMATION; NOTICE OF CASE MANAGEMENT CONFERENCE

*(To be completed by recipient)* :

Date this form is signed:

KANYA TENNYSHA COLEMAN FOR K PLATINUM INTERNATIONAL GROUP, INC.    ▶    _(signature)_    7/22/07
  (TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,       (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
    ON WHOSE BEHALF THIS FORM IS SIGNED)       ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005]<br>*Martin Dean's Essential Forms* ™ | NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |

**POS-015**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State ........ umber, and address):*<br>— DAVID L. ROTH           085279<br>Real Estate Law Offices of David L.Roth<br>One Kaiser Plaza, Suite 601<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 832-8181     FAX NO.*(Optional):* (510) 287-9656<br>E-MAIL ADDRESS *(Optional):*  david@rothrealestatelaw.com<br>ATTORNEY FOR *(Name):*  HEMWATTIE DOCU, THEODORE DOCU, et al. | FOR COURT USE ONLY |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  CONTRA COSTA<br>  STREET ADDRESS: 725 Court Street<br>  MAILING ADDRESS:<br>  CITY AND ZIP CODE: Martinez, CA 94553<br>  BRANCH NAME: MARTINEZ |
| PLAINTIFF/PETITIONER: HEMWATTIE DOCU<br>            THEODORE DOCU, et al.<br>DEFENDANT/RESPONDENT:KANYA TENNYSHA COLEMAN, et al. |

| | |
|---|---|
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL** | CASE NUMBER:<br>C07-00080 |

TO *(insert name of party being served):* K PLATINUM INTERNATIONAL FINANCIAL, INC.

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing:

DAVID L. ROTH                          ▶
      (TYPE OR PRINT NAME)                                              (SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*
1.  ☒ A copy of the summons and of the complaint.
2.  ☒ Other *(specify):*
      NOTICE OF ASSIGNMENT TO DEPARTMENT SIX FOR CASE MANAGEMENT
      DETERMINATION; NOTICE TO DEFENDANTS; BLANK STIPULATION AND ORDER TO
      ATTEND ADR AND DELAY FIRST CASE MANAGEMENT CONFERENCE 90 DAYS; BLANK
      CASE MANAGEMENT CONFERENCE STATEMENT;ALTERNATIVE DISPUTE RESOLUTION
      INFORMATION; NOTICE OF CASE MANAGEMENT CONFERENCE

*(To be completed by recipient):*

Date this form is signed:

KANYA TENNYSHA COLEMAN FOR K PLATINUM INTERNATIONAL FINANCIAL, INC. ▶
     (TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,                    (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
        ON WHOSE BEHALF THIS FORM IS SIGNED)                               ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005]<br>*Martin Dean's Essential Forms* ™ | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |

Docu2641

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| DAVID L. ROTH                085279<br>Real Estate Law Offices of David L.Roth<br>One Kaiser Plaza, Suite 601<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 832-8181    FAX NO.(Optional): (510) 287-9656<br>E-MAIL ADDRESS (Optional): david@rothrealestatelaw.com<br>ATTORNEY FOR (Name): HEMWATTIE DOCU, THEODORE DOCU, et al. | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   CONTRA COSTA
STREET ADDRESS:  725 Court Street
MAILING ADDRESS:
CITY AND ZIP CODE:  Martinez, CA 94553
BRANCH NAME:  MARTINEZ

PLAINTIFF/PETITIONER: HEMWATTIE DOCU
                  THEODORE DOCU, et al.
DEFENDANT/RESPONDENT:KANYA TENNYSHA COLEMAN, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL | CASE NUMBER:<br>C07-00080 |
|---|---|

TO (insert name of party being served): K PLATINUM INTERNATIONAL ASSOCIATES, INC.

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing:

DAVID L. ROTH                                    ►
(TYPE OR PRINT NAME)                         (SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):
1. [X] A copy of the summons and of the complaint.
2. [X] Other (specify):
        NOTICE OF ASSIGNMENT TO DEPARTMENT SIX FOR CASE MANAGEMENT
        DETERMINATION; NOTICE TO DEFENDANTS; BLANK STIPULATION AND ORDER TO
        ATTEND ADR AND DELAY FIRST CASE MANAGEMENT CONFERENCE 90 DAYS; BLANK
        CASE MANAGEMENT CONFERENCE STATEMENT;ALTERNATIVE DISPUTE RESOLUTION
        INFORMATION; NOTICE OF CASE MANAGEMENT CONFERENCE

(To be completed by recipient):

Date this form is signed:

KANYA TENNYSHA COLEMAN FOR K PLATINUM INTERNATIONAL ASSOCIATES, INC. ►
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,          (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
  ON WHOSE BEHALF THIS FORM IS SIGNED)                        ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

3/22/07

Page 1 of 1

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005]<br>Martin Dean's Essential Forms ™

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

Docu2641

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

DAVID L. ROTH                          085279
Real Estate Law Offices of David L. Roth
One Kaiser Plaza, Suite 601
Oakland, CA 94612

TELEPHONE NO.: (510) 832-8181    FAX NO.*(Optional):* (510) 287-9656
E-MAIL ADDRESS *(Optional):*  david@rothrealestatelaw.com
ATTORNEY FOR *(Name):* HEMWATTIE DOCU, THEODORE DOCU, et al.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** CONTRA COSTA
STREET ADDRESS: 725 Court Street
MAILING ADDRESS:
CITY AND ZIP CODE: Martinez, CA 94553
BRANCH NAME: MARTINEZ

PLAINTIFF/PETITIONER: HEMWATTIE DOCU
                     THEODORE DOCU, et al.
DEFENDANT/RESPONDENT: KANYA TENNYSHA COLEMAN, et al.

| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL** | CASE NUMBER:<br>C07-00080 |
|---|---|

TO *(insert name of party being served):* K PLATINUM ASSOCIATES, INC.

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing:

DAVID L. ROTH                              ▶
_____                           _____
(TYPE OR PRINT NAME)                              (SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing)*:
1. ☒ A copy of the summons and of the complaint.
2. ☒ Other *(specify)*:
   NOTICE OF ASSIGNMENT TO DEPARTMENT SIX FOR CASE MANAGEMENT
   DETERMINATION; NOTICE TO DEFENDANTS; BLANK STIPULATION AND ORDER TO
   ATTEND ADR AND DELAY FIRST CASE MANAGEMENT CONFERENCE 90 DAYS; BLANK
   CASE MANAGEMENT CONFERENCE STATEMENT; ALTERNATIVE DISPUTE RESOLUTION
   INFORMATION; NOTICE OF CASE MANAGEMENT CONFERENCE

*(To be completed by recipient):*

Date this form is signed:

KANYA TENNYSHA COLEMAN FOR K PLATINUM ASSOCIATES, INC.                       ▶                            ⟋⟍⟍⟍    3/22/07
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,                           (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                                   ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

---

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]
*Martin Dean's Essential Forms* ™

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

Docu2641

**EXHIBIT C**

# SETTLEMENT AGREEMENT
## AND
## GENERAL RELEASE

This **SETTLEMENT AGREEMENT AND GENERAL RELEASE** (the "**AGREEMENT**") is entered into by and between **THEODORE DOCU, HEMWATTIE DOCU, HEMO'S HOUSE OF DESIGN, INC.** ("**PLAINTIFFS**") and **KANYA TENNYSHA COLEMAN, K PLATINUM GROUP, INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL ASSOCIATES, INC., K PLATINUM INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP, INC., K PLATINUM INTERNATIONAL REALTY, INC.,** and **REAL ESTATE PERSONNEL SERVICES, INC.** doing business as **REPS** ("**DEFENDANTS**") Plaintiffs and Defendants are collectively referred to as the "**PARTIES.**"

1. **Recitals:** PLAINTIFFS filed a civil complaint entitled *Theodore Docu v. Kanya Coleman, et al.*, Contra Costa County Superior Court C07-00020 ("**STATE COURT COMPLAINT**").



2. ████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████ David P. Ruth Law Office █████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

3. ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████



Parties' Initials                    Page 1 of 8

16. Attorney's Fees:  In the event of any litigation concerning the enforcement, breach, interpretation or enforceability of this AGREEMENT or the underlying lawsuits, the prevailing party in said litigation shall be entitled to recover reasonable attorneys' fees and costs incurred. This provision is in addition to the remedy and relief available under Code of Civil Procedure Section 664.6.

17. Authority to Sign:  Each of the signatories below warrants that he or she has authority to sign this AGREEMENT on behalf of the person or entity named below the signature line on which the signatory has signed his or her name.

Dated: _3/28/07_

KANYA TENNYSHA COLEMAN

Dated: _3/28/07_

K PLATINUM GROUP, INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL ASSOCIATES, INC., K PLATINUM INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP, INC., K PLATINUM INTERNATIONAL REALTY, INC., and REAL ESTATE PERSONNEL SERVICES, INC. doing business as REPS by KANYA TENNYSHA COLEMAN, Authorized Agent

Dated: _3-29-07_

THEODORE DOCU

Parties' Initials

Page 7 of 8

MAR-29-2007 09:25P FROM:
03/28/2007  21:46   5102879656   DAVID ROTH   TO:15102879656   P.8/9   PAGE 03
03/28/2007 19:67 FAX  3108861180   SAYEBNPHAM   @008/008

Dated:  3-29-07 _____          _____
                                          HEMWATTIE DOCU

Dated:  3-29-07 _____          _____
                                          HEMO'S HOUSE OF DESIGN, INC.
                                          By HEMWATTIE DOCU, President

Parties' Initials                    Page 8 of 8

**EXHIBIT D**

## DECLARATION OF CHRISTOPHER Q. PHAM

I, CHRISTOPHER Q. PHAM, declare as follows:

1.    I am an attorney licensed to practice in the State of California. The following is within my personal knowledge and if called upon as a witness, I could and would competently testify thereto.

2.    I accepted service of the state court complaint ("State Court Complaint") entitled *Amy Levesque, George Roach  v. Kanya Coleman et. al.*, Superior Court Case No. MSC0701018, on behalf of my client Kanya T. Coleman on May 25, 2007.

3.    I read the State Court Complaint and determined that a federal question exists based on Plaintiffs' RICO claims under 18 U.S.C. §1962(c).

4.    I obtained the consent of my client to the removal of the state court action to federal court under 28 U.S.C. §§1441 (a) and (b).

5.    I prepared the Notice of Removal to which my Declaration is attached, and caused same to be served on all parties to the State Court action within 30 days after service on defendants as required by 28 U.S.C. §1446 (b).


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 15th day of June, 2007 at Los Angeles, California.


CHRISTOPHER Q. PHAM

Decl/Dec05

**EXHIBIT E**

## DECLARATION OF BRENDA ANN MICHELSON

I, BRENDA ANN MICHELSON, declare as follows:

     1.    I am a resident of Contra Costa County in the State of California. The following is within my personal knowledge and if called upon as a witness, I could and would competently testify thereto.

     2.    I was personally served with the state court complaint ("State Court Complaint") entitled *Amy Levesque, George Roach  v. Kanya Coleman et. al.,* Superior Court Case No. C0701018, on June 3, 2007.

     3.    I read the State Court Complaint and determined that a federal question exists based on Plaintiffs' RICO claims under 18 U.S.C. §1962(c).

     4.    I consent to the removal of the state court action to federal court under 28 U.S.C. §§1441 (a) and (b).

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 15th day of June, 2007 at Los Angeles, California.

BRENDA ANN MICHELSON

Decl/Dec05

DECLARATION OF BRENDA A. MICHELSON

**EXHIBIT F**

ELECTRONICALLY
FILED
6-11-07

K. TORRE, CLERK OF THE COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA - MARTINEZ
BY:  S. HARBRECHT, DEPUTY CLERK

1

2

3

4          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

5              IN AND FOR THE COUNTY OF CONTRA COSTA

6

7

8     K. PLATINUM GROUP CASES,                    NO. C07-00049

9

10    _____/

11    including all cases listed on Exhibit A        **ORDER FOR**

12    attached hereto:                                **CONSOLIDATION**

13    _____/

14

15          Upon the stipulation of the parties made at the case management conference

16    on this date, IT IS HEREBY ORDERED that the actions listed on Exhibit A attached

17    hereto be consolidated for all purposes, without prejudice to the right of a party to

18    request separation for purposes of trial. The Master Case shall be case No. C07-

19    00049 and all filings shall be in that action. The Court has previously issued an order

20    for e-filing in these matters with Lexis as the designated service provider.

21

22                                              Digitally signed by David Finn
                                                DN: cn=David Finn, o=US, o=Superior Court,
23                                              ou=Dept. 6, email=dfinn@contracosta.courts.ca.
                                                gov
      Dated: June 8, 2007                       Reason: I am the author of this document
24                                              Location: Martinez, CA
                                                Date: 2007.06.08 13:48:01 -07'00'

25                                       Judge of the Superior Court

26

27

28

# EXHIBIT G

1

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF CONTRA COSTA

HONORABLE DAVID B. FLINN, JUDGE, PRESIDING

DEPARTMENT 6

**COPY**

**BRUCE SARUBIN, an individual,**          )

                    Plaintiff,             )

          vs.                              )   No. **C07-00049**

**K PLATINUM GROUP, INC., a**              )

**California Corporation, et al.,**        )

                    Defendants.            )

_____  )

REPORTER'S TRANSCRIPT OF PROCEEDINGS

**JUNE 25, 2007**

COURTHOUSE, MARTINEZ, CALIFORNIA

2

1              A P P E A R A N C E S

2  For K PLATINUM GROUP, INC.:

3          **MEHLMAN TERBEEK LLP**

4          BY:  MARC L. TERBEEK

5          2125 Oak Grove Road, Suite 125

6          Walnut Creek, California 94598-2534

7

8  For JIMMIE T. BRADEN:

9          **LAW OFFICES OF JESSE C. RALPH**

10         BY:  JESSE C. RALPH

11         54 Macondray Lane

12         San Francisco, California 94133

13

14 For CHARMAINE BENNETT:

15         **LAW OFFICES OF VIOLET E. GRAYSON**

16         BY:  VIOLET E. GRAYSON

17         270 9th Avenue

18         San Francisco, California 94118

19

20 For HEMWATTIE DOCU and THEODORE DOCU:

21         **LAW OFFICES OF THOMAS EASTRIDGE**

22         BY:  THOMAS EASTRIDGE

23         One Kaiser Plaza, Suite 601

24         Oakland, California 94612-3611

25

26

27

28

3

1            A P P E A R A N C E S (continued)

2    For DOROTHY DANIELS, THEATRIS ERVIN, RENDY LOLA PERKINS, DONNA

3    WILSON:

4            **LAW OFFICES OF RONALD W. CARTER**

5            BY:   RONALD W. CARTER

6            2201 Broadway, Suite 815

7            Oakland, California 94612-3024

8

9    For AVIS DOCTOR:

10           **GOFORTH & LUCAS**

11           BY:   CHRISTOPHER R. LUCAS

12           2300 Clayton Road, Suite 1460

13           Concord, California 94520

14

15   For COLEMAN DEFENDANTS:

16           **GAREEB - PHAM**

17           BY:   CHRISTOPHER Q. PHAM

18           707 Wilshire Boulevard, Suite 5300

19           Los Angeles, California 90017

20

21   For NEW YORK LIFE:

22           **BARGER & WOLEN**

23           BY:   JOHN R. STEDMAN

24           650 California Street, 9th Floor

25           San Francisco, California 94108-2713

26

27   In Propria Persona:

28           **NEWELL WALKER**

*VALERIE S. PRINCE - CERTIFIED SHORTHAND REPORTER #7946*

4

1          A P P E A R A N C E S (continued)

2    For NORTH AMERICAN TITLE COMPANY:

3          **STEYER, LOWENTHAL, BROODROOKAS, ALVAREZ & SMITH**

4          BY:  EDWARD E. SMITH        (appeared via Court Call)

5          One California Street, Suite 300

6          San Francisco, California 94111

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

1  JUNE 25, 2007                                    10:14 a.m.

2                          ---oOo---

3                    P R O C E E D I N G S

4        THE COURT:  Good morning, ladies and gentlemen.

5        ALL COUNSEL:  Good morning, your Honor.

6        THE COURT:  We'll call the K Platinum cases,

7  although it appears to me that we may be here but not be here.

8  Let's get counsels' appearances on the record at least to show

9  that we weren't off doing something else today.

10        MR. PHAM:  Good morning, your Honor, Christopher

11  Pham specially appearing today for defendant Coleman.

12        MR. TERBEEK:  Marc TerBeek specially appearing today

13  for defendant K Platinum et al.

14        MR. EASTRIDGE:  Good morning, your Honor, Thomas

15  Eastridge appearing on behalf of the Docu plaintiffs.

16        MR. CARTER:  Good morning, your Honor, Ronald Carter

17  for plaintiffs Daniels, Ervin, Perkins, and Wilson.

18        MR. LUCAS:  Your Honor, Chris Lucas for Avis Doctor,

19  Chari Ogogo, et al., and two other plaintiffs.

20        MR. SMITH:  Good morning, your Honor, Edward Smith

21  for North American Title Company in the Avis Doctor matter.

22  We have not yet filed an appearance.

23        THE COURT:  Right.

24        MR. RALPH:  Good morning, your Honor, Jesse Ralph on

25  behalf of Jimmy T. Braden, a plaintiff.

26        MS. GRAYSON:  Violet Grayson for plaintiff Charmaine

27  Bennett.

28        MR. NEWELL WALKER:  Newell Walker, pro per.

*VALERIE S. PRINCE - CERTIFIED SHORTHAND REPORTER #7946*

6

1           MR. STEDMAN:  And Russ Stedman in the Bennett case
2   only.
3           THE COURT:  Well, it appears to me, and I'll hear
4   from anybody that thinks we should be talking about it, that
5   this court had ordered consolidation of these cases and then
6   subsequently based upon a diversity situation with at least a
7   party -- at least one party in the cases, I guess the Doctor
8   case, at least the defendant K Platinum has filed a notice of
9   removal, which, as you all know, removes the case until
10  remanded by the federal court back here.
11          MS. GRAYSON:  Yeah.
12          THE COURT:  I have very little doubt that almost any
13  federal judge I've ever heard of will remand it back.
14          MS. GRAYSON:  Your Honor --
15          THE COURT:  But when is another question.
16          MS. GRAYSON:  May I be heard on this point?
17          THE COURT:  Yeah.
18          MS. GRAYSON:  My understanding, first of all, is
19  that I don't think my case was removed.  Certainly, my
20  client's name was not on the list of the removed cases as a
21  plaintiff.  And the nature of the -- the removal was not based
22  on diversity jurisdiction.  It was based exclusively on the
23  fact that some of the cases --
24          THE COURT:  I didn't read it carefully.
25          MS. GRAYSON:  Some of the cases, by no means all of
26  the cases, some of the cases had a federal *Rico* claim.  My
27  case, for example --
28          THE COURT:  You're right.

VALERIE S. PRINCE - CERTIFIED SHORTHAND REPORTER #7946

7

1              MS. GRAYSON:  My case, for example, is exclusively

2    state --

3              THE COURT:  I read that too.

4              MS. GRAYSON:  -- causes of action.

5              THE COURT:  Well, that's not the issue, is it?

6              MS. GRAYSON:  Well, the way I would suggest

7    resolving this so as not to allow the defendants to, you know,

8    slip away from the receiver, slip away from the restraining

9    order, avoid all of this for some period of weeks while their

10   federal litigation to get it remanded, I think the way to deal

11   with it is to simply unconsolidate the cases that had the *Rico*

12   claims.  The lawyers --

13             THE COURT:  Let's take it a step at a time.

14             MS. GRAYSON:  The lawyers --

15             THE COURT:  Counsel, let me talk, okay?

16             MS. GRAYSON:  Sorry.

17             THE COURT:  Your proposition is fine if the law

18   supports it.  If you can give me a citation that a case that's

19   been consolidated is not entirely removed, I have my pencil

20   ready.

21             MS. GRAYSON:  I don't think that my case -- my

22   client isn't even listed as a plaintiff in the removal

23   complaint.  I don't see how I've been removed.

24             MR. PHAM:  They are, your Honor.

25             THE COURT:  If a case is consolidated, it would

26   appear to me that the entire case is removed.

27             MR. CARTER:  I'd like to --

28             THE COURT:  I'm not saying that the court -- the

8

1   federal court wouldn't immediately chop off everybody that

2   does haven't a *Rico* claim and send it back here probably

3   within -- you know, as soon as your motion gets filed, but I

4   think that's the law.

5          It seems to me -- I have nothing -- you know,

6   certainly intelligence tells us that unconsolidated cases that

7   don't have *Rico* claims makes sense.  The question is, do I

8   have jurisdiction to unconsolidate after the removal has

9   occurred?

10          MR. CARTER:  Your Honor, I have a question for at

11  least the defense attorneys.  I wasn't clear from the papers

12  they filed whether they were trying to remove all these cases

13  or whether they were trying to just remove the two cases that

14  contained these federal questions.  And if I could get some

15  clarification on that, that might answer part of our issue

16  here.

17          MR. RALPH:  I would join in both the comments of

18  Ms. Grayson and Mr. Carter, and the issue is that, your Honor,

19  one part of it is that it wasn't filed in the lead case which

20  the court has designated as 00049, which is the Sarubin case.

21          MR. TERBEEK:  Your Honor, the fact -- to answer the

22  question, intendment and the effect actually was to remove the

23  entire consolidated cases in every single one.

24          MR. CARTER:  Then another question would be now that

25  counsel for the two cases that do have these federal questions

26  have dismissed the causes of action that pertain to *Rico* such

27  that they're no longer there, there is no further basis for

28  removal, perhaps they would be willing to stipulate that it's

1   a moot question now.

2           MR. TERBEEK:  And we're not willing to stipulate at

3   this point, your Honor, because there's no jurisdiction in

4   this court to do so.  We'll analyze that --

5           THE COURT:  That's fine.  I think your remedy,

6   because you've got counsel here, is to make that offer to both

7   counsel and then seek sanctions from them as counsel for

8   making you go to the federal court and make your motion.  I

9   think you'd be entitled.

10          If the jurisdiction is gone, it's gone.  I mean,

11  every other removal case we've had, we've just sat on our

12  hands and waited for that order from the federal court.  It's

13  usually back in about 3 to 4 weeks.

14          MR. CARTER:  And there's serious questions about the

15  timeliness of all this, especially with respect to cases where

16  answers have been filed and appearances have been made.

17          MR. LUCAS:  Well, one other issue for us also is

18  just that there's a lot of cases out for service that would

19  require people to respond in state court.  But there is going

20  to be a hiatus.  We'll make the motion to remand.  That's the

21  only thing we can do at this point.

22          THE COURT:  I think it is.

23          MS. GRAYSON:  Your Honor, there is another

24  possibility.

25          THE COURT:  And I think the receiver was appointed

26  before this so there's a receiver.  The receiver doesn't lose

27  jurisdiction.  The receiver's still in.

28          MS. GRAYSON:  So your understanding is the receiver

1  will go forward?

2          MR. PHAM:  Well, will go forward providing

3  procedural prerequisites have been met.  Without those,

4  posting the bonds --

5          THE COURT:  I believe they posted a bond.

6          MR. PHAM:  I have not received any notice from

7  anyone concerning any bonds posted.

8          MR. CARTER:  Everything is done by e-mail and

9  electronic filing, Mr. Pham.  You've been served with it.

10  It's on the court's website.

11          THE COURT:  My copy came across.

12          MR. PHAM:  I'll check for it, including the receiver

13  bond.  There is no order for that.

14          MR. CARTER:  There's no order for the receiver bond.

15          MR. PHAM:  It's a $150,000 bond.

16          MR. CARTER:  The court has not ordered any bond for

17  a receiver.  You mean by the receiver itself?

18          MR. PHAM:  By the receiver, correct.

19          MR. CARTER:  Okay.

20          MS. GRAYSON:  I guess if the receiver's going

21  forward and the temporary restraining order remains in place

22  so that the assets can't be dissipated, it's not a terribly

23  urgent problem.

24          THE COURT:  I think that's right.  And TRO, of

25  course, remains.  Removal means, you know, you don't remove

26  the part that favors somebody and leave the part that doesn't,

27  I mean.  You pick up the whole package and move it over and

28  put it down.

11

1    MR. PHAM:  Your Honor, my understanding of the TRO

2  is that it dissolves today.

3    THE COURT:  Is that what?

4    MR. PHAM:  Is that it dissolves today.

5    THE COURT:  It doesn't dissolve with the removal.

6  The removal freezes it.  The removal freezes it.

7    MR. PHAM:  No, no, I understand that.  I'm not

8  talking about the removal, your Honor.  I'm saying based upon

9  the ex parte order and the motion set forth in this case that

10  today was the final hearing on the appointment of the

11  receiver, and TRO, by operation of law, automatically expires

12  today.

13    THE COURT:  No, it doesn't.  Don't be silly.

14  Everybody in an unlawful detainer case would move to the

15  federal court the last day, wouldn't they?

16    MR. PHAM:  I'm not talking about the removal,

17  your Honor.  I'm talking about once the receiver's appointed,

18  a TRO dissolves, and the receiver assumes the authority of the

19  case.

20    THE COURT:  Well, I never intended the TRO to

21  dissolve because a receiver's appointed.

22    MR. PHAM:  That's my understanding of your order.  I

23  mean, if I stand corrected, I seek some clarification from the

24  court because I thought that TRO resolves on the day of the

25  hearing, which is today.  The receiver picks up the pieces and

26  operates the company.

27    THE COURT:  If you had not removed the case to the

28  federal court, I would have a hearing today on the preliminary

12

1  injunction that replaces the TRO.  The removal has frozen the

2  case so that that preliminary injunction hearing would occur

3  in the federal court if and when the federal court schedules

4  it or when they send it back when I schedule it.  That doesn't

5  seem to me to be a difficult question.

6          Well, I can't set another date.  In a removal case

7  we just wait for the paperwork or a stipulation.  As I say, it

8  makes a lot of sense.  I hope, counsel, you recognize that

9  you've got higher duties than just the duty to your client,

10  and if the case doesn't belong in the federal court, this

11  court expects you to act as officers of this court.

12          MR. TERBEEK:  Understood, your Honor.

13          MR. PHAM:  Understood.

14          THE COURT:  Thank you, everybody.

15          ALL COUNSEL:  Thank you, your Honor.

16          *(The matter concluded, 10:17 a.m.)*

17                      ---oOo---

18

19

20

21

22

23

24

25

26

27

28

13

1    STATE OF CALIFORNIA )

2                        )  ss.

3    CONTRA COSTA COUNTY )

4

5

6            I, VALERIE S. PRINCE, Certified Shorthand Reporter,

7    do hereby certify that as such I took down in stenotype all of

8    the proceedings in the within-entitled matter, BRUCE SARUBIN,

9    Plaintiff, versus K PLATINUM GROUP, INC., Defendants, Superior

10   Court Action Number C07-00049, heard before the Honorable

11   DAVID B. FLINN, JUDGE, on JUNE 25, 2007, and that I thereafter

12   transcribed my stenotype notes into typewriting through

13   computer-assisted transcription, and that the foregoing

14   transcript constitutes a full, true, and correct transcription

15   of the proceedings held at the aforementioned time.

16           IN WITNESS WHEREOF, I have hereunto subscribed my

17   name this day, July 16, 2007.

18

19

20

21   _____

22            VALERIE S. PRINCE

23   Certified Shorthand Reporter #7946

24

25

26

27

28

**EXHIBIT H**

POS-010

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):<br>CHRISTOPHER R. LUCAS, ESQ.    SBN 95293<br>LAW OFFICE OF GOFORTH & LUCAS<br>2300 CLAYTON ROAD SUITE 1460<br>CONCORD, CA 94520<br>　　TELEPHONE NO.: (925) 682-9500　　FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): AVIS DOCTOR, CHARI OGOGO, PAULETTE MAYO, ET AL. | **FOR COURT USE ONLY**<br><br>ELECTRONICALLY<br>FILED<br>07-18-07<br><br>K. TORRE, CLERK OF THE COURT<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF CONTRA COSTA - MARTINEZ<br>BY: C. SHAVER, DEPUTY CLERK |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** CONTRA COSTA
STREET ADDRESS: 725 COURT STREET
MAILING ADDRESS:
CITY AND ZIP CODE: MARTINEZ, CA 94553
BRANCH NAME:

| | |
|---|---|
| PLAINTIFF/PETITIONER: AVIS DOCTOR, CHARI OGOGO, PAULETTE MAYO,<br>KAREN SMITH, SUZETTE STEINBERG, THOMAS STEINBERG<br>DEFENDANT/RESPONDENT: NORTH AMERICAN TITLE COMPANY, INC., ET AL. | **CASE NUMBER:**<br>C07-01016 |
| **PROOF OF SERVICE OF SUMMONS** | **Ref. No. or File No.:** |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*: NOTICE OF CASE MANAGEMENT CONFERENCE, LIS PENDENS

3. a. Party served (specify name of party as shown on documents served): REALLIFE CONSULTING

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   KANYA TENNYSHA COLEMAN, PRESIDENT ON BEHALF OF THE WITHIN NAMED DEFENDANT

4. Address where the party was served: 1910 OLYMPIC BLVD. STE. 150, WALNUT CREEK, CA 94596

5. I served the party (check proper box)
   a. ☐ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):　　　　(2) at (time):
   b. ☑ by substituted service. On (date): 05/24/07　　at (time): 11:15 AM I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
   MONIQUE ALAMA, RECEPTIONIST AND PERSON IN CHARGE OF OFFICE ADDRESS

      (1) ☑ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 05/30/07　from *(city)*: CONCORD, CA　　or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

*www.accesslaw.com*

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | C07-01016 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*    (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* REALLIFE CONSULTING
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☑ other: CCP 415.20(a) |

7. **Person who served papers**
  a. Name: H. SIMMONS
  b. Address: P.O. BOX 27095, CONCORD, CA 94527
  c. Telephone number: (925) 682-8118
  d. **The fee for service was:** $39.00
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server:
      (i) ☑ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.: 42
      (iii) County: CONTRA COSTA

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    **or**

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 07/11/07

H. SIMMONS
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
(SIGNATURE )

# California Business Portal

Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search**
**Corporations**

New Search
Search Tips
Field Definitions
Status Definitions
Name Availability
Corporate Records
Business Entities
Records Order Form
  Certificates
  Copies
  Status Reports
FAQs
Corporations Main Page
Site Search

## Corporations

The information displayed here is current as of "AUG 03, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

_____

For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**. If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

**No results matched the search term : "reallife consulting"**

**Need help with your search?**

Copyright ©2001 California Secretary of State. **Privacy Statement.**



**California Business Portal**

Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

Business Search
LP/LLC

- New Search
- Search Tips
- Field Definitions
- Status Definitions
- LLC Name Availability
- LP Name Availability
- **Business Entities Records Order Form**
  - Certificates
  - Copies
  - Status Reports
- LLC FAQS
- LP FAQS
- LLC Main Page
- LP Main Page
- Site Search

**LP/LLC**

Limited Partnerships/Limited Liability Companies

The information displayed here is current as of "Aug 3, 2007" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

### No results matched the search term : "reallife consulting"

#### Need help with your search?

Copyright ©2001 California Secretary of State. **Privacy Statement.**

# EXHIBIT I

POS-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>CHRISTOPHER R. LUCAS, ESQ.     SBN 95293<br>LAW OFFICE OF GOFORTH & LUCAS<br>2300 CLAYTON ROAD SUITE 1460<br>CONCORD, CA 94520<br>TELEPHONE NO.: (925) 682-9500     FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): AVIS DOCTOR, CHARI OGOGO, PAULETTE MAYO, ET AL. | FOR COURT USE ONLY<br>**ELECTRONICALLY<br>FILED**<br>07-18-07<br>K. TORRE, CLERK OF THE COURT<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF CONTRA COSTA - MARTINEZ<br>BY: C. SHAVER, DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA
STREET ADDRESS: 725 COURT STREET
MAILING ADDRESS:
CITY AND ZIP CODE: MARTINEZ, CA 94553
BRANCH NAME:

| | |
|---|---|
| PLAINTIFF/PETITIONER: AVIS DOCTOR, CHARI OGOGO, PAULETTE MAYO, KAREN SMITH, SUZETTE STEINBERG, THOMAS STEINBERG<br>DEFENDANT/RESPONDENT: NORTH AMERICAN TITLE COMPANY, INC., ET AL. | CASE NUMBER:<br>C07-01016 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* NOTICE OF CASE MANAGEMENT CONFERENCE, LIS PENDENS

3. a. Party served (specify name of party as shown on documents served): REAL ESTATE PERSONNEL SERVICES

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   KANYA TENNYSHA COLEMAN, PRESIDENT ON BEHALF OF THE WITHIN NAMED DEFENDANT

4. Address where the party was served: 1910 OLYMPIC BLVD. STE. 150, WALNUT CREEK, CA 94596

5. I served the party (check proper box)
   a. ☐ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):     (2) at (time):
   b. ☑ by substituted service. On (date): 05/24/07     at (time): 11:15 AM I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
   MONIQUE ALAMA, RECEPTIONIST AND PERSON IN CHARGE OF OFFICE ADDRESS

   (1) ☑ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 05/30/07     from *(city):* CONCORD, CA     or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | C07-01016 |

5.    c. ☐   **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

       (1)   on *(date):*               (2) from *(city):*

       (3) ☐   with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)*

       (4) ☐   to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐   **by other means** *(specify means of service and authorizing code section):*

       ☐   Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐   as an individual defendant.
   b. ☐   as the person sued under the fictitious name of *(specify):*
   c. ☐   as occupant.
   d. ☑   On behalf of *(specify):* REAL ESTATE PERSONNEL SERVICES
       under the following Code of Civil Procedure section:

           ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
           ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
           ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
           ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
           ☐ 416.50 (public entity)             ☐ 415.46 (occupant)
                                           ☑ other: CCP 415.20(a)

7. **Person who served papers**
   a. Name: H. SIMMONS
   b. Address: P.O. BOX 27095, CONCORD, CA 94527
   c. Telephone number: (925) 682-8118
   d. The fee for service was: $39.00
   e. I am:
       (1) ☐   not a registered California process server.
       (2) ☐   exempt from registration under Business and Professions Code section 22350(b).
       (3) ☑   a registered California process server:
           (i)    ☑ owner    ☐ employee    ☐ independent contractor.
           (ii)   Registration No.: 42
           (iii) County: CONTRA COSTA

8. ☑   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

       or

9. ☐   I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 07/11/07

H. SIMMONS
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                          (SIGNATURE)

# California Business Portal

Secretary of State DEBRA BOWEN

SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES

**Business Search Corporations**

New Search
Search Tips
Field Definitions
Status Definitions
Name Availability
Corporate Records
Business Entities
Records Order Form
  Certificates
  Copies
  Status Reports
FAQs
Corporations Main Page
Site Search

## Corporations

The information displayed here is current as of "AUG 03, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**. If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

**No results matched the search term : "real estate personnel services"**

**Need help with your search?**

Copyright ©2001 California Secretary of State. **Privacy Statement.**

# California Business Portal

Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search LP/LLC**

Limited Partnerships/Limited Liability Companies **LP/LLC**

New Search
Search Tips
Field Definitions
Status Definitions
LLC Name Availability
LP Name Availability
Business Entities Records Order Form
Certificates
Copies
Status Reports
LLC FAQS
LP FAQS
LLC Main Page
LP Main Page
Site Search

The information displayed here is current as of "Aug 3, 2007" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

## No results matched the search term : "real estate personnel services"

**Need help with your search?**

Copyright ©2001 California Secretary of State. **Privacy Statement.**

**EXHIBIT J**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>CHRISTOPHER R. LUCAS, ESQ.     SBN 95293<br>LAW OFFICE OF GOFORTH & LUCAS<br>2300 CLAYTON ROAD SUITE 1460<br>CONCORD, CA 94520<br>TELEPHONE NO.: (925) 682-9500     FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): AVIS DOCTOR, CHARI OGOGO, PAULETTE MAYO, ET AL. | FOR COURT USE ONLY<br><br>**ELECTRONICALLY**<br>**FILED**<br>07-18-07<br><br>K. TORRE, CLERK OF THE COURT<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF CONTRA COSTA - MARTINEZ<br>BY: C. SHAVER, DEPUTY CLERK |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA<br>STREET ADDRESS: 725 COURT STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: MARTINEZ, CA 94553<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: AVIS DOCTOR, CHARI OSGOGO, PAULETTE MAYO, KAREN SMITH, SUZETTE STEINBERG, THOMAS STEINBERG<br>DEFENDANT/RESPONDENT: NORTH AMERICAN TITLE COMPANY, INC. ET AL. | CASE NUMBER:<br>C07-01016 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: NOTICE OF CASE MANAGEMENT CONFERENCE, LIS PENDENS

3. a. Party served (specify name of party as shown on documents served): PROSPERITY MATTERS, LCC

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*: RHONDA McCARTY (RLL) OF CORPORATION SERVICE COMPANY, AUTHORIZED AGENT ON BEHALF OF THE WITHIN NAMED DEFENDANT
4. Address where the party was served: CORPORATION SERVICE COMPANY, 2730 GATEWAY OAKS DR. STE. 100 SACRAMENTO, CA 95833
5. I served the party (check proper box)
   a. [✓] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on (date): 05/31/07     (2) at (time): 07:50 AM
   b. [ ] by substituted service. On (date):          at (time):          I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:          from *(city)*:          or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |
|---|---|---|

www.accesslaw.com

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | C07-01016 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*         (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:
    ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
        ☐ other:

7. **Person who served papers**
  a. Name: H. SIMMONS
  b. Address: P.O. BOX 27095, CONCORD, CA 94527
  c. Telephone number: (925) 682-8118
  d. The fee for service was: $39.00
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server:
      (i) ☑ owner  ☐ employee  ☐ independent contractor.
      (ii) Registration No.: 42
      (iii) County: CONTRA COSTA

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 07/11/07

      H. SIMMONS
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)

POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS**    Page 2 of 2

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is GAREEB | PHAM LLP, located at Aon Center, 707 Wilshire Boulevard, 53rd Floor, Los Angeles, California 90017. On August 7, 2007, I served the herein described document(s):

**DECLARATION OF CHRISTOPHER Q. PHAM, DECLARATION OF KANYA COLEMAN**

       by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

       by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

X      CM/ECF - by electronically transmitting the document(s) listed above to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing, and forwarding the Notices to the person(s) set forth below, who are registered participants of the CM/ECF System.

       by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

X      by overnight courier of the document(s) listed above to the person(s) at the address(es) set forth below.

* PLEASE SEE ATTACHED SERVICE LIST

      I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 7, 2007, at Los Angeles, California.

                             _____
                                Nide Zimemo

Error! Unknown

## *SERVICE LIST*

### *Bruce Sarubin vs. K Platinum Group, Inc.*
### *(Consolidated with Case Nos. MSC07-00080,MSC07-00106,MSC07-00454,*
### *MSC07-00483,MSC07-00484,MSC07-00485,MSC07-00486)*

**_Attorney for Plaintiffs_**
**_Dorothy Daniel, Thetris Ervin,_**
**_Donna Wilson, Rendy Lola Perkins_**
Ronald W. Carter
2201 Broadway, Suite 815
Oakland, CA 94614
Ph:     (510) 465-6500
Fx:     (510) 465-1330


**_Attorney for Plaintiff_**
**_Bruce Sarubin_**
Robert J. Scott, Jr.
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Fransisco, CA 94104
Ph:     (415) 956-2600
Fx:     (415) 438-2655


**_Attorney for Plaintiff_**
**_Jimmie T. Braden Sr._**
Jesse Clyde Ralph
54 Macondray Lane
San Francisco, CA 94133
Fx:     (415) 776-1826


Newell Walker **_(In Pro Per)_**
160 Delgado Court
Vallejo CA 94591
Ph:     (707) 235-9188

**_Attorney for Plaintiff_**
**_Amy Levesque, George Raoch, Avis Doctor, Chari Ogogo, Paulette Mayo,_**
**_Karen Smith, Suzette Steinberg, Thomas Steinberg_**
Christopher R. Lucas
LAW OFFICES OF GOFORTH & LUCAS
2300 Clayton Road, Suite 1460

Concord, CA 94520
Ph:    (925) 682-9500
Fx:    (925) 682-2353

***Attorney for Plaintiff***
***Charmaine Bennett***
V. Elizabeth Grayson
888 Seventh Avenue 45th Floor
New York, N.Y. 10106
Ph:    (646) 406-1512

***Attorney for Plaintiff***
***Hemwattie Docu, Theodore Docu, Hemo's House of Design, Inc***
David L. Roth
LAW OFFICES OF DAVID L. ROTH
One Kaiser Plaza, Suite 601
Oakland CA 94501
Ph:    (510) 835-8181
Fx:    (510) 287-9656