Ronald W. Carter, Bar No. 107935
2201 Broadway, Suite 815
Oakland, CA 94612-1604
Telephone: (510) 465-6500
Facsimile: (510) 465-1330

Attorney for Plaintiffs
Dorothy Daniels, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY LEVESQUE, et al., | ) Case No. C 07-03269 MJJ |
| | ) |
| Plaintiffs, | ) DECLARATION OF RONALD W. CARTER |
| | ) IN SUPPORT OF REPLY TO OPPOSITION |
| v. | ) TO MOTION TO REMAND TO STATE |
| | ) COURT |
| KANYA TENNYSHA COLEMAN, et al., | ) |
| | ) Date: August 28, 2007 |
| | ) Time: 9:30 a.m. |
| Defendants. | ) Ctrm: 11 |
| | ) |
| _____ | ) |

I, Ronald W. Carter, declare:

1. I am an attorney duly admitted and licensed to practice before this court and before the courts of the State of California. I have personal knowledge of the matters stated in this declaration and I could competently testify thereto if called as a witness.

- 1

2. Attached hereto as Exhibit 10 is a true and correct copy of the request for dismissal in Docu v. Coleman.

3. Attached hereto as Exhibit 11 is a true and correct copy of the complaint (without attachments) in Daniels v. K. Platinum.

4. The complaints in Ervin v. K. Platinum, Perkins v. K. Platinum, and Wilson v. K. Platinum contain the same causes of action as alleged in Daniels.

5. Attached hereto as Exhibit 12 is a true and correct copy of the complaint (without attachments) in Sarubin v. K. Platinum.

6. Attached hereto as Exhibit 13 is a true and correct copy of the complaint (without attachments) in Braden v. K. Platinum.

7. Attached hereto as Exhibit 14 is a true and correct copy of the complaint (without attachments) in Bennett v. K. Platinum.

8. After graduating from the University of Virginia School of Law in 1980, I clerked for the United States Court of Appeals in San Francisco, California and for Judge Thomas Tang in Phoenix, Arizona. I was admitted to practice in California in 1983. I am also admitted to practice in the Northern, Eastern,

and Central Federal District Courts, the United States Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States. Attorneys in this area with my level of education, training, and experience bill between $300.00 and $450.00 an hour.

9. I have spent approximately 40 hours preparing the motion to remand, reviewing defendants' opposition, preparing the reply to the opposition, and preparing the supporting declarations. I expect to spend another 3 hours preparing for the hearing and appearing at the hearing. Based upon 43 hours of work at $300.00 an hour, my clients request that defendants and/or their attorneys reimburse them for $12,900.00 in attorney fees incurred in connection with the removal proceedings.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 14, 2007 at Oakland, California.

                                    _____
                                    Ronald W. Carter