GIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: (510) 287-9651 | FOR COURT USE ONLY |
|---|---|---|
| DAVID L. ROTH   SBN 85279<br>THOMAS EASTRIDGE   SBN 121718<br>One Kaiser Plaza, Suite 601<br>Oakland, California 94612 | | **ELECTRONICALLY<br>FILED<br>7-10-07**<br>K. TORRE, CLERK OF THE COURT<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF CONTRA COSTA - MARTINEZ<br>BY: C. LEE, DEPUTY CLERK |

ATTORNEY FOR (Name): Plaintiffs Theodore Docu, Hemwattie Docu

Insert name of court and name of judicial district and branch court, if any:
SUPERIOR COURT OF CALIFORNIA, CONTRA COSTA COUNTY

PLAINTIFF/PETITIONER: HEMWATTIE DOCU, THEODORE DOCU, et al.

DEFENDANT/RESPONDENT: KANYA TENNYSHA COLEMAN, et al.

| REQUEST FOR DISMISSAL | CASE NUMBER: |
|---|---|
| [ ] Personal Injury, Property Damage, or Wrongful Death<br>　　[ ] Motor Vehicle   [ ] Other<br>[ ] Family Law<br>[ ] Eminent Domain<br>[✓] Other (specify): Contract Action   [DOCU COMPLAINT ONLY] | C07-00049<br><br>C07 00080 |

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) [✓] With prejudice   (2) [ ] Without prejudice
   b. (1) [✓] Complaint   (2) [ ] Petition   DOCU COMPLAINT ONLY
   　 (3) [ ] Cross-complaint filed by (name): _____ on (date): _____
   　 (4) [ ] Cross-complaint filed by (name): _____ on (date): _____
   　 (5) [ ] Entire action of all parties and all causes of action
   　 (6) [✓] Other (specify):* ALL PARTIES REQUEST THE COURT RETAIN JURISDICTION PER CCP § 664.6.

Date July 10, 2007

THOMAS EASTRIDGE
(TYPE OR PRINT NAME OF [✓] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

▶ _(signature)_

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[✓] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross - complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date: _____

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)   ▶ _(SIGNATURE)_

**If a cross-complaint—or Response (Family Law) seeking affirmative relief—is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross - complainant

(To be completed by clerk)
3. [✓] Dismissal entered as requested on (date): 7-10-07
4. [ ] Dismissal entered on (date): _____ as to only (name): _____
5. [ ] Dismissal not entered as requested for the following reasons (specify):
6. [ ] a. Attorney or party without attorney notified on (date): _____
　 b. Attorney or party without attorney not notified. Filing party failed to provide
   [ ] a copy to conformed   [ ] means to return conformed copy

Date: 7-10-07   Clerk, by _____ C. LEE, Deputy

Page 1 of 1

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-110 [Rev. January 1, 2007]

REQUEST FOR DISMISSAL

Code of Civil Procedure, § 581 et seq.<br>Cal. Rules of Court, rule 3.1390<br>www.courtinfo.ca.gov

www.accesslaw.com