PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Ronald W. Carter, Bar No. 107935<br>2201 Broadway, Suite 815<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 465-6500  FAX NO (Optional): (510) 465-1330<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Dorothy Daniels | FILED<br>MAR 1 2 2007<br>SUPERIOR COURT OF THE STATE OF CALIFORNIA<br>COUNTY OF CONTRA COSTA<br>By_____ Deputy Clerk<br>D. WEBER |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA
STREET ADDRESS: 725 Court Street
MAILING ADDRESS: P. O. Box 911
CITY AND ZIP CODE: Martinez, CA 94553
BRANCH NAME:

PLAINTIFF: DOROTHY DANIELS

DEFENDANT: K. PLATINUM GROUP, INC., KANYA COLEMAN, JORIE WRIGHT

[X] DOES 1 TO 10

CONTRACT
[X] COMPLAINT          [ ] AMENDED COMPLAINT (Number):
[ ] CROSS-COMPLAINT    [ ] AMENDED CROSS-COMPLAINT (Number):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded  [ ] does not exceed $10,000
                     [ ] exceeds $10,000 but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER: C07-00483

PER LOCAL RULE 5 THIS CASE IS ASSIGNED TO DEPT ___9___

1. Plaintiff* (name or names): Dorothy Daniels
   alleges causes of action against defendant* (name or names): K. Platinum Group, Inc., Kanya Coleman, Jorie Wright, and Does 1-10
2. This pleading, including attachments and exhibits, consists of the following number of pages: 22
3. a. Each plaintiff named above is a competent adult
      [ ] except plaintiff (name):
          (1) [ ] a corporation qualified to do business in California
          (2) [ ] an unincorporated entity (describe):
          (3) [ ] other (specify):
   b. [ ] Plaintiff (name):
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
      b. [ ] has complied with all licensing requirements as a licensed (specify):
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
      [X] except defendant (name):                      [ ] except defendant (name):
      K. Platinum Group, Inc.
          (1) [ ] a business organization, form unknown      (1) [ ] a business organization, form unknown
          (2) [X] a corporation                              (2) [ ] a corporation
          (3) [ ] an unincorporated entity (describe):       (3) [ ] an unincorporated entity (describe):
          (4) [ ] a public entity (describe):                (4) [ ] a public entity (describe):
          (5) [ ] other (specify):                           (5) [ ] other (specify):

*If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

Martin Dean's
ESSENTIAL FORMS™

COMPLAINT - Contract

Code of Civil Procedure, § 425.12

PLD-C-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| DANIELS v. K PLATINUM | |

4. (Continued)
  b. The true names of defendants sued as Does are unknown to plaintiff.
   (1) [X] Doe defendants (specify Doe numbers): 1-5  were the agents or employees of the named defendants and acted within the scope of that agency or employment.
   (2) [X] Doe defendants (specify Doe numbers): 6-10  are persons whose capacities are unknown to plaintiff.
  c. [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.
  d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are (names):

5. [ ] Plaintiff is required to comply with a claims statute, and
  a. [ ] has complied with applicable claims statutes, or
  b. [ ] is excused from complying because (specify):

6. [ ] This action is subject to  [ ] Civil Code section 1812.10  [ ] Civil Code section 2984.4.

7. This court is the proper court because
  a. [X] a defendant entered into the contract here.
  b. [ ] a defendant lived here when the contract was entered into.
  c. [ ] a defendant lives here now.
  d. [X] the contract was to be performed here.
  e. [X] a defendant is a corporation or unincorporated association and its principal place of business is here.
  f. [ ] real property that is the subject of this action is located here.
  g. [ ] other (specify):

8. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
  [X] Breach of Contract
  [X] Common Counts
  [X] Other (specify): Fraud

9. [X] Other allegations: See Attachment 9

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
  a. [X] damages of: $ 60,000.00
  b. [X] interest on the damages
   (1) [X] according to proof
   (2) [X] at the rate of (specify): 10 percent per year from (date): February 23, 2007
  c. [X] attorney's fees
   (1) [ ] of: $
   (2) [X] according to proof.
  d. [X] other (specify): Additional damages of $7,500.00 a month from April 12, 2007 through June 12, 2007, plus interest.

11. [X] The paragraphs of this pleading alleged on information and belief are as follows (specify paragraph numbers):
  4a, 9, FR-2b, and EX-2

Date: March 12, 2007

Ronald W. Carter
(TYPE OR PRINT NAME)

▶ Ronald W. Carter
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

(If you wish to verify this pleading, affix a verification.)

PLD-C-001 [Rev. January 1, 2007]  
COMPLAINT - Contract  
Page 2 of 2

Martin Dean's  
ESSENTIAL FORMS™

SHORT TITLE: DANIELS v. K PLATINUM

CASE NUMBER:

FIRST ___ (number) **CAUSE OF ACTION—Breach of Contract**

ATTACHMENT TO [X] Complaint  [ ] Cross-Complaint

(Use a separate cause of action form for each cause of action.)

BC-1. Plaintiff (name): Dorothy Daniels

alleges that on or about (date): Aug. 30, 2006, Oct. 14, 2006, Nov. 15, 2006, and Dec. 15, 2006
a [X] written [ ] oral [ ] other (specify):
agreement was made between (name parties to agreement): Dorothy Daniels
K. Platinum Group, Inc.

[X] A copy of the agreement is attached as Exhibit A, or
[ ] The essential terms of the agreement [ ] are stated in Attachment BC-1 [ ] are as follows (specify):

BC-2. On or about (dates): Dec. 12, 2006, Jan. 12, 2007, Feb. 12, 2007, and March 12, 2007
defendant breached the agreement by [ ] the acts specified in Attachment BC-2 [X] the following acts
(specify):
Defendant failed to pay plaintiff $60,000.00

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
[ ] as stated in Attachment BC-4  [X] as follows (specify):
$60,000.00 as of February 23, 2007. Plaintiff will incur additional damages of $7,500.00 a month from April 12, 2007 through June 12, 2007.

BC-5. [X] Plaintiff is entitled to attorney fees by an agreement or a statute
[ ] of $
[X] according to proof.
BC-6. [ ] Other:

Page 3

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]
Martin Dean's
ESSENTIAL FORMS™

**CAUSE OF ACTION—Breach of Contract**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

| SHORT TITLE: DANIELS v. K PLATINUM | CASE NUMBER: |
|---|---|

## CAUSE OF ACTION—Common Counts

SECOND *(number)*

ATTACHMENT TO  [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name):* Dorothy Daniels

alleges that defendant *(name):* K. Platinum Group, Inc., Kanya Coleman, Jorie Wright

became indebted to  [X] plaintiff   [ ] other *(name):*

a. [X] within the last four years
   (1) [ ] on an open book account for money due.
   (2) [X] because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b. [X] within the last  [ ] two years  [X] four years
   (1) [X] for money had and received by defendant for the use and benefit of plaintiff.
   (2) [ ] for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff
       [ ] the sum of $
       [ ] the reasonable value.
   (3) [ ] for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
       [ ] the sum of $
       [ ] the reasonable value.
   (4) [X] for money lent by plaintiff to defendant at defendant's request.
   (5) [ ] for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
   (6) [ ] other *(specify):*

CC-2. $ 60,000.00 , which is the reasonable value, is due and unpaid despite plaintiff's demand, plus prejudgment interest [X] according to proof [X] at the rate of 10 percent per year from *(date):* March 12, 2007

CC-3. [X] Plaintiff is entitled to attorney fees by an agreement or a statute
   [ ] of $
   [X] according to proof.

CC-4. [X] Other:
Additional damages of $7,500.00 per month from April 12, 2007 through June 12, 2007, plus interest.

Page 4

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—Common Counts

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Martin Dean's
ESSENTIAL FORMS™

THIRD (number)

# CAUSE OF ACTION-Fraud

ATTACHMENT TO  [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR-1. Plaintiff *(name)*: Dorothy Daniels

alleges that defendant *(name)*: K. Platinum group, Inc.
Kanya Coleman, Jorie Wright, Does 1-10
on or about *(date)*: August 30, 2006  defrauded plaintiff as follows:

FR-2. [X] **Intentional or Negligent Misrepresentation**
a. Defendant made representations of material fact [ ] as stated in Attachment FR-2.a [X] as follows:

Defendants represented that they would pay plaintiff $7,500.00 a month on her investment of $30,000.00 and that they would return her investment after 30 days notice.

Defendants further represented that they were going to use her $30,000.00 investment to purchase real estate for business purposes.

b. These representations were in fact false. The truth was [ ] as stated in Attachment FR-2.b [X] as follows:

Defendants did not purchase any real estate for business purposes with plaintiff's $30,000.00, had no intentions of paying her $7,500.00 a month on her investment, and never planned to return plaintiff's investment on 30 days notice or at all.

c. When defendant made the representations,
[X] defendant knew they were false, or
[ ] defendant had no reasonable ground for believing the representations were true.
d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. [X] **Concealment**
a. Defendant concealed or suppressed material facts [ ] as stated in Attachment FR-3.a [X] as follows:

Defendants concealed that they were not using plaintiff's investment to purchase real estate.

b. Defendant concealed or suppressed material facts
[X] defendant was bound to disclose.
[X] by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.
c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

Page 5

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]
Martin Dean's
ESSENTIAL FORMS™

CAUSE OF ACTION-Fraud

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

THIRD **(number)**   **CAUSE OF ACTION—Fraud**

FR-4. [X] **Promise Without Intent to Perform**

a. Defendant made a promise about a material matter without any intention of performing it [ ] as stated in Attachment FR-4.a [X] as follows:

> Defendants promised that they would use plaintiff's $30,000.00 to purchase real estate for business purposes, that they would pay plaintiff $7,500.00 a month for seven months on her investment, and that they would return plaintiff's investment after 30 days notice.

b. Defendant's promise without any intention of performance was made with the intent to defraud and induce plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act [ ] as stated in Attachment FR-5 [X] as follows:

> Plaintiff invested $30,000.00 with defendants.

FR-6 Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged [ ] as stated in Attachment FR-6 [X] as follows:

> Defendants have failed to pay plaintiff $30,000.00 that was due between December 12, 2006 and March 12, 2007 and have failed to return plaintiff's investment of $30,000.00.

FR-7. Other:

**ATTACHMENT** (Number): 9
(This Attachment may be used with any Judicial Council form.)

Page 7 of 10
(Add pages as required)

Defendant K. Platinum Group, Inc. is, and at all times mentioned herein was, a corporation organized and existing under the laws of the State of California, with its principal place of business in Walnut Creek, California.

Defendants Kanya Coleman and Jorie Wright are, and at all times mentioned herein were, the owners of a majority of the shares of stock of defendant K. Platinum Group, Inc.

There exists, and at all times mentioned herein there existed, a unity of interest and ownership between defendants Kanya Coleman and Jorie Wright and defendant K. Platinum Group, Inc., such that any individuality and separateness between defendants Coleman and Wright and defendant K. Platinum Group, Inc. have ceased, and defendant K. Platinum Group, Inc. is the alter ego of defendants Coleman and Wright.

Defendant K. Platinum Group, Inc. is, and at all times mentioned herein was, a mere shell and sham without capital, assets, stock, or stockholders. The corporation was conceived, intended, and used by defendants Coleman and Wright as a device to avoid individual liability and for the purpose of substituting a financially insolent corporation in the place of defendants Coleman and Wright. At no time after defendant K. Platinum Group, Inc. became incorporated was any stock authorized to be issued or issued, nor as any permit for issuance of stock been applied for with the Secretary of State.

Defendant K. Platinum Group, Inc. is, and at all times mentioned herein was, so inadequately capitalized that, compared to the business to be done by defendant and the risks of loss, its capitilization was

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT**
to Judicial Council Form

www.courtinfo.ca.gov

Martin Dean's
ESSENTIAL FORMS™

SHORT TITLE: DANIELS v. K PLATINUM

ATTACHMENT (Number): 9
(This Attachment may be used with any Judicial Council form.)

Page 8 of 10
(Add pages as required)

illusory.

Defendant K. Platinum Group, Inc. is, and at all times mentioned herein was, the alter ego of defendants Coleman and Wright and there exists, and at all times mentioned herein has existed, a unity of interest and ownership between the defendants such that any separateness has ceased to exist, in that defendants Coleman and Wright used assets of the corporation for their personal uses, caused aaets of the cororation to be transferred to them without adequate consideration, and withdrew funds from the corporation's bank account for their personal use.

Defendant K. Platinum Group, Inc. is, and at all times mentioned herein was, a mere shell, instrumentality, and conduit through which defendant Coleman carried on her real estate business in the corporate name exactly as she had conducted it previous to incorporation, exercising complete control and dominance of the business to such an extent that any individuality or separateness between defendant K. Platinum Group, Inc. and defendant Coleman does not, and at all times mentioned herein did not, exist.

Adherence to the fiction of the separate existence of defendant K. Platinum Group, Inc. as an entity distinct from defendants Coleman and Wright would permit an abuse of the corporate privilege and would sanction fraud and promote injustice in that defendants Coleman and Wright have withdrawn all the money from the corporate bank accounts and have closed said accounts and have distributed this money to themselves without any consideration to defendant K. Platinum Group,

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

ATTACHMENT
to Judicial Council Form

www.courtinfo.ca.gov

Martin Dean's
ESSENTIAL FORMS

ATTACHMENT (Number): 9
(This Attachment may be used with any Judicial Council form.)

Page 9 of 10
(Add pages as required)

Inc., all for the purpose of avoiding and preventing attachment and execution by creditors, including plaintiff, thereby rendering defendant K. Platinum, Inc. insolvent and unable to meet is obligations.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

Martin Dean's
ESSENTIAL FORMS™

| SHORT TITLE: DANIELS v. K PLATINUM | CASE NUMBER: |
|---|---|

# Exemplary Damages Attachment

Page 10

ATTACHMENT TO [X] Complaint  [ ] Cross-Complaint

EX-1. As additional damages against defendant (name):
K. Platinum Group, Inc., Kanya Coleman, Jorie Wright, Does 1-10

Plaintiff alleges defendant was guilty of
[X] malice
[X] fraud
[X] oppression

as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows:

Defendants did not purchase any real estate with plaintiff's $30,000.00, had no intentions of paying her $7,500.00 a month on her investment, and never planned to return plaintiff's investment on 30 days notice or at all.

EX-3. The amount of exemplary damages sought is
a. [X] not shown, pursuant to Code of Civil Procedure section 425.10.
b. [ ] $

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev. January 1, 2007]

Martin Dean's
ESSENTIAL FORMS™

Exemplary Damages Attachment

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov