PROOF OF SERVICE

I, the undersigned declare, that I am employed in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within cause. My business address is 2201 Broadway, Suite 815, Oakland, California 94612-1604. On August 14, 2007, I served the within:

REPLY TO OPPOSITION TO MOTION TO REMAND TO STATE COURT

DECLARATION OF RONALD W. CARTER IN SUPPORT OF REPLY TO OPPOSITION TO MOTION TO REMAND TO STATE COURT

[ ]     BY MAIL in said cause by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Oakland, CA addressed as shown below.

[ ]     BY HAND DELIVERY by causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

[X]     BY E-FILING by causing the same to be e-filed and served pursuant to the court's Electronic Case Filing (ECF) Program, pursuant to Civil Local Rule 5-4 and General Order 45.

[ ]     BY FACSIMILE TRANSMISSION by transmitting a true copy thereof by facsimile transmission from facsimile number (510) 465-1330 to the interested party to said action at the facsimile number(s) shown below.

Christopher R. Lucas
Goforth & Lucas
2300 Clayton Road, Suite 1460
Concord, CA 94520
crl@goforthlucas.com

Christopher Q. Pham
Gareeb & Pham, LLP
707 Wilshire Blvd. #5300
Los Angeles, CA 90017
cpham@gareebpham.com

Marc TerBeek
Mehlman & TerBeek, LLP

2125 Oak Grove Road, Suite 125
Walnut Creek, CA 94598
marc@mehlman-terbeek.com

I declare under penalty of perjury that the foregoing is true and correct.

_____

Michael Nicoloff