1  CHRISTOPHER R. LUCAS (SBN 95293)
   LAW OFFICES OF GOFORTH & LUCAS
2  2300 Clayton Road, Suite 1460
   Concord, California 94520
3  TELEPHONE: (925) 682-9500
   FACSIMILE: (925) 682-2353
4

5  Attorney for Plaintiffs,
   AVIS DOCTOR, CHARI OGOGO,
6  PAULETTE MAYO, KAREN SMITH,
   SUZETTE STEINBERG, THOMAS STEINBERG,
7  AMY LEVESQUE, GEORGE ROACH,
   AMREE JOHAL, SYLVIA HERNANDEZ,
8  DICK LING, JOHN O'BRIEN,
   KIFLAI TESFAI, LAURA ZAMORA, AND RAUL ZAMORA
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           (San Francisco)
12

13 AMY LEVESQUE, GEORGE ROACH,              FEDERAL CASE NO: C07-03269 MJJ

14      Plaintiffs,                         PLEASE SEE RELATED
                                            FEDERAL CASE NO: C07-03270 JL
15      v.
                                            (Consolidated STATE CASE:
16 KANYA TENNYSHA COLEMAN aka KANYA         MSC07-01018; MSC.07-01016)
   HILL aka KANYA MAXIMO, CHARLES E.
17 COLEMAN aka CHARLES E. COLEMAN            **JOINDER TO DOROTHY DANIELS'**
   SR., YVONNE E. GAMBLE, FREDERICK          **REPLY TO OPPOSITION TO MOTION**
18 C. GAMBLE, JORIE WRIGHT, FLOYD W.         **TO REMAND TO STATE COURT**
   WATSON, K PLATINUM GROUP, INC., K
19 PLATINUM REALTY, INC., K PLATINUM         Date: 08-28-07
   FINANCIAL, INC., K PLATINUM               Time: 9:30
20 ASSOCIATES, INC., K PLATINUM              Courtroom: 11
   INTERNATIONAL, INC., K PLATINUM
21 INTERNATIONAL ASSOCIATES, INC., K
   PLATINUM INTERNATIONAL FINANCIAL,
22 INC., K PLATINUM INTERNATIONAL
   GROUP INC., K PLATINUM
23 INTERNATIONAL REALTY, INC., K
   PLATINUM PERSONNEL SERVICES, K
24 PLATINUM INTERNATIONAL ASSOCIATE
   INVESTMENT, REAL ESTATE PERSONNEL
25 SERVICES a business organization

LAW
OFFICES
OF
GOFORTH
& LUCAS

*JOINDER TO DOROTHY DANIELS' REPLY TO OPPOSITION TO MOTION TO REMAND TO STATE*[1]
*COURT*

```
 1  unknown, REALLIFE CONSULTING, a
    business organization unknown,
 2  OUTERSPHERE INC., OUTERSPHERE
    LLC, OUTERSPHERE INVESTMENT
 3  GROUP, LLC, BLUE SKY TRUST, a
    business organization unknown,
 4  PROSPERITY MATTERS LLC, POWER OF
    SEVEN LOAN-FUND ONE LIMITED
 5  PARTNERSHIP, SANFORD AND PETERSON
    INTERNATIONAL INVESTMENT GROUP,
 6  INC., LAND AMERICA aka LAND
    AMERICA CAPITAL CORPORATION,
 7  BRENDA ANN MICHELSON, CAROL ANN
    DICKSON, CLAYTON GRACE, and DOES
 8  1 to 500, INCLUSIVE,
 9
            Defendants.
10  _____/
11
        Plaintiffs above join in the REPLY FILED BY CO PLAINTIFF,
12
    BY RONALD CARTER, ESQ. AND FOR THE REQUEST FOR SANCTIONS;
13
        1)   The KPG defendants who removed do not show agreement
14
    by numerous Defendants who had been served prior to removal
15
    including BLUE SKY INVESTMENT TRUST to which K PLATINUM
16
    President KANYA COLEMAN TRANSFERRED NUMEROUS VALUABLE
17
    PROPERTIES, nor Defendant PROPERTY MATTERS LLC, CHARLES COLEMAN,
18
    FELIX GOLDEN, ROB FERGUSEN, and numerous other Defendants who
19
    were served or who were being served and who did not consent to
20
    REMOVAL.
21
        2)   REMOVING DEFENDANTS KPG ET AL concede that no excusive
22
    federal issue would compel the federal court's discretion to
23
    maintain the numerous consolidated cases in federal court, and
24
    that where ever the court proceeds, there will be no federal
25
```

LAW OFFICES OF GOFORTH & LUCAS

*JOINDER TO DOROTHY DANIELS' REPLY TO OPPOSITION TO MOTION TO REMAND TO STATE*[2]
*COURT*

1  issue in any of the cases, which originally only involved an
2  issue of CONCURRENT and not excusive jurisdiction.
3      3) The KPG removing defendants made clear on the record
4  that the pre judgment remedies such as receiver and preliminary
5  injunction were their impetus to remove, and Attorney PHAM even
6  expressed a belief that the orders had expired.
7      4) These cases need to be consolidated, coordinated, and
8  the plaintiffs need the state court real property remedies to
9  continue.
10
11      5) The above Plaintiffs join in the REPLY above and
12  further advise the court that other issues raised by the motion
13  to remand are ignored or conceded and refer the court to the
14  papers filed and the declaration, and in particular to the
15  revealing transcript of the hearing attached to the KPG
16  OPPOSITION. [Attached]
17      6) Please see transcript attached to Opposition, and KPG
18  letter attached hereto which stipulates to dismissal of RICO by
19  Plaintiffs seeking REMAND.

> "We also confirm that neither KPG/its affiliated business entities nor Ms. Coleman has yet filed an answer in the Federal Court under either Federal case number. We are looking into the issue of the two case numbers/two judges assigned to the matter, and will seasonably advise you of our findings in that regard."

LAW OFFICES OF GOFORTH & LUCAS

*JOINDER TO DOROTHY DANIELS' REPLY TO OPPOSITION TO MOTION TO REMAND TO STATE COURT*  3

1  DATED: August 15, 2007			LAW OFFICE OF GOFORTH & LUCAS
2
3						_____
4						CHRISTOPHER R. LUCAS
						Attorney for Plaintiffs,
5						AVIS DOCTOR, CHARI OGOGO,
						PAULETTE MAYO, KAREN SMITH,
6						SUZETTE STEINBERG, THOMAS
						STEINBERG, AMY LEVESQUE, GEORGE
7						ROACH, AMREE JOHAL, SYLVIA
						HERNANDEZ, DICK LING, JOHN
8						O'BRIEN, KIFLAI TESFAI, LAURA
						ZAMORA, AND RAUL ZAMORA

LAW
OFFICES
OF
GOFORTH
& LUCAS

*JOINDER TO DOROTHY DANIELS' REPLY TO OPPOSITION TO MOTION TO REMAND TO STATE COURT*   4

## PROOF OF SERVICE

I, declare that I am employed in the County of Contra Costa, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 2300 Clayton Road, Suite 1460, Concord, California 94520. Upon this day, I served the within, **JOINDER TO DOROTHY DANIELS' REPLY TO OPPOSITION TO MOTION TO REMAND TO STATE COURT**

On the following interested party(s) in said cause:

VIA EMAIL: cpham@gareebpham.com
VIA FACSIMILE (213) 455-2940
Christopher Q. Pham, Esq.
Alexander S. Gareeb, Esq.
GAREEB & PHAM, LLP
707 Wilshire Boulevard, Suite 5300
Los Angeles, CA 90017
(213) 455-2930
*Attorney for Defendant*
**KANYA TENNYSKA COLEMAN**

VIA FACSIMILE (510) 465-1330
Ronald W. Carter
2201 Broadway, Ste 815
Oakland, CA 94614
(510) 465-6500
*Attorney for Plaintiffs* **DOROTHY DANIEL, THETRIS, ERVIN, DONNA WILSON, RENDY LOLA PERKINS**

VIA FACSIMILE (415) 438-2655
Robert J. Scott, Jr., Esq.
SCHWARTZ & CERA LLP
44 Montgomery Street, Ste 3850
San Francisco, CA 94104
**(415) 956-2600**
*Attorney for Plaintiff* **BRUCE SARUBIN**

VIA FACSIMILE (415) 776-1826
Jesse Clyde Ralph
54 Macondray Lane
San Francisco, CA 94133
*Attorney for Plaintiff* **JIMMIE T. BRADEN SR.**

VIA EMAIL: marc@mehlman-terbeek.com
VIA FACSIMILE (925) 935-1789
Marc L. TerBeek, Esq.
2125 Oak Grove Road, Suite 125
Walnut Creek, CA 94598
(925) 935-3575
*Attorney for Defendants* **K PLATINUM GROUP, INC., K PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K PLATINUM ASSOCIATES, INC., K PLATINUM INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL GROUP INC., K PLATINUM INTERNATIONAL REALTY, INC., K PLATINUM INTERNATIONAL ASSOCIATE, BRENDA ANN MICHELSON**

Newell Walker *(In Pro Per)*
160 Delgado Court
Vallejo, CA 94591

shroux1@aol.com
V. Elizaveth Grayson, Esq.
888 Seventh Avenue – 45th Floor
New York, NY 10106
(646) 406-1512
*Attorney for Plaintiff Charmaine Bennett*

[X] <u>VIA MAIL – CCP §§ 1013(a), 2015.5:</u>
By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection and mailing on that date following ordinary business

*JOINDER TO DOROTHY DANIELS' REPLY TO OPPOSITION TO MOTION TO REMAND TO STATE COURT* 5

practices. I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United Stated Postal Service at Concord, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

[X] <u>VIA ELECTRONIC TRANSMISSION – LOCAL RULE 5.5(b):</u>
Pursuant to Local Rule 5.5(b), the document(s) were delivered by electronic transmission.

[ ] <u>VIA OVERNIGHT MAIL/COURIER – CCP §§ 1013(c), 2015.5:</u>
By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection by overnight mail service or overnight courier service. I am readily familiar with my firm's business practice of collection and processing of correspondence for overnight mail or overnight courier service, and any correspondence placed for collection for overnight delivery would, in the ordinary course of business, be delivered to an authorized courier or driver authorized by the overnight mail carrier to receive documents, with delivery fees paid or provided for, that same day, for delivery on the following business day.

[ ] <u>VIA FACSIMILE – CCP §§ 1013(e), 2015.5, CRC 2008:</u>
By arranging for facsimile transmission from facsimile number (925)682-2353 to the above listed facsimile number(s) prior to 5:00 p.m. I am readily familiar with my firm's business practice of collection and processing of correspondence via facsimile transmission(s) and any such correspondence would be transmitted in the ordinary course of business. The facsimile transmission(s) was reported as complete and without error, and a copy of the transmission report is attached.

[ ] <u>VIA HAND DELIVERY – CCP §§ 1011, 2015.5:</u>
By placing a true copy thereof in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand-served on that day, in the ordinary course of my firm's business practice.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 15, 2007, at Concord, California.

cc: Clients

By: Liliana Rincon

JOINDER TO DOROTHY DANIELS' REPLY TO OPPOSITION TO MOTION TO REMAND TO STATE COURT    6