**EXHIBIT 13**

1

1   IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
2   IN AND FOR THE COUNTY OF CONTRA COSTA
3   HONORABLE DAVID B. FLINN, JUDGE, PRESIDING
4   DEPARTMENT 6

**COPY**

6   BRUCE SARUBIN, an individual,        )
7              Plaintiff,                )
8        vs.                             )   No. C07-00049
9   K PLATINUM GROUP, INC., a            )
10  California Corporation, et al.,      )
11             Defendants.               )
12  _____)

16              REPORTER'S TRANSCRIPT OF PROCEEDINGS
17                      JUNE 25, 2007
18              COURTHOUSE, MARTINEZ, CALIFORNIA

*VALERIE S. PRINCE - CERTIFIED SHORTHAND REPORTER #7946*

2

1          A P P E A R A N C E S

2   For K PLATINUM GROUP, INC.:

3       **MEHLMAN TERBEEK LLP**

4       BY:   MARC L. TERBEEK

5       2125 Oak Grove Road, Suite 125

6       Walnut Creek, California 94598-2534

7

8   For JIMMIE T. BRADEN:

9       **LAW OFFICES OF JESSE C. RALPH**

10      BY:   JESSE C. RALPH

11      54 Macondray Lane

12      San Francisco, California 94133

13

14  For CHARMAINE BENNETT:

15      **LAW OFFICES OF VIOLET E. GRAYSON**

16      BY:   VIOLET E. GRAYSON

17      270 9th Avenue

18      San Francisco, California 94118

19

20  For HEMWATTIE DOCU and THEODORE DOCU:

21      **LAW OFFICES OF THOMAS EASTRIDGE**

22      BY:   THOMAS EASTRIDGE

23      One Kaiser Plaza, Suite 601

24      Oakland, California 94612-3611

25

26

27

28

*VALERIE S. PRINCE - CERTIFIED SHORTHAND REPORTER #7946*

3

1                  A P P E A R A N C E S (continued)

2 For DOROTHY DANIELS, THEATRIS ERVIN, RENDY LOLA PERKINS, DONNA

3 WILSON:

4       **LAW OFFICES OF RONALD W. CARTER**

5       BY:   RONALD W. CARTER

6       2201 Broadway, Suite 815

7       Oakland, California 94612-3024

8

9 For AVIS DOCTOR:

10      **GOFORTH & LUCAS**

11      BY:   CHRISTOPHER R. LUCAS

12      2300 Clayton Road, Suite 1460

13      Concord, California 94520

14

15 For COLEMAN DEFENDANTS:

16      **GAREEB - PHAM**

17      BY:   CHRISTOPHER Q. PHAM

18      707 Wilshire Boulevard, Suite 5300

19      Los Angeles, California 90017

20

21 For NEW YORK LIFE:

22      **BARGER & WOLEN**

23      BY:   JOHN R. STEDMAN

24      650 California Street, 9th Floor

25      San Francisco, California 94108-2713

26

27 In Propria Persona:

28      **NEWELL WALKER**

*VALERIE S. PRINCE - CERTIFIED SHORTHAND REPORTER #7946*

4

A P P E A R A N C E S (continued)

For NORTH AMERICAN TITLE COMPANY:

    **STEYER, LOWENTHAL, BROODROOKAS, ALVAREZ & SMITH**

    BY:   EDWARD E. SMITH       (appeared via Court Call)

    One California Street, Suite 300

    San Francisco, California 94111

*VALERIE S. PRINCE - CERTIFIED SHORTHAND REPORTER #7946*

5

| | |
|---|---|
| JUNE 25, 2007 | 10:14 a.m. |

---oOo---

P R O C E E D I N G S

THE COURT: Good morning, ladies and gentlemen.

ALL COUNSEL: Good morning, your Honor.

THE COURT: We'll call the K Platinum cases, although it appears to me that we may be here but not be here. Let's get counsels' appearances on the record at least to show that we weren't off doing something else today.

MR. PHAM: Good morning, your Honor, Christopher Pham specially appearing today for defendant Coleman.

MR. TERBEEK: Marc TerBeek specially appearing today for defendant K Platinum et al.

MR. EASTRIDGE: Good morning, your Honor, Thomas Eastridge appearing on behalf of the Docu plaintiffs.

MR. CARTER: Good morning, your Honor, Ronald Carter for plaintiffs Daniels, Ervin, Perkins, and Wilson.

MR. LUCAS: Your Honor, Chris Lucas for Avis Doctor, Chari Ogogo, et al., and two other plaintiffs.

MR. SMITH: Good morning, your Honor, Edward Smith for North American Title Company in the Avis Doctor matter. We have not yet filed an appearance.

THE COURT: Right.

MR. RALPH: Good morning, your Honor, Jesse Ralph on behalf of Jimmy T. Braden, a plaintiff.

MS. GRAYSON: Violet Grayson for plaintiff Charmaine Bennett.

MR. NEWELL WALKER: Newell Walker, pro per.

*VALERIE S. PRINCE - CERTIFIED SHORTHAND REPORTER #7946*

Case 3:07-cv-03269-MJJ   Document 23   Filed 08/07/2007   Page 54 of 74
Case 3:07-cv-03269-MJJ   Document 27-3   Filed 08/15/2007   Page 7 of 11

9

1  a moot question now.
2       MR. TERBEEK: And we're not willing to stipulate at
3  this point, your Honor, because there's no jurisdiction in
4  this court to do so. We'll analyze that --
5       THE COURT: That's fine. I think your remedy,
6  because you've got counsel here, is to make that offer to both
7  counsel and then seek sanctions from them as counsel for
8  making you go to the federal court and make your motion. I
9  think you'd be entitled.
10      If the jurisdiction is gone, it's gone. I mean,
11 every other removal case we've had, we've just sat on our
12 hands and waited for that order from the federal court. It's
13 usually back in about 3 to 4 weeks.
14      MR. CARTER: And there's serious questions about the
15 timeliness of all this, especially with respect to cases where
16 answers have been filed and appearances have been made.
17      MR. LUCAS: Well, one other issue for us also is
18 just that there's a lot of cases out for service that would
19 require people to respond in state court. But there is going
20 to be a hiatus. We'll make the motion to remand. That's the
21 only thing we can do at this point.
22      THE COURT: I think it is.
23      MS. GRAYSON: Your Honor, there is another
24 possibility.
25      THE COURT: And I think the receiver was appointed
26 before this so there's a receiver. The receiver doesn't lose
27 jurisdiction. The receiver's still in.
28      MS. GRAYSON: So your understanding is the receiver

Case 3:07-cv-03269-MJJ    Document 23    Filed 08/07/2007    Page 55 of 74
Case 3:07-cv-03269-MJJ    Document 27-3    Filed 08/15/2007    Page 8 of 11

10

1  will go forward?

2       MR. PHAM: Well, will go forward providing
3  procedural prerequisites have been met. Without those,
4  posting the bonds --

5       THE COURT: I believe they posted a bond.

6       MR. PHAM: I have not received any notice from
7  anyone concerning any bonds posted.

8       MR. CARTER: Everything is done by e-mail and
9  electronic filing, Mr. Pham. You've been served with it.
10 It's on the court's website.

11      THE COURT: My copy came across.

12      MR. PHAM: I'll check for it, including the receiver
13 bond. There is no order for that.

14      MR. CARTER: There's no order for the receiver bond.

15      MR. PHAM: It's a $150,000 bond.

16      MR. CARTER: The court has not ordered any bond for
17 a receiver. You mean by the receiver itself?

18      MR. PHAM: By the receiver, correct.

19      MR. CARTER: Okay.

20      MS. GRAYSON: I guess if the receiver's going
21 forward and the temporary restraining order remains in place
22 so that the assets can't be dissipated, it's not a terribly
23 urgent problem.

24      THE COURT: I think that's right. And TRO, of
25 course, remains. Removal means, you know, you don't remove
26 the part that favors somebody and leave the part that doesn't,
27 I mean. You pick up the whole package and move it over and
28 put it down.

Case 3:07-cv-03269-MJJ   Document 23    Filed 08/07/2007   Page 56 of 74
Case 3:07-cv-03269-MJJ   Document 27-3   Filed 08/15/2007   Page 9 of 11

11

1   MR. PHAM: Your Honor, my understanding of the TRO
2   is that it dissolves today.
3       THE COURT: Is that what?
4       MR. PHAM: Is that it dissolves today.
5       THE COURT: It doesn't dissolve with the removal.
6   The removal freezes it. The removal freezes it.
7       MR. PHAM: No, no, I understand that. I'm not
8   talking about the removal, your Honor. I'm saying based upon
9   the ex parte order and the motion set forth in this case that
10  today was the final hearing on the appointment of the
11  receiver, and TRO, by operation of law, automatically expires
12  today.
13      THE COURT: No, it doesn't. Don't be silly.
14  Everybody in an unlawful detainer case would move to the
15  federal court the last day, wouldn't they?
16      MR. PHAM: I'm not talking about the removal,
17  your Honor. I'm talking about once the receiver's appointed,
18  a TRO dissolves, and the receiver assumes the authority of the
19  case.
20      THE COURT: Well, I never intended the TRO to
21  dissolve because a receiver's appointed.
22      MR. PHAM: That's my understanding of your order. I
23  mean, if I stand corrected, I seek some clarification from the
24  court because I thought that TRO resolves on the day of the
25  hearing, which is today. The receiver picks up the pieces and
26  operates the company.
27      THE COURT: If you had not removed the case to the
28  federal court, I would have a hearing today on the preliminary

*VALERIE S. PRINCE - CERTIFIED SHORTHAND REPORTER #7946*

12

1  injunction that replaces the TRO. The removal has frozen the
2  case so that that preliminary injunction hearing would occur
3  in the federal court if and when the federal court schedules
4  it or when they send it back when I schedule it. That doesn't
5  seem to me to be a difficult question.
6          Well, I can't set another date. In a removal case
7  we just wait for the paperwork or a stipulation. As I say, it
8  makes a lot of sense. I hope, counsel, you recognize that
9  you've got higher duties than just the duty to your client,
10 and if the case doesn't belong in the federal court, this
11 court expects you to act as officers of this court.
12         MR. TERBEEK: Understood, your Honor.
13         MR. PHAM: Understood.
14         THE COURT: Thank you, everybody.
15         ALL COUNSEL: Thank you, your Honor.
16         *(The matter concluded, 10:17 a.m.)*
17                         ---oOo---

*VALERIE S. PRINCE - CERTIFIED SHORTHAND REPORTER #7946*

13

1  STATE OF CALIFORNIA )
2                      ) ss.
3  CONTRA COSTA COUNTY )
4
5
6        I, VALERIE S. PRINCE, Certified Shorthand Reporter,
7  do hereby certify that as such I took down in stenotype all of
8  the proceedings in the within-entitled matter, BRUCE SARUBIN,
9  Plaintiff, versus K PLATINUM GROUP, INC., Defendants, Superior
10 Court Action Number C07-00049, heard before the Honorable
11 DAVID B. FLINN, JUDGE, on JUNE 25, 2007, and that I thereafter
12 transcribed my stenotype notes into typewriting through
13 computer-assisted transcription, and that the foregoing
14 transcript constitutes a full, true, and correct transcription
15 of the proceedings held at the aforementioned time.
16      IN WITNESS WHEREOF, I have hereunto subscribed my
17 name this day, July 16, 2007.
18
19
20
21            _____*Valerie Prince*_____
22                 VALERIE S. PRINCE
23         Certified Shorthand Reporter #7946
24
25
26
27
28

*VALERIE S. PRINCE - CERTIFIED SHORTHAND REPORTER #7946*