**GAREEB │ PHAM, LLP**
CHRISTOPHER Q. PHAM, Bar No. 206697
ALEXANDER S. GAREEB, Bar No. 207473
707 Wilshire Boulevard. Suite 5300
Los Angeles, California 90017
Telephone: (213) 455-2930
Facsimile: (213) 455-2940
Email: cpham@gareebpham.com

Attorneys for Defendant
KANYA TENNYSHA COLEMAN

**MEHLMAN & TERBEEK, LLP**
MARC TERBEEK, Bar No. 166098
2125 Oak Grove Road, Suite 125
Walnut Creek, California 94598
Telephone: (925) 935-3575
Facsimile: (925) 935-1798
Email: marc@mehlman-terbeek.com

Attorneys for Defendants
K PLATINUM GROUP, INC.; K PLATINUM
INTERNATIONAL GROUP, INC.; K PLATINUM
ASSOCIATES, INC.; K PLATINUM INTERNATIONAL
ASSOCIATES, INC.; K PLATINUM FINANCIAL, INC.;
K PLATINUM INTERNATIONAL FINANCIAL, INC.;
K PLATINUM REALTY, INC.; K PLATINUM INTERNATIONAL
REALTY, INC.; AND BRENDA ANN MICHELSON

UNITED STATES DISTRICT COURT -

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY LEVESQUE, GEORGE ROACH, | Federal Case No: C07-03269 MJJ |
| Plaintiffs, | Please See Related: |
| vs. | Federal Case No. C07-03270 JL |
| KANYA TENNYSHA COLEMAN aka KANYA HILL aka KANYA MAXIMO, CHARLES E. COLEMAN aka | |

1   CHARLES E. COLEMAN SR.,
2   YVONNE E. GAMBLE, FREDERICK
    C. GAMBLE, JORIE WRIGHT, FLOYD
3   W. WATSON, FELIX GOLDEN, K
4   PLATINUM GROUP, INC., K
    PLATINUM REALTY, INC., K
5   PLATINUM FINANCIAL, INC., K
    PLATINUM ASSOCIATES, INC., K
6   PLATINUM INTERNATIONAL, INC.,
7   K PLATINUM INTERNATIONAL
    ASSOCIATES, INC., K PLATINUM
8   INTERNATIONAL FINANCIAL, INC.,
9   K PLATINUM INTERNATIONAL
    GROUP INC., K PLATINUM
10  INTERNATIONAL REALTY, INC., K
11  PLATINUM PERSONNEL SERVICES,
    , K PLATINUM INTERNATIONAL
12  ASSOCIATE INVESTMENT, REAL
13  ESTATE PERSONNEL SERVICES a
    business organization unknown, REAL
14  LIFE CONSULTING, a business
15  organization unknown, OUTERSPHERE
    INC., OUTERSPHERE LLC,
16  OUTERSPHERE INVESTMENT
17  GROUP, LLC, BLUE SKY TRUST, a
    business organization unknown,
18  PROSPERITY MATTERS LLC,
19  POWER OF SEVEN LOAN-FUND
    ONE LIMITED PARTNERSHIP,
20  SANFORD AND PETERSON
21  INTERNATIONAL INVESTMENT
    GROUP, INC., LAND AMERICA aka
22  LAND AMERICA CAPITAL
23  CORPORATION, BRENDA ANN
    MICHELSON L. CAROL ANN
24  DICKSON, CLAYTON GRACE,
25  THOMAS JENKINS, VIKING
    APPRAISALS, CRAIG
26  BUCCELLATO, JESSICA ARANDA,
27  and DOES 1 to 500, INCLUSIVE,

28                Defendants.

**ANSWER OF DEFENDANTS K PLATINUM ENTITIES, KANYA TENNYSHA COLEMAN, AND BRENDA ANN MICHELSON TO COMPLAINT BY PLAINTIFFS AMY LEVESQUE, et al.; DEMAND FOR JURY TRIAL**

1    COMES NOW Defendants K Platinum Group, Inc.; K Platinum
2  International Group, Inc.; K Platinum Associates, Inc.; K Platinum International
3  Associates, Inc.; K Platinum Financial, Inc.; K Platinum International Financial,
4  Inc.; K Platinum Realty, Inc.; K Platinum International Realty, Inc. (collectively,
5  "K Platinum entities"); Kanya Tennysha Coleman ("Coleman"); and Brenda Ann
6  Michelson ("Michelson"), for themselves and for no other Defendants, Answer the
7  Complaint for Fraud by Intentional Misrepresentation, Fraud by Negligent
8  Misrepresentation, Fraud by Concealment, Fraud by Promise made without Intent
9  to Perform, Constructive Fraud by Fiduciary, Breach of Contract, Negligent
10 Performance of Investment Advisor Services, Unlawful Sale of Securities,
11 Negligent Performance of Real Estate Broker Services, Violation of Racketeer
12 Influenced and Corrupt Organizations Act (18 U.S.C. Section 1961 *et seq*.), Set
13 Aside of Fraudulent Transfer ("Complaint"), originally filed in the Superior Court
14 of the State of California for the County of Contra Costa and thereafter removed to
15 this Court, as follows:

### RESPONSES TO ALLEGATIONS

17 **Answer to First Cause of Action for Fraud by Intentional Misrepresentation**
18 1.    Answering Paragraph 1 of the Complaint, Answering Defendants admit that
19 Kanya Coleman was formerly known by her maiden name, Kanya Hill, as well as
20 her name through her first marriage, Kanya Maximo, and that at the times alleged
21 in Plaintiffs' Complaint, she was a resident of the Contra Costa County.  In further
22 Answering Paragraph 1 of the Complaint, Answering Defendants admit that at the
23 times alleged in Plaintiffs' Complaint Brenda Ann Michelson was a resident of the
24 Contra Costa County.  Subject to the foregoing, Answering Defendants are without
25 knowledge or information sufficient to form a belief as the truth of the allegations
26 contained in said paragraph, and on that basis deny each and every allegation
27 contained therein.
28

2.      Answering Paragraph 2 of the Complaint, Answering Defendants admit that at the times alleged in Plaintiffs' Complaint the principal place of business for the K Platinum entities was located in Contra Costa County.  Subject to the foregoing, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

3.      Answering Paragraph 3 of the Complaint, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

4.      Answering Paragraph 4 of the Complaint, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

5.      Answering Paragraph 5 of the Complaint, Answering Defendants admit that at the times alleged in Plaintiffs' Complaint the K Platinum entities were corporations existing under the laws of the State of California, with their principal place of business located at 1910 Olympic Boulevard, Suite 151, Walnut Creek, Contra Costa County, California.  Subject to the foregoing admissions, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

6.      Answering Paragraph 6 of the Complaint, Answering Defendants deny each and every allegation contained therein.

7.      Answering Paragraph 7 of the Complaint, Answering Defendants deny each and every allegation contained therein.

8.      Answering Paragraph 8 of the Complaint, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the

1 │ allegations contained in said paragraph, and on that basis deny each and every

2 │ allegation contained therein.

3 │ 9.    Answering Paragraph 9 of the Complaint, Answering Defendants deny each

4 │ and every allegation contained therein.

5 │ 10.    Answering Paragraph 10 of the Complaint, Answering Defendants deny

6 │ each and every allegation contained therein.

7 │ 11.    Answering Paragraph 11 of the Complaint, Answering Defendants deny

8 │ each and every allegation contained therein.

9 │ 12.    Answering Paragraph 12 of the Complaint, Answering Defendants deny

10 │ each and every allegation contained therein.

11 │ 13.    Answering Paragraph 13 of the Complaint, Answering Defendants deny

12 │ each and every allegation contained therein as it pertains to Defendant Coleman.

13 │ Subject to the foregoing, Answering Defendants are without knowledge or

14 │ information sufficient to form a belief as the truth of the allegations contained in

15 │ said paragraph, and on that basis deny each and every allegation contained therein.

16 │ 14.    Answering Paragraph 14 of the Complaint, Answering Defendants deny

17 │ each and every allegation contained therein.

18 │ 15.    Answering Paragraph 15 of the Complaint, Answering Defendants deny

19 │ each and every allegation contained therein.

20 │ 16.    Answering Paragraph 16 of the Complaint, Answering Defendants deny

21 │ each and every allegation contained therein.

22 │ 17.    Answering Paragraph 17 of the Complaint, Answering Defendants deny

23 │ each and every allegation contained therein as it pertains to Defendant Coleman.

24 │ Subject to the foregoing, Answering Defendants are without knowledge or

25 │ information sufficient to form a belief as the truth of the allegations contained in

26 │ said paragraph, and on that basis deny each and every allegation contained therein.

27 │ 18.    Answering Paragraph 18 of the Complaint, Answering Defendants deny

28 │ each and every allegation contained therein as it pertains to Defendant Coleman.

1  Subject to the foregoing, Answering Defendants are without knowledge or

2  information sufficient to form a belief as the truth of the allegations contained in

3  said paragraph, and on that basis deny each and every allegation contained therein.

4      a.    Answering Paragraph 18a of the Complaint, Answering Defendants

5  deny each and every allegation contained therein.

6      b.    Answering Paragraph 18b of the Complaint, Answering Defendants

7  deny each and every allegation contained therein.

8      c.    Answering Paragraph 18c of the Complaint, Answering Defendants

9  deny each and every allegation contained therein.

10      d.    Answering Paragraph 18d of the Complaint, Answering Defendants

11  deny each and every allegation contained therein.

12      e.    Answering Paragraph 18e of the Complaint, Answering Defendants

13  deny each and every allegation contained therein.

14      f.    Answering Paragraph 18f of the Complaint, Answering Defendants

15  deny each and every allegation contained therein.

16      g.    Answering Paragraph 18g of the Complaint, Answering Defendants

17  deny each and every allegation contained therein.

18  19.    Answering Paragraph 19 of the Complaint, Answering Defendants deny

19  each and every allegation contained therein as it pertains to Defendant Coleman.

20  Subject to the foregoing, Answering Defendants are without knowledge or

21  information sufficient to form a belief as the truth of the allegations contained in

22  said paragraph, and on that basis deny each and every allegation contained therein.

23      a.    Answering Paragraph 19a of the Complaint, Answering Defendants

24  deny each and every allegation contained therein.

25      b.    Answering Paragraph 19b of the Complaint, Answering Defendants

26  deny each and every allegation contained therein.

27      c.    Answering Paragraph 19c of the Complaint, Answering Defendants

28  deny each and every allegation contained therein.

1    d.    Answering Paragraph 19d of the Complaint, Answering Defendants
2  deny each and every allegation contained therein.

3    e.    Answering Paragraph 19a of the Complaint, Answering Defendants
4  deny each and every allegation contained therein.

5    f.    Answering Paragraph 19a of the Complaint, Answering Defendants
6  deny each and every allegation contained therein.

7    g.    Answering Paragraph 19a of the Complaint, Answering Defendants
8  deny each and every allegation contained therein.

9  20.    Answering Paragraph 20 of the Complaint, Answering Defendants deny
10  each and every allegation contained therein.

11  21.    Answering Paragraph 21 of the Complaint, Answering Defendants deny
12  each and every allegation contained therein.

13  22.    Answering Paragraph 22 of the Complaint, Answering Defendants are
14  without knowledge or information sufficient to form a belief as the truth of the
15  allegations contained in said paragraph, and on that basis deny each and every
16  allegation contained therein.

17  23.    Answering Paragraph 23 of the Complaint, Answering Defendants deny
18  each and every allegation contained therein.

19  **Answer to Second Cause of Action for Fraud by Negligent Misrepresentation**

20  24.    Answering Paragraph 24 of the Complaint, Answering Defendants deny
21  each and every allegation contained in the referenced paragraphs of the Complaint,
22  except to the extent that such allegations were expressly admitted.

23  25.    Answering Paragraph 25 of the Complaint, Answering Defendants deny
24  each and every allegation contained therein.

25    **Answer to Third Cause of Action for Fraud by Concealment**

26  26.    Answering Paragraph 26 of the Complaint, Answering Defendants deny
27  each and every allegation contained in the referenced paragraphs of the Complaint,
28  except to the extent that such allegations were expressly admitted.

27.    Answering Paragraph 27 of the Complaint, Answering Defendants deny each and every allegation contained therein as they pertain to Defendants K Platinum Entities, Ms. Coleman, and Ms. Michelson. Subject to the foregoing, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

a.    Answering Paragraph 27a of the Complaint, Answering Defendants deny each and every allegation contained therein.

b.    Answering Paragraph 27b of the Complaint, Answering Defendants deny each and every allegation contained therein.

c.    Answering Paragraph 27c of the Complaint, Answering Defendants admit that Defendant Coleman filed for Bankruptcy on May 19, 1999, which was discharged and terminated on August 17, 1999.

d.    Answering Paragraph 27d of the Complaint, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

e.    Answering Paragraph 27e of the Complaint, Answering Defendants deny each and every allegation contained therein.

f.    Answering Paragraph 27f of the Complaint, Answering Defendants admit that Defendant Coleman owed a judgment to CBSJ Financial Corp. relating to unpaid medical bills. Except as so admitted, Answering Defendants deny each and every allegation contained therein.

g.    Answering Paragraph 27g of the Complaint, Answering Defendants admit that Defendant Coleman was involved in a lawsuit with CBSJ Financial Corp. relating to unpaid medical bills. Except as so admitted, Answering Defendants deny each and every allegation contained therein.

h.      Answering Paragraph 27h of the Complaint, Answering Defendants deny each and every allegation contained therein.

i.      Answering Paragraph 27i of the Complaint, Answering Defendants deny each and every allegation contained therein.

28.     Answering Paragraph 28 of the Complaint, Answering Defendants deny each and every allegation contained therein.

**Answer to Fourth Cause of Action for Fraud by Promise Made without Intent to Perform**

29.     Answering Paragraph 29 of the Complaint, Answering Defendants deny each and every allegation contained in the referenced paragraphs of the Complaint, except to the extent that such allegations were expressly admitted.

30.     Answering Paragraph 30 of the Complaint, Answering Defendants deny each and every allegation contained therein as they pertain to Defendant Coleman. Subject to the foregoing, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

31.     Answering Paragraph 31 of the Complaint, Answering Defendants deny each and every allegation contained therein as they pertain to Defendant Coleman. Subject to the foregoing, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

32.     Answering Paragraph 33 of the Complaint, Answering Defendants deny each and every allegation contained therein as they pertain to Defendant Coleman. Subject to the foregoing, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

33.     Answering Paragraph 33 of the Complaint, Answering Defendants deny each and every allegation contained therein as they pertain to Defendant Coleman.

1  Subject to the foregoing, Answering Defendants are without knowledge or

2  information sufficient to form a belief as the truth of the allegations contained in

3  said paragraph, and on that basis deny each and every allegation contained therein.

4  34.    Answering Paragraph 34 of the Complaint, Answering Defendants deny

5  each and every allegation contained therein as they pertain to Defendant Coleman.

6  Subject to the foregoing, Answering Defendants are without knowledge or

7  information sufficient to form a belief as the truth of the allegations contained in

8  said paragraph, and on that basis deny each and every allegation contained therein.

9  35.    Answering Paragraph 35 of the Complaint, Answering Defendants deny

10  each and every allegation contained therein.

11  36.    Answering Paragraph 36 of the Complaint, Answering Defendants are

12  without knowledge or information sufficient to form a belief as the truth of the

13  allegations contained in said paragraph, and on that basis deny each and every

14  allegation contained therein.

15     **Answer to Fifth Cause of Action for Constructive Fraud by Fiduciary**

16  37.    Answering Paragraph 37 of the Complaint, Answering Defendants deny

17  each and every allegation contained in the referenced paragraphs of the Complaint,

18  except to the extent that such allegations were expressly admitted.

19  38.    Answering Paragraph 38 of the Complaint, Answering Defendants deny

20  each and every allegation contained therein as they pertain to Defendant Coleman.

21  Subject to the foregoing, Answering Defendants are without knowledge or

22  information sufficient to form a belief as the truth of the allegations contained in

23  said paragraph, and on that basis deny each and every allegation contained therein.

24  39.    Answering Paragraph 39 of the Complaint, Answering Defendants deny

25  each and every allegation contained therein as they pertain to Defendant Coleman

26  and Defendant Michelson.  Subject to the foregoing, Answering Defendants are

27  without knowledge or information sufficient to form a belief as the truth of the

28

1   allegations contained in said paragraph, and on that basis deny each and every

2   allegation contained therein.

3   **Answer to Sixth Cause of Action for Breach of Contract**

4   40.    Answering Paragraph 40 of the Complaint, Answering Defendants deny

5   each and every allegation contained in the referenced paragraphs of the Complaint,

6   except to the extent that such allegations were expressly admitted.

7   41.    Answering Paragraph 41 of the Complaint, Answering Defendants deny

8   each and every allegation contained therein.

9   42.    Answering Paragraph 42 of the Complaint, Answering Defendants deny

10   each and every allegation contained therein.

11   43.    Answering Paragraph 43 of the Complaint, Answering Defendants deny

12   each and every allegation contained therein.

13   44.    Answering Paragraph 44 of the Complaint, Answering Defendants deny

14   each and every allegation contained therein.

15   **Answer to Seventh Cause of Action for Negligent Performance of Investment**

16   **Services**

17   45.    Answering Paragraph 45 of the Complaint, Answering Defendants deny

18   each and every allegation contained in the referenced paragraphs of the Complaint,

19   except to the extent that such allegations were expressly admitted.

20   46.    Answering Paragraph 46 of the Complaint, Answering Defendants deny

21   each and every allegation contained therein as they pertain to Defendant Coleman.

22   Subject to the foregoing, Answering Defendants are without knowledge or

23   information sufficient to form a belief as the truth of the allegations contained in

24   said paragraph, and on that basis deny each and every allegation contained therein.

25   47.    Answering Paragraph 47 of the Complaint, Answering Defendants deny

26   each and every allegation contained therein as they pertain to Defendant Coleman

27   and Defendant Michelson.  Subject to the foregoing, Answering Defendants are

28   without knowledge or information sufficient to form a belief as the truth of the

1  allegations contained in said paragraph, and on that basis deny each and every

2  allegation contained therein.

3  48.    Answering Paragraph 48 of the Complaint, Answering Defendants deny

4  each and every allegation contained therein as they pertain to Defendant Coleman

5  and Defendant Michelson.  Subject to the foregoing, Answering Defendants are

6  without knowledge or information sufficient to form a belief as the truth of the

7  allegations contained in said paragraph, and on that basis deny each and every

8  allegation contained therein.

9  49.    Answering Paragraph 49 of the Complaint, Answering Defendants deny

10  each and every allegation contained therein as they pertain to Defendant Coleman

11  and Defendant Michelson.  In furthering Answering Paragraph 49 of the

12  Complaint, Answering Defendants admit that Defendants Michelson and the K

13  Platinum entities were not engaged in the purchase or sale of tangible personal

14  property for their account.

15  50.    Answering Paragraph 50 of the Complaint, Answering Defendants deny

16  each and every allegation contained therein as they pertain to Defendant Coleman

17  and Defendant Michelson.  Subject to the foregoing, Answering Defendants are

18  without knowledge or information sufficient to form a belief as the truth of the

19  allegations contained in said paragraph, and on that basis deny each and every

20  allegation contained therein.

21  51.    Answering Paragraph 51 of the Complaint, Answering Defendants are

22  without knowledge or information sufficient to form a belief as the truth of the

23  allegations contained in said paragraph, and on that basis deny each and every

24  allegation contained therein.

25  52.    Answering Paragraph 52 of the Complaint, Answering Defendants are

26  without knowledge or information sufficient to form a belief as the truth of the

27  allegations contained in said paragraph, and on that basis deny each and every

28  allegation contained therein.

1    **Answer to Eighth Cause of Action for Unlawful Sates of Securities**

2    53.    Answering Paragraph 53 of the Complaint, Answering Defendants deny

3    each and every allegation contained in the referenced paragraphs of the Complaint,

4    except to the extent that such allegations were expressly admitted.

5    54.    Answering Paragraph 54 of the Complaint, Answering Defendants are

6    without knowledge or information sufficient to form a belief as the truth of the

7    allegations contained in said paragraph, and on that basis deny each and every

8    allegation contained therein.

9    55.    Answering Paragraph 55 of the Complaint, Answering Defendants are

10   without knowledge or information sufficient to form a belief as the truth of the

11   allegations contained in said paragraph, and on that basis deny each and every

12   allegation contained therein.

13   **Answer to Ninth Cause of Action for Negligent Performance of Real Estate**

14   **Broker Services**

15   56.    Answering Paragraph 56 of the Complaint, Answering Defendants deny

16   each and every allegation contained in the referenced paragraphs of the Complaint,

17   except to the extent that such allegations were expressly admitted.

18   57.    Answering Paragraph 57 of the Complaint, Answering Defendants admit

19   that, at the time of the Incident that is the subject matter of Plaintiffs' Complaint,

20   Defendant Coleman was a licensed California real estate broker.

21   58.    Answering Paragraph 58 of the Complaint, Answering Defendants deny

22   each and every allegation contained therein.

23   59.    Answering Paragraph 59 of the Complaint, Answering Defendants deny

24   each and every allegation contained therein.

25   60.    Answering Paragraph 60 of the Complaint, Answering Defendants are

26   without knowledge or information sufficient to form a belief as the truth of the

27   allegations contained in said paragraph, and on that basis deny each and every

28   allegation contained therein.

1          a.      Answering Paragraph 60a of the Complaint, Answering Defendants

2    admit the allegations contained in said paragraph.

3          b.      Answering Paragraph 60b of the Complaint, Answering Defendants

4    are without knowledge or information sufficient to form a belief as the truth of the

5    allegations contained in said paragraph, and on that basis deny each and every

6    allegation contained therein.

7          c.      Answering Paragraph 60c of the Complaint, Answering Defendants

8    are without knowledge or information sufficient to form a belief as the truth of the

9    allegations contained in said paragraph, and on that basis deny each and every

10   allegation contained therein.

11         d.      Answering Paragraph 60d of the Complaint, Answering Defendants

12   are without knowledge or information sufficient to form a belief as the truth of the

13   allegations contained in said paragraph, and on that basis deny each and every

14   allegation contained therein.

15         e.      Answering Paragraph 60e of the Complaint, Answering Defendants

16   are without knowledge or information sufficient to form a belief as the truth of the

17   allegations contained in said paragraph, and on that basis deny each and every

18   allegation contained therein.

19   61.    Answering Paragraph 61 of the Complaint, Answering Defendants deny

20   each and every allegation contained therein.

21   **Tenth Cause of Action for Violation of Racketeer Influenced and Corrupt**

22   **Organizations Act**

23   62.    Answering Paragraph 62 of the Complaint, Answering Defendants deny

24   each and every allegation contained in the referenced paragraphs of the Complaint,

25   except to the extent that such allegations were expressly admitted.

26   63.    Answering Paragraph 63 of the Complaint, Answering Defendants are

27   without knowledge or information sufficient to form a belief as the truth of the

28

1  allegations contained in said paragraph, and on that basis deny each and every
2  allegation contained therein.

3  64.    Answering Paragraph 64 of the Complaint, Answering Defendants deny
4  each and every allegation contained therein.

5  65.    Answering Paragraph 65 of the Complaint, Answering Defendants are
6  without knowledge or information sufficient to form a belief as the truth of the
7  allegations contained in said paragraph, and on that basis deny each and every
8  allegation contained therein.

9  66.    Answering Paragraph 66 of the Complaint, Answering Defendants deny
10  each and every allegation contained therein.

11  **Eleventh Cause of Action for Set Aside of Fraudulent Transfer**

12  67.    Answering Paragraph 67 of the Complaint, Answering Defendants deny
13  each and every allegation contained in the referenced paragraphs of the Complaint,
14  except to the extent that such allegations were expressly admitted.

15  68.    Answering Paragraph 68 of the Complaint, Answering Defendants deny
16  each and every allegation contained therein.

17  69.    Answering Paragraph 69 of the Complaint, Answering Defendants deny
18  each and every allegation contained therein.

19  70.    Answering Paragraph 70 of the Complaint, Answering Defendants deny
20  each and every allegation contained therein.

21  71.    Answering Paragraph 71 of the Complaint, Answering Defendants deny
22  each and every allegation contained therein.

23  72.    Answering Paragraph 72 of the Complaint, Answering Defendants are
24  without knowledge or information sufficient to form a belief as the truth of the
25  allegations contained in said paragraph, and on that basis deny each and every
26  allegation contained therein.

27  73.    Answering Paragraph 73 of the Complaint, Answering Defendants deny
28  each and every allegation contained therein.

1  74.  Answering Paragraph 74 of the Complaint, Answering Defendants deny
2  each and every allegation contained therein.

3  75.  Answering Paragraph 75 of the Complaint, Answering Defendants deny
4  each and every allegation contained therein as they pertain to Defendant Coleman.
5  Subject to the foregoing, Answering Defendants are without knowledge or
6  information sufficient to form a belief as the truth of the allegations contained in
7  said paragraph, and on that basis deny each and every allegation contained therein.

8  76.  Answering Paragraph 76 of the Complaint, Answering Defendants deny
9  each and every allegation contained therein.

10  77.  Answering Paragraph 77 of the Complaint, Answering Defendants deny
11  each and every allegation contained therein as they pertain to Defendant Coleman.
12  Subject to the foregoing, Answering Defendants are without knowledge or
13  information sufficient to form a belief as the truth of the allegations contained in
14  said paragraph, and on that basis deny each and every allegation contained therein.

15  78.  Answering Paragraph 78 of the Complaint, Answering Defendants are
16  without knowledge or information sufficient to form a belief as the truth of the
17  allegations contained in said paragraph, and on that basis deny each and every
18  allegation contained therein.

19  79.  Answering Paragraph 79 of the Complaint, Answering Defendants are
20  without knowledge or information sufficient to form a belief as the truth of the
21  allegations contained in said paragraph, and on that basis deny each and every
22  allegation contained therein.

23  80.  Answering Paragraph 80 of the Complaint, Answering Defendants deny
24  each and every allegation contained therein.

25  ## RESPONSES TO PLAINTIFFS' PRAYER FOR RELIEF
26  ## On the First Cause of Action

27  1.  Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the first cause of
28  action, Answering Defendants are without knowledge or information sufficient to

1  form a belief as the truth of the allegations contained in said paragraph, and on that

2  basis deny each and every allegation contained therein.

3  2.    Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the first cause of

4  action, Answering Defendants are without knowledge or information sufficient to

5  form a belief as the truth of the allegations contained in said paragraph, and on that

6  basis deny each and every allegation contained therein.

7  3.    Answering Paragraph 3 of Plaintiffs' Prayer for Relief on the first cause of

8  action, Answering Defendants are without knowledge or information sufficient to

9  form a belief as the truth of the allegations contained in said paragraph, and on that

10  basis deny each and every allegation contained therein.

11                     **On the Second Cause of Action**

12  1.    Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the second cause

13  of action, Answering Defendants are without knowledge or information sufficient

14  to form a belief as the truth of the allegations contained in said paragraph, and on

15  that basis deny each and every allegation contained therein.

16  2.    Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the second cause

17  of action, Answering Defendants are without knowledge or information sufficient

18  to form a belief as the truth of the allegations contained in said paragraph, and on

19  that basis deny each and every allegation contained therein.

20                     **On the Third Cause of Action**

21  1.    Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the third cause of

22  action, Answering Defendants are without knowledge or information sufficient to

23  form a belief as the truth of the allegations contained in said paragraph, and on that

24  basis deny each and every allegation contained therein.

25  2.    Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the third cause of

26  action, Answering Defendants are without knowledge or information sufficient to

27  form a belief as the truth of the allegations contained in said paragraph, and on that

28  basis deny each and every allegation contained therein.

1

## On the Fourth Cause of Action

2   1.    Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the fourth cause of

3   action, Answering Defendants are without knowledge or information sufficient to

4   form a belief as the truth of the allegations contained in said paragraph, and on that

5   basis deny each and every allegation contained therein.

6   2.    Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the fourth cause of

7   action, Answering Defendants are without knowledge or information sufficient to

8   form a belief as the truth of the allegations contained in said paragraph, and on that

9   basis deny each and every allegation contained therein.

10

## On the Fifth Cause of Action

11  1.    Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the fifth cause of

12  action, Answering Defendants are without knowledge or information sufficient to

13  form a belief as the truth of the allegations contained in said paragraph, and on that

14  basis deny each and every allegation contained therein.

15  2.    Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the fifth cause of

16  action, Answering Defendants are without knowledge or information sufficient to

17  form a belief as the truth of the allegations contained in said paragraph, and on that

18  basis deny each and every allegation contained therein.

19

## On the Sixth Cause of Action

20  1.    Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the sixth cause of

21  action, Answering Defendants are without knowledge or information sufficient to

22  form a belief as the truth of the allegations contained in said paragraph, and on that

23  basis deny each and every allegation contained therein.

24  2.    Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the sixth cause of

25  action, Answering Defendants are without knowledge or information sufficient to

26  form a belief as the truth of the allegations contained in said paragraph, and on that

27  basis deny each and every allegation contained therein.

28

## On the Seventh Cause of Action

1.     Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the seventh cause of action, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

2.     Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the seventh cause of action, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

## On the Eighth Cause of Action

1.     Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the eighth cause of action, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

2.     Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the eighth cause of action, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

3.     Answering Paragraph 3 of Plaintiffs' Prayer for Relief on the eighth cause of action, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

4.     Answering Paragraph 4 of Plaintiffs' Prayer for Relief on the eighth cause of action, Answering Defendants are without knowledge or information sufficient to form a belief as the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

## On the Ninth Cause of Action

1.     Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the ninth cause of action, Answering Defendants are without knowledge or information sufficient to

1  form a belief as the truth of the allegations contained in said paragraph, and on that
2  basis deny each and every allegation contained therein.

3  2.    Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the ninth cause of
4  action, Answering Defendants are without knowledge or information sufficient to
5  form a belief as the truth of the allegations contained in said paragraph, and on that
6  basis deny each and every allegation contained therein.

7  3.    Answering Paragraph 3 of Plaintiffs' Prayer for Relief on the ninth cause of
8  action, Answering Defendants are without knowledge or information sufficient to
9  form a belief as the truth of the allegations contained in said paragraph, and on that
10  basis deny each and every allegation contained therein.

11  ### On the Tenth Cause of Action

12  1.    Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the tenth cause of
13  action, Answering Defendants are without knowledge or information sufficient to
14  form a belief as the truth of the allegations contained in said paragraph, and on that
15  basis deny each and every allegation contained therein.

16  2.    Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the tenth cause of
17  action, Answering Defendants are without knowledge or information sufficient to
18  form a belief as the truth of the allegations contained in said paragraph, and on that
19  basis deny each and every allegation contained therein.

20  3.    Answering Paragraph 3 of Plaintiffs' Prayer for Relief on the tenth cause of
21  action, Answering Defendants are without knowledge or information sufficient to
22  form a belief as the truth of the allegations contained in said paragraph, and on that
23  basis deny each and every allegation contained therein.

24  ### On the Eleventh Cause of Action

25  1.    Answering Paragraph 1 of Plaintiffs' Prayer for Relief on the eleventh cause
26  of action, Answering Defendants are without knowledge or information sufficient
27  to form a belief as the truth of the allegations contained in said paragraph, and on
28  that basis deny each and every allegation contained therein.

1    2.    Answering Paragraph 2 of Plaintiffs' Prayer for Relief on the eleventh cause

2    of action, Answering Defendants are without knowledge or information sufficient

3    to form a belief as the truth of the allegations contained in said paragraph, and on

4    that basis deny each and every allegation contained therein.

5    3.    Answering Paragraph 3 of Plaintiffs' Prayer for Relief on the eleventh cause

6    of action, Answering Defendants are without knowledge or information sufficient

7    to form a belief as the truth of the allegations contained in said paragraph, and on

8    that basis deny each and every allegation contained therein.

9    4.    Answering Paragraph 4 of Plaintiffs' Prayer for Relief on the eleventh cause

10   of action, Answering Defendants are without knowledge or information sufficient

11   to form a belief as the truth of the allegations contained in said paragraph, and on

12   that basis deny each and every allegation contained therein.

13   5.    Answering Paragraph 5 of Plaintiffs' Prayer for Relief on the eleventh cause

14   of action, Answering Defendants are without knowledge or information sufficient

15   to form a belief as the truth of the allegations contained in said paragraph, and on

16   that basis deny each and every allegation contained therein.

17   6.    Answering Paragraph 6 of Plaintiffs' Prayer for Relief on the eleventh cause

18   of action, Answering Defendants are without knowledge or information sufficient

19   to form a belief as the truth of the allegations contained in said paragraph, and on

20   that basis deny each and every allegation contained therein.

21   7.    Answering Paragraph 7 of Plaintiffs' Prayer for Relief on the eleventh cause

22   of action, Answering Defendants are without knowledge or information sufficient

23   to form a belief as the truth of the allegations contained in said paragraph, and on

24   that basis deny each and every allegation contained therein.

25   8.    Answering Paragraph 8 of Plaintiffs' Prayer for Relief on the eleventh cause

26   of action, Answering Defendants are without knowledge or information sufficient

27   to form a belief as the truth of the allegations contained in said paragraph, and on

28   that basis deny each and every allegation contained therein.

1  9.    Answering Paragraph 9 of Plaintiffs' Prayer for Relief on the eleventh cause

2  of action, Answering Defendants are without knowledge or information sufficient

3  to form a belief as the truth of the allegations contained in said paragraph, and on

4  that basis deny each and every allegation contained therein.

5  ## On All Causes of Action

6  1.    Answering Paragraph 1 of Plaintiffs' Prayer for Relief for all causes of

7  action, Answering Defendants are without knowledge or information sufficient to

8  form a belief as the truth of the allegations contained in said paragraph, and on that

9  basis deny each and every allegation contained therein.

10  2.    Answering Paragraph 2 of Plaintiffs' Prayer for Relief for all causes of

11  action, Answering Defendants are without knowledge or information sufficient to

12  form a belief as the truth of the allegations contained in said paragraph, and on that

13  basis deny each and every allegation contained therein.

14  3.    Answering Paragraph 3 of Plaintiffs' Prayer for Relief for all causes of

15  action, Answering Defendants are without knowledge or information sufficient to

16  form a belief as the truth of the allegations contained in said paragraph, and on that

17  basis deny each and every allegation contained therein.

18  ## FIRST AFFIRMATIVE DEFENSE

19  (Failure to State a Cause of Action)

20  1.    Answering Defendants allege that the Plaintiff and each and every alleged

21  cause of action fails to state facts sufficient to constitute any cause of action

22  against defendants.

23  ## SECOND AFFIRMATIVE DEFENSE

24  (Privilege)

25  2.    The alleged actions of Answering Defendants complained of by Plaintiffs,

26  such actions being expressly denied by Answering Defendants, were justified. Any

27  method used by Answering Defendants, if any, were itself not unlawful, and there

28  existed sufficient justification or privilege for the actions, if it should be found that

1  Answering Defendants were interfering with prospective economic advantages,

2  which Answering Defendants expressly deny.

3  ### THIRD AFFIRMATIVE DEFENSE

4  (Third-Party Comparative Fault)

5  3.    Answering Defendants allege that the alleged damages complained of by

6  Plaintiffs, if any, such damages being expressly denied by Answering Defendants,

7  were proximately caused by the negligence and/or other fault or acts of firms,

8  persons, corporations, or entities other than Answering Defendants, and that such

9  acts, negligence and/or fault comparatively reduces the percentage of any

10  negligence, fault or liability attributable to Answering Defendants, if it should be

11  found that Answering Defendants were negligent or otherwise at fault, which

12  Answering Defendants expressly deny.

13  ### FOURTH AFFIRMATIVE DEFENSE

14  (Statute of Limitations)

15  4.    Plaintiff's Complaint is barred by the applicable statutes of limitations.

16  ### FIFTH AFFIRMATIVE DEFENSE

17  (Failure to Mitigate Damages)

18  5.    Answering Defendants allege that Plaintiffs, with full knowledge of their

19  damages, if any, failed to mitigate such damages and is therefore barred from

20  recovery.

21  ### SIXTH AFFIRMATIVE DEFENSE

22  (Equitable Doctrines)

23  6.    Answering Defendants allege that the Complaint, and each and every alleged

24  cause of action, is barred by the Equitable Doctrines of Laches, Unclean Hands,

25  and/or Estoppel.

26  ///

27  ///

28  ///

## SEVENTH AFFIRMATIVE DEFENSE

(Waiver)

7.    Answering Defendants allege that Plaintiffs have waived any right to recover for the claims in the Complaint.

## EIGHTH AFFIRMATIVE DEFENSE

(Adequate Damages at Law)

8.    Answering Defendants allege that if Plaintiffs have suffered any damages, which Answering Defendants deny, there exists an adequate legal remedy for it at law.

## NINTH AFFIRMATIVE DEFENSE

(Apportionment of Damages)

9.    Answering Defendants allege that if they are found liable to Plaintiffs, which Answering Defendants deny, and Plaintiffs and other Co-Defendants in this action are also liable, that, as a result, the damages sustained by Plaintiffs, if any, must be apportioned between the Plaintiffs and other Co-Defendants based on the principles of comparative negligence, and all other applicable law.

## TENTH AFFIRMATIVE DEFENSE

(Comparative Negligence)

10.    Answering Defendants allege that the alleged damages complained of by Plaintiffs, if any, which are being expressly denied by Answering Defendants, were proximately caused by the Plaintiffs' and/or Plaintiffs' own negligence and that such negligence comparatively reduces the percentage of any negligence attributable to Answering Defendants, if it should be found that Answering Defendants were negligent, which Answering Defendants expressly deny.

## ELEVENTH AFFIRMATIVE DEFENSE

(No Privity of Contract)

11.    There is an absence of privity of contract as between Plaintiffs and Answering Defendants, and therefore Plaintiffs' action as against Answering

1  Defendants is barred.

2  **TWELFTH AFFIRMATIVE DEFENSE**

3  (No Fiduciary Duty)

4  12.    There exists no fiduciary duty as between Answering Defendants and

5  Plaintiffs, and therefore Plaintiffs' action as against Answering Defendants is

6  barred.

7  **THIRTEENTH AFFIRMATIVE DEFENSE**

8  (No Duty of Loyalty)

9  13.    There exists no duty of loyalty as between Answering Defendants and

10  Plaintiffs, and therefore Plaintiffs' action as against Answering Defendants is

11  barred.

12  **FOURTEENTH AFFIRMATIVE DEFENSE**

13  (Consent)

14  14.    Plaintiffs' claims are barred, in whole or in part, to the extent it consented to

15  the transactions which are the subject matter of the Complaint, if it should be found

16  that Answering Defendants were at fault, which Answering Defendants expressly

17  deny.

18  **FIFTEENTH AFFIRMATIVE DEFENSE**

19  (Good Faith)

20  15.    At all times relevant hereto, Answering Defendants have acted reasonably

21  and in good faith in dealing with Plaintiffs.  As a result, Plaintiffs have suffered no

22  damages for which Answering Defendants are legally responsible.

23  **SIXTEENTH AFFIRMATIVE DEFENSE**

24  (Not a Substantial Factor)

25  16.    Answering Defendants deny any negligence or fault, in whole or in part, or

26  that any acts or omissions of Answering Defendants was a substantial factor in

27  causing any injury, damage, loss or harm to Plaintiffs.

28  ///

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Implied Covenant of Good Faith and Fair Dealing)

17.     Each cause of action asserted by Plaintiffs against Answering Defendants was barred by the former's breach of the implied covenant of good faith and fair dealing.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Fair Competition)

18.     If it should be found that Answering Defendants were at fault, which Answering Defendants expressly deny, due to the importance of competitive freedom, Answering Defendants were justified in their actions because they used fair and lawful efforts to obtain the business of a third persons.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Impossible to Perform Contract)

19.     Any alleged duty or obligation which Answering Defendants may have purportedly had toward Plaintiffs was rendered impossible to perform due to Plaintiffs' own acts, omissions, representations and courses of conduct of Plaintiffs' agents, attorneys, representatives, and/or other individuals acting on their behalf, and each of them.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Prevention of Performance)

20.     At all times mentioned Answering Defendants were ready, willing, and able to perform the condition, but Plaintiffs have prevented and continue to prevent Answering Defendants performance.

///

///

///

///

1

## TWENTY FIRST AFFIRMATIVE DEFENSE

2                    (Plaintiffs' Failure to Perform Contract)

3    21.    Plaintiffs have failed to perform all contractual obligations under the

4    operative contract, such that Answering Defendants' obligations, if any, were

5    discharged and excused.

6

## TWENTY SECOND AFFIRMATIVE DEFENSE

7                (Answering Defendants' Full Performance of Contract)

8    22.    Answering Defendants have fully performed any and all terms to be

9    performed on its part pursuant to the operative contract and pursuant to its legal

10   obligations.

11

## TWENTY THIRD AFFIRMATIVE DEFENSE

12                    (Impracticable to Perform Contract)

13   23.    Any alleged duty or obligation which defendants may have purportedly had

14   toward Plaintiffs was rendered impracticable due to Plaintiffs' own acts,

15   omissions, representations and courses of conduct of Plaintiffs' agents, attorneys,

16   representatives, and/or other individuals acting on their behalf, and each of them.

17

## TWENTY FOURTH AFFIRMATIVE DEFENSE

18                    (Discharge of Performance of Contract)

19   24.    Any alleged duty or obligation which Plaintiffs contend that Answering

20   Defendants may have had toward Plaintiffs was discharged by performance or

21   tender of performance of any and all alleged contractual duties and obligations

22   which Plaintiff allege Answering Defendants are obligated to perform.

23

## TWENTY FIFTH AFFIRMATIVE DEFENSE

24                    (No Confidential Relationship)

25   25.    There exists no confidential relationship between Plaintiffs' and Answering

26   Defendants, and therefore Plaintiffs' action as against Answering Defendants is

27   barred.

28   ///

## TWENTY SIXTH AFFIRMATIVE DEFENSE

(No Misrepresentation)

26.    Any and all statements purportedly made by Answering Defendant, which Plaintiffs' allege in their Complaint as misrepresentations on the part of Answering Defendants, which Answering Defendants expressly deny, are in fact not false.

## TWENTY SEVENTH AFFIRMATIVE DEFENSE

(Innocent Misrepresentation)

27.    Answering Defendants allege that if any statement made by them to Plaintiffs is found to be false, which Answering Defendants expressly deny, such statements were made innocently without prior knowledge of their falsity and was therefore the result of a mistake of fact.

## TWENTY EIGHTH AFFIRMATIVE DEFENSE

(No Justifiable Reliance)

28.    Answering Defendants allege that if any statement made by them to Plaintiffs is found to be false, which Answering Defendants expressly deny, Plaintiffs' action is nonetheless barred on the grounds that Plaintiffs' purported reliance on the statements made by Answering Defendants was irrational and unreasonable in light of Plaintiffs' own intelligence and information.

## TWENTY NINTH AFFIRMATIVE DEFENSE

(Answering Defendants were not Engaged in Sale of Securities)

29.    Answering Defendants allege that the alleged contracts between Answering Defendants and Plaintiffs did not relate to, and/or were not in themselves, sales of securities as defined under *California Corporation Code* § 25019; and 15 U.S.C. § 77b(1).

## THIRTIETH AFFIRMATIVE DEFENSE

(Plaintiffs' Prior Knowledge)

30.    Answering Defendants allege that if they are found to be engaged in the sales of securities, and that statements made by Answering Defendants to Plaintiffs

1  in relation to the alleged sales of securities are found to be false, both of which

2  contentions are expressly denied by Answering Defendants, Plaintiffs' action is

3  nonetheless barred on the grounds that Plaintiff knew the facts concerning the

4  alleged untrue statements ascribed to defendant's communication in connection

5  with the sale of the described securities.

### THIRTY FIRST AFFIRMATIVE DEFENSE

(Answering Defendants Exercised Due Care)

8  31.    Answering Defendants allege that if they are found to be engaged in the

9  sales of securities, and that statements made by Answering Defendants to Plaintiffs

10  in relation to the alleged sales of securities are found to be false, both of which

11  contentions are expressly denied by Answering Defendants, Plaintiffs' action is

12  nonetheless barred on the grounds that Answering Defendants exercised reasonable

13  care with respect to the making of the statements which are the subject matter of

14  Plaintiffs' Complaint.

### THIRTY SECOND AFFIRMATIVE DEFENSE

(Negligent Violation of Securities Law)

17  32.    Answering Defendants allege that if they are found to be in violation of

18  either State or Federal law relating to the sales of securities, which Answering

19  Defendants expressly deny,  any violation on the part of Answering Defendants

20  was not intentional or willful, but, rather, merely negligent and the result of a

21  mistake of fact.

### THIRTY THIRD AFFIRMATIVE DEFENSE

(Transactions Exempt)

24  33.    Answering Defendants allege that any purported sales of securities, and/or

25  transactions relating to the sales of securities, to Plaintiffs is *exempted under*

26  *California Corporations Code §§ 25100-25101 and/or California Corporations*

27  *Code §§ 25102-25105.*

28  ///

1

## THIRTY FOURTH AFFIRMATIVE DEFENSE

2       (Answering Defendants Not Acting in the Capacity of Real Estate Brokers)

3   34.    Plaintiffs' action is barred on the grounds that Answering Defendants were

4   not acting as Real Estate Brokers for the benefit of Plaintiffs, as defined under

5   *California Civil Code* §§ 2079.13(a), 2295, in performing the tasks and actions

6   which are the subject matter of Plaintiffs' Complaint.

7

## THIRTY FIFTH AFFIRMATIVE DEFENSE

8       (Plaintiffs Not Harmed by Fraudulent Transfer)

9   35.    Answering Defendants allege that if they are found to have fraudulently

10  transferred the property of Plaintiffs, which Answering Defendants expressly deny,

11  Plaintiffs' action is nonetheless barred on the grounds that Plaintiffs were not

12  harmed or injured in any manner by the allegedly fraudulent transfer since transfer

13  did not put beyond the Plaintiffs ' reach any property which they would have been

14  able to subject to the payment of their claims against Answering Defendants.

15

## THIRTY SIXTH AFFIRMATIVE DEFENSE

16      (Answering Defendants Not Acting in the Capacity of Security Brokers)

17  36.    Plaintiffs' action is barred on the grounds that Answering Defendants were

18  not acting as Security Brokers/Investment Advisers for the benefit of Plaintiffs, as

19  defined under *California Corporations Code* §§ 25009, in performing the tasks and

20  actions which are the subject matter of Plaintiffs' Complaint.

21

## THIRTY SEVENTH AFFIRMATIVE DEFENSE

22      (Answering Defendants Not Acting in the Capacity of Security Brokers)

23  37.    Plaintiffs' action is barred on the grounds that Answering Defendants were

24  not acting as Security Brokers/Investment Advisers for the benefit of Plaintiffs, as

25  defined under *California Corporations Code* §§ 25009, in performing the tasks and

26  actions which are the subject matter of Plaintiffs' Complaint.

27

28

1

## THIRTY EIGHTH AFFIRMATIVE DEFENSE

2      (Answering Defendants Not Engaged in a Pattern of Racketeering Activity)

3   38.    Answering Defendants allege that if they are found to have engaged in the

4   sales of securities, which Answering Defendants expressly deny, Plaintiffs' Action

5   under the RICO act is nonetheless barred on the grounds that Answering

6   Defendants were not engaged in a pattern of racketeering activity as defined under

7   18 USC 1961.

8

## THIRTY NINTH AFFIRMATIVE DEFENSE

9          (Answering Defendants Not Engaged in Interstate Commerce)

10  39.    Answering Defendants allege that if they are found to have engaged in the

11  sales of securities, which Answering Defendants expressly deny, Plaintiffs' Action

12  under the RICO act is nonetheless barred on the grounds that Answering

13  Defendants were not engaged in, and/or conducted activities which affect,

14  interstate or foreign commerce.

15

## FORTIETH AFFIRMATIVE DEFENSE

16                         (Reservation of Rights)

17  40.    Answering Defendants reserve the right to allege further affirmative

18  defenses, as they may become known through the course of discovery.

19

## ANSWERING DEFENDANTS' PRAYER FOR RELIEF

20      WHEREFORE, Answering Defendants pray as follows:

21      1.     That Plaintiffs takes nothing by way of its Complaint;

22      2.     That the Complaint is dismissed with prejudice and that judgment be

23  awarded in favor of Answering Defendants;

24      3.     That Answering Defendants be awarded its costs of suit herein;

25      4.     For such other and further relief as this Court deems just and proper.

26

## DEMAND FOR JURY TRIAL

27      Defendants K Platinum entities, Ms. Coleman, and Ms. Michelson, hereby

28  request a jury at the time of trial.

1     DATED: August 17, 2007       GAREEB │ PHAM, LLP

2

3

4                                      By: _____
                                      Christopher Q. Pham

5                                       Attorney for Defendant,
                                      KANYA TENNYSHA COLEMAN

6

7

8

9

10

11

12

13    DATED: August 17, 2007       MEHLMAN & TERBEEK, LLP

14

15

16                                         By: /S/ _____ for
                                        Marc TerBeek

17                                       Attorney for Defendants,
                                      K PLATINUM GROUP, INC.; K

18                                       PLATINUM INTERNATIONAL GROUP,
                                      INC.; K PLATINUM ASSOCIATES, INC.;

19                                       K PLATINUM INTERNATIONAL
                                      ASSOCIATES, INC.; K PLATINUM

20                                       FINANCIAL, INC.; K PLATINUM
                                      INTERNATIONAL FINANCIAL, INC.; K

21                                       PLATINUM REALTY, INC.; and K

22                                       PLATINUM INTERNATIONAL REALTY,
                                      INC.; BRENDA ANN MICHELSON

23

24

25

26

27

28

1

## PROOF OF SERVICE

2

I am a resident of the State of California, over the age of eighteen years, and not a party to the
within action.  My business address is **GAREEB | PHAM LLP**, located at 707 Wilshire
Boulevard, Suite 5300, Los Angeles, California 90017.  On August 21, 2007, I served the
herein described document(s):

3

4

5

**ANSWER OF DEFENDANTS K PLATINUM ENTITIES, KANYA TENNYSHA
COLEMAN, AND BRENDA ANN MICHELSON TO COMPLAINT BY PLAINTIFFS
AMY LEVESQUE, et al.; DEMAND FOR JURY TRIAL**

6

7

☐     FACSIMILE - by transmitting via facsimile the document(s) listed above to the
fax number(s) set forth on the attached Telecommunications Cover Page(s) on
this date before 5:00 p.m.

8

9

☒     MAIL - by placing the document(s) listed above in a sealed envelope with
postage thereon fully prepaid, in the United States mail at Los Angeles,
California addressed as set forth below.

10

11

☐     PERSONAL SERVICE - by personally delivering the document(s) listed above
to the person(s) at the address(es) set forth below.

12

13

☐     OVERNIGHT COURIER - by placing the document(s) listed above in a sealed
envelope with shipping prepaid, and depositing in a collection box for next day
delivery to the person(s) at the address(es) set forth below via.

14

15

☒     CM/ECF - by electronically transmitting the document(s) listed above to the
Clerk's Office using the CM/ECF System for filing and transmittal of Notice of
Electronic Filing, and forwarding the Notices to the person(s) set forth below,
who are registered participants of the CM/ECF System.

16

17

**See Service List**

18

I am readily familiar with the firm's practice of collection and processing
correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal
Service on that same day with postage thereon fully prepaid in the ordinary course of business.
I am aware that on motion of the party served, service is presumed invalid if postal cancellation
date or postage meter date is more than one day after date of deposit for mailing in affidavit.

19

20

21

I declare under penalty of perjury under the laws of the State of California that the
above is true and correct.  Executed on August 21, 2007, at Los Angeles, California.

22

23

24

25

_____
Miguel del Rosario

26

27

28

### SERVICE LIST

**Bruce Sarubin vs. K Platinum Group, Inc.**
**(Consolidated with Case Nos. MSC07-00080,MSC07-00106,MSC07-00454,**
**MSC07-00483,MSC07-00484,MSC07-00485,MSC07-00486)**

**Attorney for Plaintiffs**
**Dorothy Daniel, Thetris Ervin,**
**Donna Wilson, Rendy Lola Perkins**
Ronald W. Carter
2201 Broadway, Suite 815
Oakland, CA 94614
Ph:    (510) 465-6500
Fx:    (510) 465-1330

**Attorney for Plaintiff**
**Bruce Sarubin**
Robert J. Scott, Jr.
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Fransisco, CA 94104
Ph:    (415) 956-2600
Fx:    (415) 438-2655

**Attorney for Plaintiff**
**Jimmie T. Braden Sr.**
Jesse Clyde Ralph
54 Macondray Lane
San Francisco, CA 94133
Fx:    (415) 776-1826

Newell Walker **(In Pro Per)**
160 Delgado Court
Vallejo CA 94591
Ph:    (707) 235-9188

1

*__Attorney for Plaintiff__*
*__Amy Levesque, George Raoch, Avis Doctor, Chari Ogogo, Paulette Mayo,__*
*__Karen Smith, Suzette Steinberg, Thomas Steinberg__*
Christopher R. Lucas
LAW OFFICES OF GOFORTH & LUCAS
2300 Clayton Road, Suite 1460
Concord, CA 94520
Ph:     (925) 682-9500
Fx:     (925) 682-2353

*__Attorney for Plaintiff__*
*__Charmaine Bennett__*
V. Elizabeth Grayson
888 Seventh Avenue 45th Floor
New York, N.Y. 10106
Ph:     (646) 406-1512