1  **GAREEB | PHAM, LLP**
2  CHRISTOPHER Q. PHAM, Bar No. 206697
   ALEXANDER S. GAREEB, Bar No. 207473
3  707 Wilshire Boulevard. Suite 5300
4  Los Angeles, California 90017
   Telephone: (213) 455-2930
5  Facsimile: (213) 455-2940
6  Email: cpham@gareebpham.com

7  Attorneys for Defendant
8  KANYA TENNYSHA COLEMAN

9  **MEHLMAN & TERBEEK, LLP**
10 MARC TERBEEK, Bar No. 166098
   2125 Oak Grove Road, Suite 125
11 Walnut Creek, California  94598
12 Telephone: (925) 935-3575
   Facsimile:  (925) 935-1798
13 Email: marc@mehlman-terbeek.com

14 Attorneys for Defendants
15 K PLATINUM GROUP, INC.; K PLATINUM
   INTERNATIONAL GROUP, INC.; K PLATINUM
16 ASSOCIATES, INC.; K PLATINUM INTERNATIONAL
17 ASSOCIATES, INC.; K PLATINUM FINANCIAL, INC.;
   K PLATINUM INTERNATIONAL FINANCIAL, INC.;
18 K PLATINUM REALTY, INC.; K PLATINUM INTERNATIONAL
19 REALTY, INC.; AND BRENDA ANN MICHELSON

20

21              UNITED STATES DISTRICT COURT -
22              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY LEVESQUE, GEORGE ROACH, | Federal Case No: C07-03269 MJJ |
| Plaintiffs, vs. | Please See Related: Federal Case No. C07-03270 JL |
| KANYA TENNYSHA COLEMAN aka KANYA HILL aka KANYA MAXIMO, CHARLES E. COLEMAN aka | **NOTICE OF RELATED CASES** **[LOCAL RULE 3-12]** |

- 1 -
NOTICE OF RELATED CASES

| | |
|---|---|
| 1 | CHARLES E. COLEMAN SR., YVONNE E. GAMBLE, FREDERICK |
| 2 | C. GAMBLE, JORIE WRIGHT, FLOYD W. WATSON, FELIX GOLDEN, K |
| 3 | PLATINUM GROUP, INC., K |
| 4 | PLATINUM REALTY, INC., K PLATINUM FINANCIAL, INC., K |
| 5 | PLATINUM ASSOCIATES, INC., K |
| 6 | PLATINUM INTERNATIONAL, INC., K PLATINUM INTERNATIONAL |
| 7 | ASSOCIATES, INC., K PLATINUM |
| 8 | INTERNATIONAL FINANCIAL, INC., K PLATINUM INTERNATIONAL |
| 9 | GROUP INC., K PLATINUM |
| 10 | INTERNATIONAL REALTY, INC., K PLATINUM PERSONNEL SERVICES, |
| 11 | , K PLATINUM INTERNATIONAL |
| 12 | ASSOCIATE INVESTMENT, REAL ESTATE PERSONNEL SERVICES a |
| 13 | business organization unknown, REAL |
| 14 | LIFE CONSULTING, a business organization unknown, OUTERSPHERE |
| 15 | INC., OUTERSPHERE LLC, |
| 16 | OUTERSPHERE INVESTMENT GROUP, LLC, BLUE SKY TRUST, a |
| 17 | business organization unknown, |
| 18 | PROSPERITY MATTERS LLC, POWER OF SEVEN LOAN-FUND |
| 19 | ONE LIMITED PARTNERSHIP, |
| 20 | SANFORD AND PETERSON INTERNATIONAL INVESTMENT |
| 21 | GROUP, INC., LAND AMERICA aka |
| 22 | LAND AMERICA CAPITAL CORPORATION, BRENDA ANN |
| 23 | MICHELSON L. CAROL ANN |
| 24 | DICKSON, CLAYTON GRACE, THOMAS JENKINS, VIKING |
| 25 | APPRAISALS, CRAIG |
| 26 | BUCCELLATO, JESSICA ARANDA, and DOES 1 to 500, INCLUSIVE, |
| 27 | |
| 28 | Defendants. |

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants K Platinum Group, Inc.; K Platinum International Group, Inc.; K Platinum Associates, Inc.; K Platinum International Associates, Inc.; K Platinum Financial, Inc.; K Platinum International Financial, Inc.; K Platinum Realty, Inc.; K Platinum International Realty, Inc. (collectively, "K Platinum entities"); Kanya Tennysha Coleman ("Coleman"); and Brenda Ann Michelson ("Michelson"), hereby notifies the Court, pursuant to Rule 3-12 of the *Local Rules of Practice of the United States District Court for the Northern District of California*, the instant action is related to action entitled *Avis Doctor, Chari Ogogo, Paulette Mayo, Karen Smith, Suzette Steinberg, Thomas Steinberg v. Kanya Tennysha Coleman, et al.*, Case No. C07-03270 JL, in that both actions involve identical allegations and causes of actions relating to a dispute over the purported sales of securities on the part of all named Defendants.

DATED: August 17, 2007            GAREEB | PHAM, LLP


By: _____
    Christopher Q. Pham
    Attorney for Defendant,
    KANYA TENNYSHA COLEMAN

| | |
|---|---|
| 1  DATED: August 17, 2007 | MEHLMAN & TERBEEK, LLP |
| 2 | |
| 3 | By: /s/ |
| 4 | Marc TerBeek |
|   | Attorney for Defendants, |
| 5 | K PLATINUM GROUP, INC.; K |
|   | PLATINUM INTERNATIONAL GROUP, |
| 6 | INC.; K PLATINUM ASSOCIATES, INC.; |
| 7 | K PLATINUM INTERNATIONAL |
|   | ASSOCIATES, INC.; K PLATINUM |
| 8 | FINANCIAL, INC.; K PLATINUM |
| 9 | INTERNATIONAL FINANCIAL, INC.; K |
|   | PLATINUM REALTY, INC.; and K |
| 10 | PLATINUM INTERNATIONAL REALTY, |
| 11 | INC.; BRENDA ANN MICHELSON |

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is **GAREEB | PHAM LLP**, located at 707 Wilshire Boulevard, Suite 5300, Los Angeles, California 90017. On August 21, 2007, I served the herein described document(s):

**NOTICE OF RELATED CASES [LOCAL RULE 3-12]**

- ☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

- ☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- ☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via.

- ☒ CM/ECF - by electronically transmitting the document(s) listed above to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing, and forwarding the Notices to the person(s) set forth below, who are registered participants of the CM/ECF System.

**See Service List**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 21, 2007, at Los Angeles, California.

_____
Miguel del Rosario

-1-

## SERVICE LIST

### Bruce Sarubin vs. K Platinum Group, Inc.
### (Consolidated with Case Nos. MSC07-00080, MSC07-00106, MSC07-00454, MSC07-00483, MSC07-00484, MSC07-00485, MSC07-00486)

**Attorney for Plaintiffs**
**Dorothy Daniel, Thetris Ervin,**
**Donna Wilson, Rendy Lola Perkins**
Ronald W. Carter
2201 Broadway, Suite 815
Oakland, CA 94614
Ph:    (510) 465-6500
Fx:    (510) 465-1330


**Attorney for Plaintiff**
**Bruce Sarubin**
Robert J. Scott, Jr.
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Fransisco, CA 94104
Ph:    (415) 956-2600
Fx:    (415) 438-2655


**Attorney for Plaintiff**
**Jimmie T. Braden Sr.**
Jesse Clyde Ralph
54 Macondray Lane
San Francisco, CA 94133
Fx:    (415) 776-1826


Newell Walker *(In Pro Per)*
160 Delgado Court
Vallejo CA 94591
Ph:    (707) 235-9188

1

*<u>Attorney for Plaintiff</u>*
*<u>Amy Levesque, George Raoch, Avis Doctor, Chari Ogogo, Paulette Mayo,</u>*
*<u>Karen Smith, Suzette Steinberg, Thomas Steinberg</u>*
Christopher R. Lucas
LAW OFFICES OF GOFORTH & LUCAS
2300 Clayton Road, Suite 1460
Concord, CA 94520
Ph:   (925) 682-9500
Fx:   (925) 682-2353

*<u>Attorney for Plaintiff</u>*
*<u>Charmaine Bennett</u>*
V. Elizabeth Grayson
888 Seventh Avenue 45th Floor
New York, N.Y. 10106
Ph:   (646) 406-1512