UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY LEVESQUE et al, | Case Number: CV07-03269 MJJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| KANYA TENNYSHA COLEMAN et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexander S Gareeb
Sedgwick Detert Moran et al
801 S Figueroa St 18FL
Los Angeles, CA 90017

Christopher Quang Pham
Gareeb Pham, LLP
707 Wilshire Blvd.
Suite 5300
Los Angeles, CA 90017

Christopher Robin Lucas
Law Office of Goforth & Lucas
2300 Clayton Road, Suite 1460
Concord, CA 94520

Steven Jeffrey Mehlman
Mehlman TerBeek LLP
350 N. Wiget Lane
Suite 150
Walnut Creek, CA 94598

Dated: August 29, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk